Page 14

1 remember exactly.
2    Q    And that's fine. And you know, today is
3 about what you remember. If you don't know, that's on
4 okay answer. There's going to be times that I'll show
5 you some documents and maybe that'll refresh your
6 recollection. But I'm also not asking you to be a
7 perfect historian. There's going to be a lot of times
8 that I ask you to estimate, or what do you think. And
9 so I just want you to know that you've raised your
10 right hand and gone under oath, but I do understand
11 that what we're talking about today occurred over five
12 years ago. And that you only have a memory of it now.
13 So just understand that I just want your best effort;
14 okay?
15    A    Okay.
16    Q    Can you state your full name for the record?
17    A    A.G.
18    Q    And is it X-X-X?
19    A    Yes, sir.
20    Q    Have you ever been known by another name
21 Ms. A.G.?
22    A    No, sir.
23    Q    What's your date of birth?
24    A    8/28/99.
25    Q    Where were you born?

Page 15

1    A    In Atlanta.
2    Q    When did you move to Commerce?
3    A    Probably couple months after I was born.
4    Q    So you were born and raised in -- or you
5 were raised in Commerce?
6    A    I was raised in Commerce.
7    Q    Okay. How long have you known G.W.?
8    A    We met in the eighth grade.
9    Q    Back in that, you know, 2000s -- I guess you
10 were a high school senior in 2016?
11    A    Mm-hmm. Yes, sir.
12    Q    That's all right. It'll happen. Did you
13 consider G.W. was your best friend?
14    A    More of like an acquaintance at the time
15 during high school. We got more close after high
16 school. I had another best friend during high school,
17 but we just became really close after we graduated.
18    Q    Okay. And what high school did y'all go to?
19    A    Commerce.
20    Q    And you would have graduated in May of 2017?
21    A    Yes, sir.
22    Q    So tell me how did that kind of happen? You
23 and G.W. becoming close after you graduated in May of
24 2017?
25    A    We just hung out, like we had little house

Page 16

1 parties and stuff at my house. And she was kind of
2 staying with me. We were staying together in my
3 apartment and hanging out just about every day.
4    Q    So had she moved in with you end of May,
5 beginning of June 2017?
6    A    Yeah, I wouldn't say she really moved in
7 with me, you know, she still had her own house that
8 she would -- where her mom lived that she would go
9 back to here and there. But we were just together a
10 lot and at my apartment.
11    Q    Okay. What's your current address.
12    A    It is 900 South Broad Street in Commerce.
13    Q    And who did you live with?
14    A    My mom and my son.
15    Q    What's your mom's name?
16    A    Tracy Griffin.
17    Q    And how old is your son?
18    A    Two. He'll be three this month.
19    Q    So Christmas birthday?
20    A    Yes, Christmas Eve birthday.
21    Q    Don't think that I'm creeping on you too
22 much. G.W. told me that yesterday.
23    A    That's okay.
24    Q    I do have to admit that. So he'll turn
25 three December 24th?

Page 17

1    A    Yes.
2    Q    So he was born on 12/24/2019?
3    A    Yes, sir.
4    Q    Okay. And I don't need to know his name,
5 but what is the son's father's name?
6    A    Gregory Cannon.
7    Q    And you do not live with him?
8    A    No.
9    Q    Are you in a relationship with him?
10    A    No.
11    Q    Where does he live?
12    A    He is actually in prison right now.
13    Q    For what?
14    A    He is in there for, like, violation of
15 probation. They're making him serve out the rest of
16 his probation. He had caught another charge. He has
17 been -- it's about to be two years since he got locked
18 up, but he should be getting out within May of next
19 year.
20    Q    Okay. Where is he at in prison?
21    A    I'm not sure.
22    Q    Are y'all in communication at all?
23    A    We do talk.
24    Q    So, Ms. A.G., I don't want you think that
25 I'm prying too much. So I want to give you a little

5 (Pages 14 - 17)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 26

1    Q    And how long did you live with her?
2    A    I'd say about a year.
3    Q    Okay.  What was your first job that you got
4 after you stopped going to Georgia Gwinnett?
5    A    I think that it was Ryan's.
6    Q    The steakhouse?
7    A    Mm-hmm.  The buffet place.
8    Q    And that was a yes?
9    A    Yes.
10    Q    Thank you.  Lost my train of thought.  Okay.
11 Do you have any prior criminal history?
12    A    I got arrested one time for shoplifting.
13    Q    Where was that at?
14    A    Mall of Georgia.
15    Q    Do you remember what year it was?
16    A    I think it might have been 2018, February of
17 2018.
18    Q    So you would have been 18 years old at that
19 time?
20    A    Yes.
21    Q    Okay.  What ended up happening with that
22 charge?
23    A    I ended up having to do probation, and pay a
24 fine, and community service.  And it got taken off my
25 record.

Page 27

1    Q    Any other criminal charges?
2    A    No, sir.
3    Q    Did you hire an attorney for that?
4    A    No.
5    Q    Other than that issue and this current
6 lawsuit, have you ever been involved any other
7 lawsuits?
8    A    No, sir.
9    Q    Have you ever filed for bankruptcy?
10    A    No.
11    Q    Do you have any legal experience or
12 training, like paralegal training, anything like that?
13    A    No.
14    Q    Do you know if anyone in your family does?
15    A    No.
16    Q    Do you have any medical experience or
17 training?
18    A    No.
19    Q    Does anyone in your family have any medical
20 experience or training?
21    A    My mom worked in the medical field for a
22 little while when I was younger.  She was -- she did
23 like ultrasound tech and phlebotomy.
24    Q    Did you know G.W.'s mother?
25    A    Yes.

Page 28

1    Q    Back in June and July of 2017, what was your
2 social media presence?
3    A    I would say I was on social media pretty
4 often.
5    Q    That's a really poor question.  Which social
6 media applications did you use?
7    A    Snapchat, Instagram, maybe a little of
8 Facebook.
9    Q    And moving to as we sit here today, what
10 social media accounts do you have?
11    A    Snapchat, Instagram, Facebook, Twitter.
12    Q    TikTok?
13    A    TikTok, yes.
14    Q    That's when I know I've gotten old is when I
15 don't have a social media account that I'm hearing
16 about.
17        Back in June and Julyof 2017, Ms. A.G.,
18 during this time that you alleged you were being
19 trafficked at the United Inn & Suites, would you and
20 G.W. take Snapchats?
21    A    Yes.
22    Q    And my understanding as of yesterday is that
23 Snapchat has a mechanism is what I'll call it called
24 Snapchat memories.  Where it can show things, videos,
25 pictures that you were Snapchatting in the past.  Are

Page 29

1 you familiar with that?
2    A    Yes.
3    Q    Now, G.W. apparently used that mechanism and
4 was able to produce for us and we'll go over them
5 later on, but a bunch of pictures and videos that she
6 says were from June and July of 2017, so my question
7 for you is would you have videos and pictures from
8 June and July of 2017 on Snapchat memories?
9    A    I think I may have like one or two pictures
10 but a lot of it is not on there anymore, I don't know
11 how I still -- just from that time because there's
12 like a period missing in my Snapchat memories and
13 there's just like two pictures and that's it.
14    Q    Do you know what the two pictures of are
15 from?
16    A    They're in the hotel room, there's like one
17 of me sitting on the bed and then there's one of me
18 and G.W. naked sitting on the bed.
19    Q    Okay.  And -- is it the same hotel room?
20    A    Yes.
21    Q    And where is that hotel room at?
22    A    United Inn on Memorial Drive.
23    Q    And just -- anytime we talk about United Inn
24 today, United Inn & Suites, it'll be understood it's
25 the one off Memorial Drive; okay?

Veritext Legal Solutions

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 46

1 she would -- she would just tell us "We'll talk to him
2 when we get there." She wasn't giving exact
3 information of why we were going there or where we
4 were going. We didn't even know where we were going.
5    Q    And where did she pick you up from?
6    A    My house, 10 B Wilson Road.
7    Q    Were you with G.W.?
8    A    Yes.
9    Q    And then where did y'all go?
10    A    Then we went to the hotel, we went to a
11 different hotel the first night off of Fulton
12 Industrial.
13    Q    Is that a Red Roof Inn?
14    A    I think so, but I'm not sure.
15    Q    And again, Ms. A.G., I'm not asking you to
16 be a perfect historian here, but do you know about
17 what time of day y'all got to this hotel on Fulton
18 Industrial?
19    A    I would say it was probably ten o'clock at
20 night.
21    Q    Okay. So when y'all got there, it was
22 nighttime?
23    A    It was nighttime.
24    Q    Okay. So take me from there, y'all pull
25 into the parking lot of whatever hotel in Fulton

Page 47

1 Industrial. What happens next?
2    A    And she goes in -- well, we had to give her
3 money. I'm not exactly sure how much. But we had to
4 pay -- 'cause he told us we needed to bring so much
5 money. And so we gave it to her. And she used it and
6 went inside and booked a hotel room. And then she
7 came back out and she told us to just go into the
8 hotel room and to call P Diddy. And then we called
9 him, and he told us -- basically all he said was, go
10 walk the streets and make money. That was all he
11 said.
12    Q    Did P.D. give you a reason as to why you had
13 to give money to go work for -- with him?
14    A    No. He just told us that we needed this
15 much money when we got down there. He didn't say
16 exactly why.
17    Q    And you believe Kiki took that money to book
18 a room in this hotel off Fulton Industrial?
19    A    Yes.
20    Q    Did you or G.W. go into the is lobby with
21 Kiki to book that room?
22    A    No.
23    Q    Do you remember where the room was in the
24 hotel?
25    A    It was right by the office. On the bottom

Page 48

1 floor.
2    Q    Did you have to walk by the lobby to get
3 into the room?
4    A    Yes, because she was parked right in front
5 of the lobby and we just got out of the car and the
6 room was right beside the office, if not one door, two
7 doors down.
8    Q    And did y'all like pack a overnight bag or
9 something?
10    A    Yes.
11    Q    And so Kiki gets the room for y'all and then
12 she leaves?
13    A    Yes.
14    Q    So y'all are stuck at a hotel off Fulton
15 Industrial with no vehicle; correct?
16    A    Yes.
17    Q    And either you or G.W. calls P.D., says,
18 what do we do. He says, y'all go walk the streets?
19    A    Yes.
20    Q    Okay. Take me from there. What did you go
21 do?
22    A    So we went and walked around, we didn't
23 really know at the time, like, what we were walking
24 around for. And then we call him and we're like,
25 we're not sure what we're really supposed to be doing.

Page 49

1 Can you tell us? And he was like, just talk to
2 people. And then that's whenever he told us, he was
3 like, I'm around, I'll be watching y'all.
4          And so then we kept walking a little more
5 and we probably had a couple people stop and talk to
6 us. But at the time, we didn't know that he was
7 wanting us to have sex. And when people were asking
8 for that, we were like, no, that's not what we're
9 doing.
10          And so then we talked on the phone with him
11 again and he was telling us, like, you need to ask
12 them what they want and then give them a price. And
13 then we -- that's whenever we had texted him and was
14 like, if you want us to make money, you have to tell
15 us what to do because we still were confused as to
16 what was going on. 'Cause like I said, we thought
17 that we were giving out dances. Like, we thought he
18 was going to set up a private dance with somebody that
19 he knew.
20          And so then that's when he told us that we
21 were basically going to be -- that's when we finally
22 realized we were going to be fucking for money. And
23 that night, we only had -- we walked up to -- there
24 was a truck stop at the end of the road that we had
25 went to and we had met these two guys. And we had

13 (Pages 46 - 49)

A.G.
A.G. v. Northbrook Industries

December 7, 2022

Page 54

1    Q    And what I actually want to ask you about
2  really occurred on June 21st.  So you see if you go
3  down to this second message, it starts with, "Can I
4  buy a .5?"  Do you see where I'm talking about?
5    A    Yeah.
6    Q    All right.  And so this is a text from your
7  number to somebody named Qua, Q-U-A.  It says June
8  22nd, 2:35 UTC.  That's actually 9:35 p.m. on June 21,
9  2017.  Who is Qua?
10    A    His name's Qua.  He's just a guy that I knew
11  from high school.
12    Q    Okay.  So a friend from Commerce?
13    A    Yes.
14    Q    And are these text messages you trying to
15  get marijuana from him?
16    A    Yes.
17    Q    Did you recreationally smoke marijuana in
18  June and July of 2017?
19    A    Occasionally, yes.
20    Q    I saw last night when I was going over some
21  documents that your attorneys produced reference to
22  beans which I believe are some form of ecstasy.  My
23  question is in June and July of 2017 other than
24  marijuana, did you consume any other drugs?
25    A    No.

Page 55

1    Q    Did you during June and July of 2017 drink
2  alcohol?
3    A    Yes.
4    Q    How would you get that alcohol?
5    A    I mean, this guy right here is a little bit
6  older, he graduated a couple years before me
7  or -- yeah, before me.  So people would just bring it.
8  Older -- probably like people that were 21.
9    Q    Did you have a fake ID in June and July of
10  2017?
11    A    No.
12    Q    Was there ever a time that you and G.W. went
13  into a strip club?
14    A    No.
15    Q    Did you ever yourself check into a hotel in
16  June of 2017?
17    A    No.
18    Q    All right.  So we left off where
19  mister -- or P.D. -- actually so P.D. picked you up on
20  the morning of June 23rd from that hotel at Fulton
21  Industrial?
22    A    Yes.
23    Q    And tell me about that.  He comes in, what's
24  the first thing he says to you?  Because this is the
25  first time y'all have met him; right?

Page 56

1    A    Right.  I know we come in and he asked how
2  the night went and everything.  And we were like, I
3  mean, it was okay.  It was -- that's what we said to
4  him at the time, you know.  And then he asked for the
5  money that we made that night.  And then he told
6  them -- he told us that we were going to go to a
7  different hotel.
8          And so we just got in the car, and we left.
9  And we went to Doc's house and picked him up.  And we
10  were probably sitting in the parking lot there for
11  about an hour.  But me and G.W. were kind of like
12  dozing to sleep because we had been up all night.  And
13  then once they came back out to the car, we drove over
14  to the United Inn.
15    Q    Who's Doc?
16    A    I'm -- I guess he was one of P Diddy's
17  workers, friends.  I'm not -- that's the only time I
18  met him.  I'm not exactly sure who he was.
19    Q    African American man?
20    A    Yes.
21    Q    How old do you think he was?
22    A    He was probably at least in his 40s I would
23  have to say.  Late 30s.
24    Q    Do you remember where he lived?
25    A    No.

Page 57

1    Q    And so y'all are in wherever he lives
2  parking lot for a little while.  Then did Doc come
3  with you, G.W., and P.D. to the United Inn?
4    A    Yes.
5    Q    Who was driving?
6    A    P Diddy.
7    Q    And so y'all pull into the United Inn and
8  what happens next?
9    A    So me and G.W. sit in the car and P Diddy
10  gets out and stands in front of the car.  And him and
11  Doc have a conversation and then Doc goes to the front
12  office and gets a room.  And then comes back and lets
13  us into the room.  We all walk inside.  Doc walks back
14  out.  And then P Diddy tells us that we need to get
15  ready for the day.
16    Q    Do you remember where y'all parked at United
17  Inn?
18    A    It was like right in front of our room
19  because I just remember getting out of the car and
20  walking right into the room.
21    Q    Do you remember what room y'all got?
22    A    112, I think.
23    Q    And explain to me where just based on your
24  recollection and the hotel generally, where is room
25  112 of the United Inn?

15 (Pages 54 - 57)

Page 58

1    A    So the office is in the middle and if you
2  walk out towards the road to the the lobby to your
3  left, it's on the left side.  But if you're facing
4  towards the hotel, it's on your right side on the
5  bottom floor.  Kind of closer to the office.
6    Q    Okay.  And there's two parking lots at the
7  United Inn; right?
8    A    The one in the front and the one in the
9  back?
10    Q    Yes, ma'am.
11    A    Yes.
12    Q    And so y'all are parked in the front parking
13  lot?
14    A    Yes.
15    Q    And so Doc went into the lobby by himself?
16    A    Yes.
17    Q    Did you ever go into the lobby with him?
18    A    No.
19    Q    And he returns, and he has a room key?
20    A    Yes.
21    Q    And so you and G.W. get out of the car and
22  y'all walk straight into room 112?
23    A    Yes.
24    Q    And then that's the last time you see Doc?
25    A    Yes.

Page 59

1    Q    And does P.D. sit down with y'all in that
2  room and that's he says y'all need to get ready for
3  the day?
4    A    Yeah, he stood in there, it -- it wasn't
5  long.  It was probably five minutes if that and just
6  told us that we needed to get ready.  And we told him
7  that we were tired.  And he was like, you know, I
8  don't care.  Y'all still have to walk around during
9  the day.  And so then he just left with Doc.
10    Q    Do you have any idea what time of day you
11  arrived at United Inn on June 23rd?
12    A    I'm not sure exactly what time it was.  I
13  know it was pretty early.
14    Q    Okay.  So does -- after P.D. says, y'all got
15  to get ready for the day, does he leave?
16    A    Yes.
17    Q    And take me from there.
18    A    So then we get ready, we shower, we change
19  clothes, and get ready.  And then we just go walking
20  around.  We go Memorial Drive and go to the gas
21  station, I think.  Because he gave us, like, $20 to go
22  get something to eat.  So we walk up the road and see
23  what's all on the street and get us something to eat
24  and some drinks.  And then I think we went back to the
25  hotel to hang out for a minute and eat and chill and

Page 60

1  then we started walking around again after that.
2    Q    Okay.
3    A    But that first day, we -- we was walking up
4  and down the hill on Memorial more on the first day.
5    Q    Okay.  Were you wearing the same outfit on
6  that first day you're talking about when y'all were
7  walking Memorial as you had the night before on Fulton
8  Industrial?
9    A    No.
10    Q    What were you wearing at Fulton Industrial?
11    A    A yellow dress.
12    Q    And what kind of shoes if you remember?
13    A    I don't remember.
14    Q    Now, moving back to June 23rd, when y'all
15  were walking Memorial.  What were you wearing that day
16  if you remember?
17    A    I don't remember that first day what I had
18  on.
19    Q    Do you remember if -- was it your clothes?
20    A    Yes.
21    Q    All right.  So y'all are walking up and down
22  Memorial on June 23rd.  Did you get any -- I'm just
23  going to call them customers.  Did you get any
24  customers on that first night?
25    A    During the daytime, no.  But when it became

Page 61

1  nighttime, yes.
2    Q    Okay.  And tell me about the first customer
3  when it became nighttime.
4    A    So we had -- we had met these guys up at the
5  gas station earlier.  And they ended up coming down to
6  our room and -- they drove down there and came and met
7  us.
8    Q    And where did you meet them earlier?
9    A    At the gas station.
10    Q    And at the gas station, did y'all tell them,
11  hey, we're staying at the United Inn, y'all should
12  come visit?
13    A    Yes.
14    Q    Was commercial sex discussed at the gas
15  station?
16    A    No, it wasn't really blatantly said that's
17  what they wanted.  It was just -- they had came up to
18  us first wanting to -- and asked where we were at and
19  what were we doing.  And we were like, oh, we're just
20  down here at the United Inn if you want to come by.
21  And that's when they drove down to the hotel and then
22  we discussed it more when they got down there.
23    Q    How many guys was it?
24    A    Two.
25    Q    Two?  You don't know their names; do you?

16 (Pages 58 - 61)

A.G.
December 7, 2022
A.G. v. Northbrook Industries

Page 62

1    A    No.
2    Q    What did they look like best you can
3 remember?
4    A    African-American.
5    Q    Old, young?
6    A    Probably about 30s.
7    Q    All right.  So and we're in nighttime now;
8 correct?
9    A    Yes.
10    Q    So y'all walked back to the United Inn?
11    A    Mm-hmm.
12        THE REPORTER:  Yes?
13        THE WITNESS:  Yes.
14 BY MR. STORY:
15    Q    And they show up -- did you give them your
16 cell phone number?
17    A    I'm not sure.  We might have because we did
18 give people our number so they could contact us.
19 Because -- I think that we did give them our number
20 because they ended up coming back the next day with
21 more people.
22    Q    Okay.  So let's stay with June 23rd the
23 first time.  All right.  So they show up and you said
24 y'all start talking.  And what's that conversation?
25    A    Whenever we get back to the hotel?

Page 63

1    Q    Yes, ma'am?
2    A    We asked them what they were looking for.
3 That's how we would come about it.  And I -- I think
4 that they said that they were just looking to have
5 fun.  And that's all they said.  And then they came in
6 the room and -- 'cause this was all out in the parking
7 lot when we were talking to them, we were standing
8 outside of their car having this conversation.  And
9 then they come in the room and we just -- I think
10 that's when we discussed a price and what they wanted.
11 And they -- I think G.W. went with one of them and I
12 went with one of them.
13    Q    Did y'all's room have one bed or two beds?
14    A    Two beds.
15    Q    So would each of y'all be in a bed?
16    A    I'm actually not sure about that.
17    Q    That's okay.
18    A    I can't remember if it was one king bed or
19 if it was two beds.
20    Q    Okay.  When y'all were talking at the car,
21 front parking lot or back parking lot?
22    A    Front.
23    Q    And what was it that these guys said they
24 wanted?
25    A    They said that they wanted sex.

Page 64

1    Q    Do you remember what price you gave them?
2    A    No.
3    Q    And so do you proceed to have sex with one
4 of the men?  Both men?
5    A    One.  And then -- yeah, so I was in the
6 bedroom, and they went in the bathroom.
7    Q    How long do you think those men with in
8 y'all's room?
9    A    Probably 30 minutes at the longest.
10    Q    Okay.  And then do they leave?
11    A    Yes.
12    Q    All right.  And staying on that night of
13 June 23rd, I get that technically we could be in the
14 early morning hours of June 24th, but just for our
15 intents and purposes, we'll just call it the first
16 night.
17    A    Mm-hmm.
18        THE REPORTER:  Yes?
19        THE WITNESS:  Yes.  Yes.
20 BY MR. STORY:
21    Q    It's fine.  It's going to happen again.
22 It's okay.
23        All right.  Tell me about was there a second
24 customer on the first night?
25    A    There was three people total on that first

Page 65

1 night.  So there was the two that were together and
2 then there was one more later on or early in the
3 morning.
4    Q    And where did you find him?
5    A    He came driving into the parking lot and was
6 like riding around and then stopped and talked to us
7 'cause we were just standing in the parking lot at the
8 time.
9    Q    Front or back?
10    A    Front.
11    Q    And so he pulls up, y'all have a
12 conversation, and does he park the car and come to
13 your room?
14    A    Yes, but he parked around back.
15    Q    Did y'all tell him to park around back?
16    A    No.
17    Q    And you don't know this guy's name?
18    A    No.
19    Q    What did he look like?
20    A    I can't remember exactly what he looked
21 like, but he had some type of like construction gear
22 on, like that shiny construction gear.  That's all I
23 can remember about him.
24    Q    So he came into room 112, and what happened?
25    A    And then me and G.W. both had sex with him.

17 (Pages 62 - 65)

Page 70

1    A   Yes.
2    Q   And I think we established this, but the 346
3  number is the number from the phone that P.D. gave
4  you?
5    A   Yes.
6    Q   Okay.  You can go to page 736.  Actually,
7  you can go to 735.  And I'm reading message 8753 which
8  is from P.D. to Ms. A.G. June 24, 2017, at 6:12 p.m.
9  Eastern.  It states, "The only time you pass out your
10  phone number is after you've already turned the trick
11  with the john.  Then you can give him the number.
12  Nobody gets the number before they spend the money
13  with you.  Do you understand that??" End of message.
14      Can you just briefly, Ms. A.G., explain what
15  turning a trick with a john means?
16    A   I'm guessing having sex with money for one
17  of the guys.
18    Q   And, Ms. A.G., I'm not trying to be
19  difficult with you, but -- so this gets into a
20  written -- you said that you guess.  And really what I
21  want to know is based on your understanding of dealing
22  with P.D., did you understand when he said turn the
23  trick with the john to mean having sex with someone
24  for money?
25    A   Yes, I -- it's after -- after we already met

Page 71

1  whoever, I'm guessing john is like a john doe, like,
2  something you don't know their name.  And then after
3  the trick, which is having sex, that's what you can
4  give out your number.
5    Q   Okay.  And if you'll flip the next page 734
6  and start at -- I'm going to read it out loud for the
7  record.  But just so you can read along, I'm going to
8  start at 8740 and work my way up.
9    A   Okay.
10    Q   And 8740 is a message from P.D. to Ms. A.G.
11  It says June 25, 2017, at 4:07 a.m.  that's really
12  June 24, 2017, at 11:07 p.m.  It states, "How you
13  doing tonight?"  Ms. A.G. replies, "We've made three
14  plays and already made over 400."  P.D. responds,
15  "That's my girls."  Ms. A.G. responds, "Yeah, but we
16  had to sit in the hotel for a min 'cause something was
17  happening outside the hotel."  Then P.D. says, "Just
18  don't miss too much $$."  End of message.
19      So this is the night of June 24, 2017, which
20  is a Saturday and we'd already gone over the first
21  night where you had the group of two guys and then the
22  construction worker.  So we're second night just to
23  give you context.
24    A   Okay.
25    Q   Tell me to the best of your recollection,

Page 72

1  what you can remember about these three plays and
2  already making over 400?
3    A   If it's -- 'cause I know on Saturday, we had
4  a group of people.  It was like five people.  I don't
5  know if, like, one of those plays would be that group.
6  If I considered that just one.  And then -- I can't
7  really remember exactly who I'm talking about and how
8  they happened that night.
9    Q   Outside of that message, and just talking
10  about that Saturday, can you remember who the -- what
11  customers you dealt with on that day specifically?
12    A   I know on that day --
13      MR. BOUCHARD:  Talking about June 25th,
14  Saturday?
15      MR. STORY:  That -- June 24, 2017,
16  which was a Saturday.
17      MR. BOUCHARD:  June 24th?  Yep.
18      MR. STORY:  Yes.
19      THE WITNESS:  Saturday, as in that
20  night on Saturday?  Like before --
21  BY MR. STORY:
22    Q   That's a very good question.  I am talking
23  about Saturday night, June 24th going into the early
24  morning hours of June 25th which is a Sunday.
25    A   Okay.  Okay.

Page 73

1    Q   And just so -- because I want you to
2  understand where we're at, the first night you stayed
3  at the United Inn was June 23rd and that's when y'all
4  walked Memorial.  And so then -- and you've told me
5  about that time.  Then you wake up and now we're on
6  Saturday, June 24th and we're talking about that night
7  which would go into June 25th; okay?
8    A   Okay.  Okay.
9    Q   So tell me the best you can what you
10  remember about the customers on June 24th going into
11  June 25th?
12    A   We had two groups of people.  One was more
13  of Hispanic guys and there was -- I'd say four or five
14  of them.  And then there was another group of guys.
15  The two guys that I had told you about from Friday,
16  they had texted us.  I'm not sure if they texted
17  us -- I -- I -- that's what I think is that they
18  texted us and came back the next day.  But I know for
19  sure it was those guys, but I don't know exactly how
20  they ended up back there.  And they brought more
21  people with them.  And there was either four or five
22  of them.
23    Q   And we'll talk about those two interactions
24  in a second.  Any other customers that you can recall
25  on that Saturday night early Sunday morning June 24th

19 (Pages 70 - 73)

A.G.
December 7, 2022
A.G. v. Northbrook Industries

Page 74

1 and 25th of 2017?
2    A    Not any that I, like, remember.  It could be
3 possible there was other people that night, but
4 because those two are the only things that really pop
5 into my head from that night.
6    Q    Okay.  Which one happened first in time if
7 you remember?  The Hispanic guys or the group from the
8 two guys that you had met with Friday?
9    A    The Hispanic guys.
10    Q    Okay.  How did you meet them?
11    A    We met them -- we were standing, like,
12 outside on the sidewalk in front of the hotel.  And
13 they drove by, and they stopped to talk to us.
14    Q    When you say you were standing on the
15 sidewalk, as in if you would have walked away from the
16 hotel, would you have stepped onto Memorial Drive?
17    A    Yes.
18    Q    Okay.  And so they were driving on Memorial
19 Drive?
20    A    Yes.  And we were standing in front of the
21 hotel.  And they pulled into the parking lot to talk
22 to us.  And so we walked over to them to talk to them.
23 And they asked what we were doing out there.  And we
24 said, what are y'all looking for?  And they said that
25 they were looking for sex.  And then we discussed a

Page 75

1 price.  I'm not sure how much.  But I'm -- what had
2 happened with them is we had discussed a price and
3 they were not trying to pay what they said they were
4 going to pay.
5    Q    Okay.  And so did that -- when you say they
6 were not paying what they said they were going to pay,
7 when did that come up?  Was that before or after the
8 commercial sex had been performed?
9    A    That was after.
10    Q    About what time of day was this if you can
11 remember?
12    A    I don't remember exactly what time.
13    Q    Was it nighttime outside?
14    A    It was at nighttime.
15    Q    Okay.  And so y'all discuss a price, I know
16 you don't remember it.  Did they park in the front or
17 in the back?
18    A    In the front.
19    Q    And then all four to five of those Hispanic
20 guys go into room 112 where you and G.W. are?
21    A    Yes.
22    Q    Okay.  And, you know, Ms. A.G., I'm sorry
23 that I have to get into this, but it is what it is.
24 What happens when those men come in?  And take your
25 time, we can take as many breaks as you need.  You got

Page 76

1 Kleenex right there.  Do you need -- is that your
2 drink?
3    A    Mm-hmm.
4    Q    Okay.  Take your time.  It's not a race.
5    A    I just remember them coming in the room and
6 it was just like they stood in a line and just kind
7 of -- each one -- it was mostly just me that did stuff
8 with them.  It -- some of them got oral sex and some
9 of them was just having sex.  Can't think of --
10    Q    Did you have sexual intercourse with all of
11 the guys in that group?
12    A    I am not sure if it was all of them.  I
13 think there were one or maybe two that it was just
14 oral sex.
15    Q    Can you recall roughly how long they were in
16 your room?
17    A    I would say it was not too long, but it was
18 probably at least like 45 minutes.
19    Q    And what was G.W. doing?
20    A    She was kind of just like standing on the
21 side of the bed -- on the other side of the bed.  I
22 was on one side of the bed; she was on the other side
23 of the bed.  And she was saying that she didn't want
24 to mess with any of them, so she was just kind of
25 sitting there.

Page 77

1    Q    All right.  So the -- all of it happens,
2 they're in there for roughly 45 minutes.  Then do they
3 leave?
4    A    So then we told them they needed to pay, and
5 they wasn't -- they were trying to pay less than what
6 they had said they were going to pay originally.  And
7 so then that -- I think -- we had texted P Diddy and
8 told him that they weren't trying to pay.  And we
9 kicked them out.  G.W. told them that if they didn't
10 get out, she was going to pepper spray them.  So we
11 pushed -- she pushed them out of the room.
12        And when she pushed them out of the
13 room -- she shut the door and they started banging on
14 the door or like, probably like 15 to 20 minutes
15 because one of the guys had left his shoes.  I know
16 for sure his shoes, but I think that there was
17 something else.  I don't know if it was his wallet or
18 something.  And so he wanted to get back in to get his
19 stuff.  And then we finally opened the door and handed
20 them their stuff after like 15 minutes of them banging
21 on the door.  And then they left.
22    Q    In the room y'all are in that night, the
23 door that goes in and out of that room, if you walked
24 out of the room, would you be in the front parking lot
25 of United Inn?

20 (Pages 74 - 77)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 82

1 finally got in the car and left.
2    Q   Do you remember what you were wearing on
3 June 24, 2017?  That Saturday night going into the
4 morning of June 25th, Sunday?
5    A   I don't remember exactly what I was wearing,
6 but I know I didn't have a lot of clothes on.  Like
7 little clothing covering my body.
8    Q   Was it your clothes?
9    A   Yes.
10    Q   Were you -- did P.D. or anybody associated
11 with P.D. ever provide you clothes to wear?
12    A   No.
13    Q   If we could go back to the that exhibit.
14 And I want to go to the front page of it.  It's
15 page 733.  And I'm going to -- I'm going to read up
16 from 8728 which I'm going to start with a message from
17 Ms. A.G. to P.D., it's dated June 25, 2017, at 6:23
18 a.m., really that would be June 25, 2017, at 1:23 a.m.
19       It says, "Do you keep driving up and down?
20 Are you the one that keeps passing us and waving?"
21 P.D. responds, "No, I would never bring that kind of
22 attention to myself."  You respond back, "Well, there
23 is a car that has drive past us like ten times and now
24 it is parked watching us."  P.D. says, "Keep a eye on
25 him.  Could be some bullshit or he could be jacking

Page 83

1 his D**K!  Just keep working."  You respond, "Okay,
2 daddy."  End of message.
3       So this is -- I know that it's on Sunday,
4 but really what we've been talking about this night to
5 Saturday night.  Do you -- did anything come of this?
6 In reading these messages, do you remember that
7 happening?
8    A   I do remember that happening, but I don't
9 think anything happened past the person driving by.
10    Q   Okay.  I'm going to hand you what I'm
11 marking as Defendant's Exhibit 4.  And again, these
12 are cell phone records from P.D. or Zaccheus Obie that
13 were obtained by the FBI in the criminal
14 investigation.
15       (Defendant's Exhibit 4 was marked for
16       identification.)
17       MR. STORY:  And for the record, the
18 pages from the FBI are 731 and 732.
19 BY MR. STORY:
20    Q   And, Ms. A.G., again if we can start on the
21 last page.  And I want to start with message 8711 and
22 it's from P.D. to you June 25, 2017, at 7:35 a.m.
23 Excuse me -- I'm going to start at 8713 which is a
24 message from you to P.D. June 25, 2017, with the time
25 change, it's at 2:34 in the morning.

Page 84

1       It states, "When you coming to get the
2 money?"  P.D. responds, "How much is it?"  You respond
3 back, "Over five."  P.D. says, "Take $2 to go to the
4 store and get some blunts."  You say, "Okay."  And
5 then you send another message, it says, "I couldn't
6 get them across the street.  And the other one is all
7 the way at the top of the hill."  And then we'll flip
8 over the page 731, P.D. says to you, "I don't worry
9 about, I will get them."  He then sends another
10 message two minutes later to you, "Y'all go ahead and
11 clock out.  I will get them."  And then an hour later
12 at 3:56 a.m. Eastern Time, he says to you, "Delete all
13 texts from you and I now."
14       So it sounds like to me, if P.D. told you to
15 clock out, did that mean based on your understanding
16 that y'all did not have to go solicit yourselves
17 anymore?
18    A   Yes.
19    Q   Okay.  And so that would have been about
20 3:00 a.m. on that Sunday, June 25th.  Why did P.D.
21 want you to delete all the texts from him?
22    A   I'm not sure.  I guess just to keep himself
23 safe in case something happened.
24    Q   Did you know anything about his criminal
25 history at this time?

Page 85

1    A   No.
2    Q   Did you and P.D. ever have any sexual
3 interaction?
4    A   No.
5    Q   I don't have any other questions for you,
6 Ms. A.G., on that exhibit if you want to put it aside.
7       I'm going to hand you what I'm marking next
8 as Defendant's Exhibit 5, which again, is the FBI
9 records of Zaccheus Obie's cell phone records.
10       (Defendant's Exhibit 5 was marked for
11       identification.)
12       MR. STORY:  And it is page Number 723
13 and 24 for the record.
14 BY MR. STORY:
15    Q   And if just real quickly, Ms. A.G., you'll
16 turn to page 724 of the second page, that message 8611
17 which is the second from the top.  I'm going to read
18 that and then I'm going to go to the front page to
19 finish the conversation.  I'm just trying to be as
20 efficient as possible.
21       From P.D. to you June 25, 2017, it says 7:23
22 p.m., with the time change that would be 2:23 p.m.
23 The text states, "What's your goal for tonight??"  Ms.
24 A.G. responds to P.D. and says, "To make more than I
25 did last night.  LOL."  And then P.D. responds with

22 (Pages 82 - 85)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 86

1  what appears from my poor vision to be a smiley face
2  emoji, but I'm not sure. But I'm not going to ask you
3  about that.
4       So, Ms. A.G., this is that Sunday,
5  July 25th -- or excuse me, June 25th. At this point,
6  you'd had sex -- commercial sex with three men on
7  June 23rd and from anywhere to eight to ten men on the
8  night of June 24th. Do you have a recollection of the
9  customers that you had on the night of June 25th going
10  into the early morning hours of Monday, June 26th?
11     A  No.
12     Q  Okay. So sitting here right now, you don't
13  have any recollection of anyone else?
14     A  Not -- I mean, I -- I remember there was
15  more that happened that night, but I can't remember
16  exactly how many or who. I think it's because, you
17  know, I remember more things than others with what
18  happened. But I know stuff did still happen on Sunday
19  night for sure. I just don't know how many.
20     Q  Okay. Ms. A.G., I'm going to hand you what
21  I've marked as Defendant's Exhibit 6, which again, is
22  Zaccheus Obie's cell phone records from the FBI.
23          (Defendant's Exhibit 6 was marked for
24          identification.)
25          MR. STORY: It's pages 719 and 720 for

Page 87

1  the record.
2  BY MR. STORY:
3       Q  If you could flip to the second page, 720
4  for me. I'm going to read through the text message
5  conversation and then ask you some questions.
6           And I'm going to start 8566 which is a
7  message from Zaccheus Obie to Ms. A.G. It's June 25,
8  2017, with the time change, it'd be 3:09 p.m. Eastern.
9           It states, "That's why we really need to
10  stay down for about a good two weeks straight so when
11  y'all go back to visit the house, y'all can have shit
12  to show for it. And go out and splurge and stunt on
13  your little partner and show him how you came down to
14  the A and bossed the fuck up... so do we all agree to
15  stay down and get this money so I can send y'all back
16  looking like my bitches... so all your friends can be
17  wondering who you're fucking with so when you come
18  back, you might can bring one or two of them with
19  you." End of message.
20           Ms. A.G., what is -- what's P.D. talking
21  about when he says, when y'all do go back to visit the
22  house, y'all can have shit to show? Do you know the
23  house he's referring to?
24     A  To my house, to my apartment at 110 B
25  Wilson.

Page 88

1       Q  Okay. And then he says something about
2  stunning on your little partner. Do you know what
3  he's referring to there?
4       A  No, I don't know exactly who he's talking
5  about. I know if he's talking about just our friends.
6  I'm not sure.
7       Q  Did you have a boyfriend at the time?
8       A  No, but Gregory that was living with us at
9  the time, that's --
10     Q  Payton's boyfriend?
11     A  Mm-hmm, that's my now baby daddy. At the
12  time, I mean me and him were kind of on and off so
13  maybe he was talking about him.
14     Q  Okay. Did you ever personally -- I'll
15  strike that.
16           My understanding is that every night that
17  you and G.W. made money, that money would be collected
18  the next morning by P.D. or one of his associates; is
19  that correct?
20     A  Yes.
21     Q  Did you yourself ever ask P.D. when am I
22  going to get paid? Why am I not getting any of this
23  money?
24     A  Yes, I'm pretty sure we asked him like when
25  we would start making money, because he was taking

Page 89

1  everything that we were making. And he would just
2  tell us to give it time. That it would all work out.
3  And we would have everything that we wanted. Even
4  though right here in these messages, he says, you
5  know, if you stay for two weeks, I'll have y'all go
6  back, you know, looking like bosses.
7       Q  Do you have any recollection of him talking
8  to you or G.W. in your presence about buying y'all a
9  house?
10     A  He did talk to us about that. He said that,
11  you know, he would either have us an apartment or we
12  would be able to get a house if we just, you know,
13  stayed down and did what he told us to do.
14     Q  Okay. And if you'll go to page 719 which is
15  the front page of Exhibit 6. And I'm going to start
16  at message 8560 which is a message from you to P.D.
17  June 25, 2017, with the time change it would be at
18  3:18 p.m.
19           Message states, "If you let us go home till
20  Thursday, we will come back and stay for two weeks
21  because we got to go home and get all of our shit in
22  line and stuff like that." And then 30 seconds later,
23  you send P.D. another message saying, "Is this all
24  we're going to be doing for those two weeks?" And
25  P.D. responds to you and says, "No, I got other moves

23 (Pages 86 - 89)

Page 94

1    A    No, I do not.
2    Q    And this message of you saying, only like
3    $150, it was dead last night, with the time change
4    that would be at 1:30 a.m. on Monday morning, Sunday
5    night. Is it fair to say that you would have been
6    talking about Sunday night?
7    A    Yes.
8    Q    Okay. Based on your knowledge of what you
9    would charge for commercial sex services during that
10   time, do you have an idea of how many customers it
11   would take for you to earn $150?
12   A    It might have been two or three.
13   Q    Okay. And do you remember why you were
14   asking P.D. about getting separate rooms?
15   A    I think that it was because, like I said,
16   people were wanting to just be in a room by themselves
17   and that's why we said that. And also, it felt like I
18   was the only one that was doing anything, like, G.W.
19   would make me -- she would just sit there while I
20   would be having sex with the guys or, you know, oral
21   sex with the guys. And so I think I also said it
22   because I felt like, if we had our own rooms, we each
23   had to do our own thing. It wouldn't all depend on
24   one of us to be doing everything.
25   Q    Okay. I'm going to hand you what I'm

Page 95

1    marking Defendant's Exhibit 9.
2         (Defendant's Exhibit 9 was marked for
3         identification.)
4         Again, these are from the FBI search of
5    Zaccheus Obie's phone. There's a decent bit of pages
6    in this exhibit so it's going to take a second to go
7    through, but it's pages 704, 705, 706, and 707. We're
8    going to start at 707, Ms. A.G., and work our way back
9    from there.
10        And specifically, I'm going to message 8415
11   which is a message from you to P.D. on June 26, 2017,
12   which was a Monday. If you take into the account the
13   time change, it would be at 6:28 in the morning.
14        You state, "You can come in now."
15        P.D. responds, "What was the reason I had to
16   wait outside?"
17        You say, "G.W. was changing and we had to
18   clean our room."
19        P.D. says to you, "Man, y'all ain't got
20   nothing that I ain't never seen before."
21        You respond, "Okay. LOL. We'll let you in
22   next time."
23        P.D. says, "Man, y'all hell. I fuck with
24   y'all though."
25        You respond and state, "Good, we thought you

Page 96

1    was mad LOL."
2         And P.D. says to you, "My traveler should be
3    there in a -- so y'all be ready. And when you get
4    home make sure y'all check in with me on a daily basis
5    to let me know y'all straight."
6         And then there's another message at the top,
7    8407 from P.D. to you that states, "No, baby girl, I
8    don't get mad. Then why would I be mad at you? We on
9    the same team. I'll get mad for you but not at you.
10   We are one."
11        Going to page 706, you respond and say,
12   "Okay. That's good." And then we'll stop there.
13        So on that Monday morning, did you P.D. pick
14   you up in the United Inn?
15   A    No.
16   Q    What he calls his traveler picked you up?
17   A    Yes.
18   Q    What was that?
19   A    I'm not -- I assume that it was Kiki, but
20   I'm not for sure on that.
21   Q    Whoever did pick you up, did they take you
22   and G.W. back to Commerce?
23   A    Yes.
24   Q    And did -- why did you call Zaccheus Obie
25   P.D.?

Page 97

1    A    Because he wanted us to call him daddy and
2    we looked at him as a pimp. And so we just -- P.D.,
3    Pimp Daddy.
4    Q    Okay. And did you and G.W. create that
5    nickname?
6    A    Yes.
7    Q    Okay. Are you on page 706 still?
8    A    Oh.
9    Q    That's okay. That's all right. I'm going
10   to start with message 8404, it's towards the bottom.
11   It's from P.D. to you on June 26, 2017, which that
12   Monday, reset for time, 7:24 a.m. Eastern.
13        Message states, "I just wasn't very
14   talkative because it's -- I had so much to do. I rip
15   and run all night watching y'all backs. And I rip and
16   run all day handling the other end of the business.
17   So I just had other moves that I had to go and make
18   really fast. That's all. We good, we'll a family."
19   You respond and say, "Oh, okay. We understand. We're
20   going to miss you these next few days though, but we
21   got you like you got us." He responds with an acronym
22   to you saying, "L.L.R." You say, "What's that?" He
23   responds back, "Love, loyalty, and respect."
24        If you'll turn to the next page 705. You
25   message to him, "We're hungry, LOL." P.D. says to

25 (Pages 94 - 97)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 98

1 you, "Y'all don't stop and get something to eat on the
2 way home." He then sends another message to you a
3 minute later, and this is at 7:35 a.m. Eastern on
4 June 26, 2017, "Head out the door, the car is out
5 there waiting. Call me when you get home."
6        He sends another message to you, "Delete
7 your text inbox of our conversations." He then sends
8 you another message, "I'm going to miss you so don't
9 keep me waiting too long." You respond and say, "We
10 won't, daddy." And going to 704 the front page. P.D.
11 says to you, "L.L.R., remember this because this is
12 what we all have for one another. This is what we
13 represent."
14        Ms. A.G., at this point, I mean, would you
15 agree with me that love, loyalty, and respect is not
16 what P.D. was showing you?
17    A   Yes, he was not showing us that. I think he
18 was trying to manipulate us and get us to trust
19 him by saying that.
20    Q   And I mean, at this point you're getting
21 these messages, you're 17 years old, I know you're not
22 18 yet, but you're a month away from 18. You've been
23 through high school at Commerce High, are you playing
24 his game to get away from him?
25    A   Yes.

Page 99

1    Q   You didn't buy this love, loyalty, and
2 respect stuff that he was speaking, did you?
3    A   I feel like at the time, by -- this is at
4 the end of the weekend, I think we were more scared,
5 and we were playing the part so we could get to go
6 home. Because we were scared if we didn't, he
7 wouldn't have let us go home. Because he did not want
8 us to go home. So I do believe that we were just
9 playing into what he wanted us to say.
10    Q   I understand. And do you think you were
11 saying we and I know that you're speaking on your
12 behalf and your knowledge, but the reality is you
13 don't ever come back and G.W. does. Based on your
14 observations, was it your understanding that on Monday
15 June 26, 2017, it was G.W.'s position of let's get out
16 of here, go back home to Commerce, and never come
17 back?
18    A   Yes, I definitely feel like she felt the
19 same way at that time. We just didn't know exactly
20 how to do it. And how to get out of it.
21    Q   And when y'all get taken back -- y'all did
22 get taken back? When whoever picked you up, they did
23 take you back to Commerce on June 26th?
24    A   Yes.
25    Q   And did you have a dollar in your pocket

Page 100

1 from the commercial sex services you'd been providing?
2    A   No.
3    Q   So you get back -- how long is the drive
4 from Atlanta to Commerce?
5    A   It's about an hour, 15 minutes, maybe a
6 little longer.
7    Q   You get back to Commerce, do you tell
8 anybody about what's happened?
9    A   I think we sat and talked with Gregory and
10 Payton. And we told Payton this is nothing what you
11 told us, how it was going to be.
12    Q   Was G.W. staying with you still?
13    A   Yes, we stayed at -- we went back to my
14 house and was there for a little while, yes.
15    Q   Did you tell your mom about going to Atlanta
16 for that weekend of June 23rd to the 25th?
17    A   I'm not sure if I told her exactly what had
18 happened that weekend. But before I had left, I had
19 told her that I was moving to Atlanta with a friend
20 for the summer. And that was all I had told her, the
21 information I gave her. And she just kind of had a
22 bad feeling about it as a parent.
23    Q   Is your mom friends with G.W.'s mom?
24    A   I wouldn't say friends. I would say they
25 have "talken" a couple times here and there, but

Page 101

1 that's it.
2    Q   Like, do you think your mom had G.W.'s mom's
3 cell phone number back then?
4    A   No.
5    Q   I'm going to hand you what I'm marking as
6 Defendant's Exhibit 10.
7        (Defendant's Exhibit 10 was marked for
8        identification.)
9        Not to sound like a broken record, but this
10 is again from FBI records of Zaccheus Obie's cell
11 phone records. And it's pages 681 and 682. I want to
12 start on page 682, specifically message 8115.
13        And this is a message from you to P.D. on
14 June 28, 2017, at 11:37 so really that's 6:37 p.m.
15 Eastern. And just to give you full context, that's on
16 Wednesday. So you got home on Monday, this is on
17 Wednesday.
18    A   Okay.
19    Q   You say, "I just want to let you know, I'm
20 not coming tomorrow. I'm going to come Sunday. I
21 will even get somebody to bring me if I have to. And
22 I wanted to ask you another question. If I were to
23 wait till I was 18 to come back, would I still have to
24 go through all these steps?" And then he
25 responds -- P.D. responds to you and says, "Yes."

26 (Pages 98 - 101)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 102

1    What did you mean about waiting till you're
2  18 to come back if you'd still have to go through all
3  these steps?
4    A    Like, if I were to come back when I was 18,
5  would I just be able to dance?  Would you not make me
6  have sex for money?
7    Q    Was there a time that he told you that the
8  reason you were having sex for money as opposed to
9  dancing for money was because you were not 18?
10    A    Yes.
11    Q    And how did he -- what was his reasoning for
12  that?
13    A    Because we didn't have an ID to be able to
14  work, like, and dance.
15    Q    Going back really quick to that group of
16  Mexican guys.  Did any of them ask you if you were
17  under 18?
18    A    Not that I can remember.
19    Q    And then that next group that came back with
20  the two guys that y'all had met on Friday night, did
21  anybody in that group ask if you were under 18?
22    A    Not that I can remember.  But I know there
23  was at one point, somebody who told us that we looked
24  pretty young.  And that we definitely looked too young
25  to be out there doing what we were doing.

Page 103

1    Q    Was it a lady in the parking lot of United
2  Inn who said, y'all don't need to be doing this, and
3  handed you a business card?
4    A    That was a different one.  That was somebody
5  else who said that to us.  But we had -- I
6  had -- there was one of the customer -- or
7  somebody -- we were either just talking to him about
8  it.  About making a play or whatever about having sex
9  for money and he was like, I don't know, y'all look
10  kind of young.  Y'all look too young to be out here
11  doing this.
12    And that was -- and then the lady was a
13  different time.  Somebody told us that we looked too
14  young and gave us a card that -- if we needed help.
15    Q    Tell me about the lady that gave you the
16  card?  Did she just hand you the card, say, y'all look
17  too young, you don't need to be doing this.  If you
18  need help, call this number?
19    A    Yes.
20    Q    Did you keep that card?
21    A    I'm not sure.  I know I don't have it now,
22  but I'm not sure.  I'm sure we held onto it for a
23  little while.  But I don't know whatever happened to
24  it.
25    Q    Do you remember ever having a conversation

Page 104

1  with G.W. about, you know, this isn't what we signed
2  up for, let's call this lady?
3    A    No, I don't think we ever did talk about
4  really calling her.  We were -- we were kind of scared
5  to reach out to anybody while we were down there
6  because, like, you know, he kept saying he was
7  watching us.  And we didn't know who was involved, who
8  was watching us, or who was where.  And especially
9  because my phone came from him, and I didn't know if
10  he could see stuff that I was doing on my phone too.
11    Q    Okay.  I'm going to hand you what I'm
12  marking as Defendant's Exhibit 11.
13    (Defendant's Exhibit 11 was marked for
14    identification.)
15    Again, this is from the FBI records of
16  Zaccheus Obie's cell phone, and it is page 679, for
17  the record.  And I want to draw your attention, Ms.
18  A.G., to the bottom message which is 8082 and it's
19  from P.D. to you.  And it says June 29th, but if you
20  do the time change, that's really June 28th which was
21  a Wednesday at 10:09 p.m.  And the message states,
22  "So how do you think you did on your test ???"
23    Tell me, what is P.D. is talking about if
24  you know?
25    A    I do not know.

Page 105

1    Q    Okay.
2    A    I'm sure it's some excuse I came up with as
3  to why I could not go back.
4    Q    Next, I'm going to hand you what I'm marking
5  as Defendant's Exhibit 12.
6    (Defendant's Exhibit 12 was marked for
7    identification.)
8    Again, this is Zaccheus Obie's cell phone
9  records, and the pages are 622, 623, and 624.  Ms.
10  A.G., we're going to start at 624 and work our way up
11  to the front.  So I'm going to start at message 7418,
12  it's towards the bottom.  And this is a message from
13  you to P.D. July 1, 2017, adjusted for the time change
14  it would be at 3:27 p.m.  And just to keep our
15  reference points, Ms. A.G., this is on the Saturday.
16  So came home on Monday, is that Saturday.
17    A    Okay.
18    Q    You text P.D. and say, "You wanted me to
19  text you."  P.D. responds, "Light Bright what time do
20  you need to see your mother??  And why haven't you
21  already taken care of all of that?  I got a lot of
22  stuff planned for tomorrow.  I got a lot of different
23  moves that I have to make and I'm trying to beat the
24  traffic."  He then sends a message immediately after
25  that says, "Light Bright, what" -- and then it's

27 (Pages 102 - 105)

A.G.
December 7, 2022
A.G. v. Northbrook Industries

Page 114

1 reaching out.
2     A    Yeah, I know it wasn't very much.  It was
3 only a couple times that he tried to reach out to me
4 and get me to come back.  But that was it.
5     Q    Did he ever threaten you about if you don't
6 come back, I will...?
7     A    No, he never directly threatened me or
8 anything.
9     Q    Did you feel like you had put yourself in
10 harm's way by deciding not to go back when you were
11 taken home on June 26th of 2017?
12     Yes, I was very afraid whenever I went back
13 because they knew where I lived at.  That's what
14 scared me the most.  And also, because I didn't know
15 him, and I did not know what he was capable of.
16     Q    And is there anything that you're aware of?
17 Like, any consequence that you suffered as a result of
18 not coming back that you believe was the
19 responsibility of P.D. or his associates?
20     A    As -- like, as far as what?
21     Q    So you told me that you were scared when you
22 didn't come back because they knew where you lived.
23 Do you remember that?
24     A    Yes.
25     Q    See?  You're correcting yourself.  My

Page 115

1 question is:  Did anything actually happen?
2     A    No, nothing actually happened to my
3 knowledge that I know of.
4     Q    Okay.  This is on July 19th, when you say, I
5 just got a job and I start school on August 10th.  Do
6 you know if that's the truth or were you just lying to
7 him?
8     A    I'm pretty sure that's the truth.
9     Q    Okay.  Do you remember what job you had
10 gotten?
11     A    I'm not sure.
12     Q    Was this the time of Ryan's steakhouse?
13     A    It probably was Ryan's, I -- I'm thinking.
14     Q    Okay.  Tell me what your basis for saying if
15 you can recall when you say, "It's not even because I
16 think it's bad or anything, I believe G.W. is really
17 likening it right now."  What made you say that?
18     A    I just didn't want him to think -- or I just
19 didn't want him to be mad at me and think that that
20 was the reason that I wasn't there, even though it
21 was.  I knew that G.W. was still there and I
22 did not want her to get her.  So I was trying to have
23 her back from a distance even without being there
24 because I was scared, you know, based on the things
25 that I would say something could happen to her or he

Page 116

1 would get mad at her.  So I think that's the reason I
2 was still kind of just telling him things that he
3 wanted to hear.
4     Q    And you know, this is like 18 or 19 -- or
5 excuse me.  It's actually like three weeks after you
6 had returned home.  Are you still -- would you still
7 have been talking to G.W. every day?
8     A    I don't know -- I don't think we were
9 talking every day.  We had talked, you know, here and
10 there, but I don't think we talked every day.
11     Q    Do you remember a time that G.W. told you
12 after you came back to Commerce that she was starting
13 to like it?
14     A    I think she was starting to get more
15 comfortable.
16     Q    Okay.  And that's just based on the context
17 of the conversations you were having with her?
18     A    Right.
19     Q    When did you -- I'll represent to you that
20 on July 23, 2017, P.D. was arrested.  I can't remember
21 if it was by the FBI or GBI, but he was arrested and
22 Kiki was in the car with him, and G.W. was in the car
23 with him.  And so that would have been July 23, 2017,
24 which that was the Sunday.  So just under four weeks
25 from when you had been back, do you remember the first

Page 117

1 time you heard about that happening?
2     A    I don't recall exactly when it was and how I
3 heard about it.
4     Q    Okay.  Did you get contacted by the police?
5     A    By the FBI?  I don't -- I know I had contact
6 with the FBI but I'm not exactly sure who all I talked
7 to.
8     Q    And what do you remember about the initial
9 contact?  What did they say to you?
10     A    I'm not sure if we had, like, talked on a
11 phone call before, but I know they ended up coming to
12 the house and we sat down and talked about what had
13 happened.  And that's when they took my phones.  And
14 that was the first time I feel like my mother was
15 there and we all sat down and talked about it.
16     Q    Did they take both of your phones?
17     A    Yes.
18     Q    When did they give them back?
19     A    Years later.
20         MR. BOUCHARD:  At a logical breaking
21 point, can we take a break?  Whenever?
22         MR. STORY:  We're at it.
23         MR. BOUCHARD:  Okay.  Yeah?
24         MR. STORY:  Let's take a five,
25 ten-minute break if we can go off the record.

30 (Pages 114 - 117)

A.G.
A.G. v. Northbrook Industries

December 7, 2022

Page 118

1      THE REPORTER:  We're off the record at
2  2:06 p.m.
3      (Off the record.)
4      THE REPORTER:  And we are back on the
5  record at 2:24 p.m.
6  BY MR. STORY:
7      Q   All right.  Ms. A.G., we're back on the
8  record so we've gone through the time that -- I'm just
9  going to say that you were in Atlanta.  And you got
10  there on the 22nd of June 2017, left the morning of
11  June 26th, that following Monday.
12      And based on what we've talked about, my
13  understanding is you were at a hotel on Fulton
14  Industrial the night of June 22nd and then you were at
15  the United Inn on June 23rd, 24th, and 25th and
16  checked out the 26th.  Generally speaking, how did you
17  go about engaging with speaking to potential customers
18  during that time period?
19      A   We would just ask them what they were
20  looking for.  That's all we would ask them.  And then
21  they would tell us and then we would give them a
22  price.
23      Q   During that time, were you or G.W. being
24  contacted by any people who were finding your
25  information on online advertisements?

Page 119

1      A   No.
2      Q   So when you were at the United Inn, do you
3  know if P.D. had his own clientele that he would send
4  to you?
5      A   Not that I'm aware of.
6      Q   Okay.  So ultimately, you would -- if you
7  were at the United Inn, you would get customers from
8  walking Memorial Drive is one way; is that correct?
9      A   Yes.
10      Q   And you would also get them at the gas
11  station nearby; is that correct?
12      A   Yes.
13      Q   And then you would also get customers in the
14  parking lot of United Inn; is that correct?
15      A   Yes.
16      Q   Is there anywhere else that you can remember
17  while at United Inn that you would locate customers
18  and speak with them?
19      A   Well, I know we would just be standing like,
20  around the hotel.  So, like, in front of it on the
21  sidewalk in front of it instead of walking, 'cause
22  there's like a red light.  And so we would stand right
23  there where the red light is.  Right in front of there
24  occasionally, but after, you know, the first day of
25  walking up and down Memorial Drive and being so tired

Page 120

1  from that, we would basically just stay mostly down at
2  the bottom in the parking lot or right there in front
3  of the parking lot where the red light was.
4      Q   When you say down at the bottom, do you mean
5  the back parking lot?
6      A   No, like, the bottom of the hill of Memorial
7  Drive where the hotel is.
8      Q   Okay.  I'm going to hand you what I've
9  marked as Defendant's Exhibit 14.
10      (Defendant's Exhibit 14 was marked for
11      identification.)
12      And these are Plaintiff's Responses to
13  Defendant's Request for Admissions to Plaintiff.  And
14  I've just got a few questions that -- and I think I'm
15  going to be able to get through this pretty quickly.
16  But before we go into this, I do want to ask you about
17  one other thing.
18      So you understand that Zaccheus Obie, who
19  we're referring to as P.D., that he pled guilty to
20  minor sex traffic charges and is currently serving a
21  prison term for that?
22      A   Yes.
23      Q   And is it fair to say that you were supposed
24  to speak at P.D.'s criminal sentencing?
25      A   Yes.

Page 121

1      MR. BOUCHARD:  Object to form.
2  BY MR. STORY:
3      Q   Why did you not speak at his sentencing?
4      A   I got really sick right before I -- we were
5  supposed to go down there.  And I couldn't go anymore.
6      Q   Did you get the opportunity to write a
7  letter to the court?
8      A   They said that I could write a letter, but I
9  was so sick, I couldn't even get out of bed more or
10  less write something down to be spoken in court.
11      Q   Okay.  So the reason that you didn't write a
12  letter is because you were sick?
13      A   Yes.  I do wish that I could have spoken
14  and -- or even wrote a letter for them to read.
15      Q   What would you have said?
16      A   Just that, you know, what happened to us, I
17  wouldn't have wished this on anyone else.  And I'm
18  glad that, you know, we had people who was looking out
19  for us and got him, P Diddy, like, found out.  Like
20  G.W.'s mom, for example, I'm glad that, you know, we
21  had her looking out for us and for her daughter
22  that -- to help her and -- so that way he could get
23  what he deserved for us having to deal with this for
24  the rest of our life.  Because, you know, we didn't
25  have nobody while we were down there looking out for

31 (Pages 118 - 121)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 122

1 us. And maybe if we would have, then this would have
2 ended a lot sooner and we wouldn't have all of this to
3 carry on with us throughout our life.
4      And, you know, I may have to live with, you
5 know, this -- what word? Like, loss of self-respect
6 for myself from this. Like, maybe I wouldn't have to.
7 But I'm glad that it did -- eventually somebody stood
8 up for us. That's just what I would have said because
9 I'm glad that he ended up where he's at and not
10 continuing what he was doing with other young girls or
11 who knows who else.
12      Q   Do you remember whether it was you or G.W.
13 who first reached out to -- I keep on forgetting
14 Quintavious is Swayzii?
15      A   Swayzii.
16      Q   Swayzii.
17      A   I'm pretty sure that it was G.W., I'm
18 not -- I'm not for sure. I don't know if it was me or
19 G.W. first.
20      Q   Do you know, putting you and G.W. in the
21 same group and then Swayzii and P.D. in a different
22 group, who contacted who first, do you know?
23      A   We contacted Swayzii first.
24      Q   Okay. Can you turn to page 8 of Exhibit 14?
25 And, Ms. A.G., I just want to explain what this is.

Page 123

1 You might have never seen this. What these are called
2 are requests for admission. And in just plain
3 English, how it works is, I send to your attorney a
4 request that says, admit this fact. Your attorney
5 speaks with you, but your attorney responds. So these
6 responses are what your attorney drafted on your
7 behalf. And I think after we've -- I've heard your
8 testimony today I just want to clarify and make sure
9 that I'm right on a few things. So when you're
10 looking at this, I just want you to understand, I'm
11 not saying that you are the one who actually drafted
12 this response. But I want to ask you first about
13 number 16.
14      A   Okay.
15      Q   And it says admit that you were never
16 physically present at the United Inn & Suites on
17 June 22, 2017. The response the denied. Ms. A.G., so
18 June 22nd was that Thursday that y'all are on Fulton
19 Industrial. Now that we've talked about it today and
20 gone through the dates and gone through the text
21 messages, is it accurate to say that on June 22, 2017,
22 you were never physically present at the United Inn &
23 Suites?
24      A   Yes.
25      Q   All right. Can you turn to page 11? And

Page 124

1 for the sake of efficiency, I'm not going to go
2 through every one of these. But on page 11, the
3 requests are to admit that you were never physically
4 present at the United Inn & Suites, and it goes from
5 June 27th to July 1st. We talked about earlier you'd
6 gotten taken back to Commerce on June 26th?
7      A   Yes.
8      Q   So is it accurate to say that from June 27,
9 2017, to July 1, 2017, you were never physically
10 present at the United Inn & Suites?
11      A   Yes.
12      Q   And is it also accurate to say that from
13 July 2, 2017, to July 23, 2017, all days in between,
14 you were never physically present at the United Inn &
15 Suites?
16      A   Yes.
17      Q   If you can go to page 12. Number 31 says
18 admit that you never saw an employee of the United Inn
19 & Suites have a conversation with Kikia Anderson. The
20 response is denied. So I take that to mean that you
21 did see an employee of United Inn & Suites talking
22 with Kikia Anderson. Based on what I've heard
23 today -- let me just ask you. Did you ever see an
24 employee of the United Inn & Suites having a
25 conversation with Kikia Anderson?

Page 125

1      A   No.
2      Q   And Kikia Anderson and Kiki Anderson are the
3 same person; correct?
4      A   I'm not sure.
5      Q   Okay. Did you ever see Doc have a
6 conversation with an employee at the United Inn &
7 Suites?
8      A   Not that I seen.
9      Q   Did you ever see P.D. have a conversation
10 with any employees or staff at the United Inn?
11      A   Not that I'd seen.
12      Q   Did you ever -- strike that.
13      Did you ever yourself speak in person with
14 an employee or staff member of the United Inn in June
15 of 2017?
16      A   Yes.
17      Q   Tell me about that.
18      A   Well, we had gotten locked out of the room
19 at one point. And had to go up to the desk to be let
20 back into the room, because we had left our keys in
21 the room. And whenever we did that, they had to make
22 a phone call because our names was not on the room for
23 us to be let back in. And then they walked us back
24 down to the room and let us into the room.
25      We had also went up to the desk one night to

32 (Pages 122 - 125)

A.G.
A.G. v. Northbrook Industries

December 7, 2022

Page 126

1  go and purchase condoms.  And then we had also talked
2  to a housekeeper about getting towels one day.
3  Because P Diddy did not want us to have housekeeping
4  coming into the room.
5      Q   Do you know why P.D. didn't want y'all to
6  have housekeepers come into the room?
7      A   He didn't really say why.
8      Q   So the time that you had to go back in the
9  lobby to get a key, did you go back in, what did you
10 say to the employee?
11     A   That we had locked ourself out of the room
12 and that our name was not on the reservation.  Could
13 they still let us in?  And they were like, well, we're
14 going to have to talk to who's on the reservation.
15     Q   And do you remember -- do you know the name
16 of the employee that you were communicating with?
17     A   No.
18     Q   Can you describe them physically?
19     A   I am not sure if it was -- I'm not sure if
20 there was one or two people up there at the time.  But
21 I know -- I remember seeing a guy up there, but I
22 think there was also a girl.  Because when we'd said
23 that we weren't on the room -- like, our names wasn't
24 on there, I'm pretty sure he had to go ask what to do
25 to be able to let us back in.  And it was -- Indian

Page 127

1  man.  He was an Indian man, kind of older.  Probably
2  in his like, 40s.
3      Q   And he was the one who y'all talked to about
4  getting the key?
5      A   Yes.
6      Q   And based on your recollection, you believe
7  he wasn't really sure what to do so he had to go ask
8  somebody else?
9      A   Yes.
10     Q   And did y'all have to get P.D. to call the
11 front desk to say they're authorized to have a key?
12     A   I'm not sure if we told him to call up there
13 or if they like, looked up the number and called him.
14 I'm not really sure how that phone call went.  I just
15 know for sure there was a phone call.
16     Q   Understood.  The girl that he went and
17 asked, did you see her?
18     A   I saw her walk out but just for a second for
19 them to talk and then go back in.
20     Q   What did she look like?
21     A   Dark hair, she was Indian as well.  She
22 probably looked about in her 40s.  I'm not really good
23 with age, but --
24     Q   That's okay.  I'm just asking for your best
25 recollection.  I appreciate you cooperating with me.

Page 128

1  So did the Indian man talks to -- and I'm just going
2  to call him the Indian man, so you and I are on the
3  same page.  He talks to P.D., and then does he just
4  give y'all a key?
5      A   He walks us down to the room and lets us in.
6  Because we had just left our keys in the room.  So
7  there was no reason to give us another key, we just
8  needed to be let back in so we could get our key.
9      Q   Okay.  So he almost like -- he went and used
10 like a master key to let y'all back in?
11     A   Yes.
12     Q   Understood.  Did y'all have any other
13 conversation with this Indian man outside of we left
14 the key in our room, and it's not registered in our
15 name?
16     A   No.
17     Q   Tell me about buying condoms.  Do you
18 remember who you bought the condoms from?
19     A   I'm not exactly sure who was up there that
20 night that we bought them from.
21     Q   Do you remember anybody in the lobby other
22 than the Indian man and woman that you've described?
23     A   No.
24     Q   How did you pay for the condoms?
25     A   With cash.

Page 129

1      Q   Did P.D. not provide y'all with condoms?
2      A   No.
3      Q   And was the housekeeper that you interacted
4  with about getting towels, was that a female?
5      A   Yes.
6      Q   Okay.  And what race was she if you know?
7      A   Possibly Indian too.
8      Q   Did she get you towels?
9      A   Yes.
10     Q   Did you have any other conversations with
11 her besides, can we get towels?
12     A   No.
13     Q   And I know you don't remember who exactly
14 you interacted with when you bought condoms, but did
15 you have any other conversation other than I want
16 those condoms and the transaction?
17     A   No.
18     Q   I don't have any other questions on that.
19 Now I'm going to hand you what I'm marking as
20 Defendant's Exhibit 15, which is Plaintiff's Responses
21 to Defendant's Interrogatories.
22          (Defendant's Exhibit 15 was marked for
23          identification.)
24          And, Ms. A.G., just for your benefit,
25 interrogatories are tools that lawyers have to get

33 (Pages 126 - 129)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 130

1  information from the opposing party.  Again, I know
2  that you did not write these responses out.
3          But what we do as attorneys is we get
4  information from our client and then we draft the
5  responses.  So I'm going to be asking you about these
6  responses, but just know I understand that you didn't
7  sit there and type it up.  I'm just trying to get
8  clarification, make sure I know everything you know.
9      A    Okay.
10     Q    All right.  So the first interrogatory asks
11 for -- we just asked you generally to identify the
12 dates you were trafficked and basically the
13 information you had surrounding those dates.  If you
14 turn to page 3, I'm not going to read the full
15 response, I'm just going to direct you to where I have
16 questions.  And I should have said this before, but if
17 there's a time where you're like, I don't really know
18 what he's talking about, I want to read the whole
19 thing, just tell me.
20     A    Okay.
21     Q    And you got every right to -- and I'll sit
22 back until you finish reading the full response.  So
23 if you get confused just let me know.  So -- you on
24 page 3?
25     A    Yes.

Page 131

1      Q    This first full paragraph that starts with,
2  "When plaintiff" -- do you see this?
3      A    Okay.
4      Q    So the second sentence of that paragraph
5  says, "To the best of plaintiff's current
6  recollection, she was victimized in one of the
7  following rooms, or a room nearby, 117, 118, 119,
8  120." End of sentence.  Based on what we've discussed
9  today, I believe the only room that you were in at the
10 United Inn was room 112; is that accurate?
11     A    Yes.
12     Q    The next sentence says, "Plaintiff had sex
13 for money with at least 15 men over the period she was
14 at the United Inn & Suites."  I'm not asking you to
15 give me an exact number, it was a long time ago.  And
16 we've gone over -- I know it's a group of four or five
17 men twice and then three the first night.  So now that
18 we've kind of relived that weekend, you still believe
19 15 is an accurate number?
20     A    Approximately, yes.
21     Q    Other than the gentleman who talked about
22 who slapped you in the face and held you down, did
23 anyone else physically force themselves upon you?
24     A    No, not like, me telling them no and then
25 them still doing it anyways.  No, I had no other time

Page 132

1  that that happened besides the one time.  And like I
2  said, he -- I cried and told him to get off me and so
3  he slapped me and continued until he was finished.
4      Q    Was P.D. ever violent to you?
5      A    He got pretty aggressive with me and got in
6  my face because he was mad that I didn't want to wear
7  heels while walking around and told me that nobody
8  would want to talk to me looking like that.  So he did
9  scream at me.
10     Q    And when would that have been?
11     A    I know we were at the United Inn when this
12 happened, when he was screaming at me, but I think
13 that it was Saturday, but I'm not for sure.
14     Q    When you were at the United Inn, did P.D.
15 come back every morning to pick up the money?
16     A    Yes.  And then he would disappear for a
17 little while and then come back into the room and talk
18 to us and then leave.
19     Q    And y'all were in room 112 the whole weekend
20 though?
21     A    Yes.
22     Q    Moving down in that paragraph, it says,
23 "Zaccheus Obie, or his associates came to the room and
24 collected the money that Plaintiff G.W. and Plaintiff
25 A.G. received from sex buyers."  I'm going to ask you

Page 133

1  who -- tell me everybody that you can think of who you
2  consider an associate of Zaccheus Obie or P.D..
3      A    The person who -- the woman who drove us
4  down there, who picked us up from Commerce and dropped
5  us off.
6      Q    Kiki; right?
7      A    I'm not for sure if that was her name.
8      Q    Okay.  And you're talking about the one who
9  picked you from Commerce to take you to Atlanta?
10     A    Yes.
11     Q    Okay.  Okay.  Who else?
12     A    And the other guy who we picked up when we
13 were going to the United Inn.  I think his name was
14 Doc.
15     Q    Anyone else?
16     A    As far as I know, that's all I know about.
17 I'm not sure if he knew anybody from the hotel or
18 anywhere else around us.  Like, if he had other people
19 staying in the hotel that he knew, because, like I
20 said, when he would come in the mornings, he would
21 come in there first and then he would go and disappear
22 for about, like, 20 minutes to 30 minutes and then
23 come back.  But he would still be like on the hotel
24 premises.
25     Q    How would you know that he was in the hotel

34 (Pages 130 - 133)

A.G.
A.G. v. Northbrook Industries
December 7, 2022

Page 134

1 premises?
2    A    Because he was still parked outside.  His
3 car was still parked in front of our room.
4    Q    Who took you back to Commerce on Monday?
5    A    The same lady that had picked us up.
6    Q    So do you know Kiki Anderson?
7    A    I'm not -- I'm -- I think that it was the
8 driver, but I'm not for sure.  That's just from the
9 knowledge that I have now.  But at the time, I did not
10 know that was her name or -- and I'm still not
11 completely sure that's her name.  I just know it was a
12 heavy-set African American lady and it's it.  That's
13 all I know.
14    Q    Okay.  Staying on page 3, after the at least
15 adult men, the next sentence is "Once at the United
16 Inn & Suites, five adult men purchased sex with
17 plaintiff and the other minor with whom plaintiff was
18 sex trafficked.  The five adult men had sex with both
19 minor simultaneously.  A fight ensued which spilled
20 out into the United Inn & Suites open air hallway and
21 caused significant commotion."  And going to the next
22 page, "Plaintiff threatened to pepper spray the men,"
23 and I'm going to stop there, because I don't want to
24 get to the next event.  Was it you or G.W. who
25 threatened to pepper spray?

Page 135

1    A    G.W.
2    Q    Okay.  Was that the -- I'm just going to
3 keep real general of how we're referring to these
4 people.  Was that the group of the Mexican men?
5    A    Well, she threatened pepper spray both of
6 them and there was an argument with both of them.  So
7 I'm not sure which one is which 'cause they both kind
8 of had the same incidents of what happened.  But
9 the -- the Hispanic men, they were kind of more
10 outside beating on the door.  The African men, we
11 were, like, yelling back and forth with the door open.
12    Q    Which group was the shoes?  That forgot
13 their shoes inside?
14    A    The Hispanic men.
15    Q    If you had to say which one was a louder
16 commotion, would it have been the Hispanic men or the
17 other group of men if you know?
18    A    I would say it would be kind of equal.  Just
19 different commotion.
20    Q    Right.  All right.  Going to page 4, are you
21 on page 4?
22    A    Yes.
23    Q    The next sentence says "Another time at the
24 United Inn & Suites, five adult men purchased sex with
25 plaintiff and the other minor with whom plaintiff was

Page 136

1 sex trafficked.  The five adult men had sex with both
2 minor victims simultaneously.  After the five adult
3 men left plaintiff's room, the men stood in the open-
4 air hallway banging on the door and demanding the
5 minors allow them back into the room."  End of
6 sentence.
7        Fair to say that this is describing the
8 Hispanic --
9    A    Yes, and the other one.
10    Q    Got you.  Do you know what -- who's name
11 room 112 was rented for in United Inn that weekend?
12    A    I don't know his real name.  I just know
13 that it was Doc who rented out the room.
14    Q    Okay.  And did you ever -- one of these days
15 I'm going to remember.  Was it Swayzii?
16    A    Swayzii.
17    Q    Did you ever see Swayzii after that initial
18 meeting?
19    A    No.
20    Q    The last sentence starts on page 4 and goes
21 to page 5.  It says, "Some of plaintiff's traffickers
22 were physically violent towards plaintiff and/or women
23 in front of plaintiff."  End of sentence.  You told
24 me, Ms. A.G., about the time that P.D. was I think
25 you -- the words you used were physically -- or

Page 137

1 aggressive with you about the heels.  In that time,
2 did he put his hands on you?
3    A    He did not put his hands on me.  He just got
4 in my face, like really close to my face and was
5 screaming.
6    Q    Did you see him put his hands on any other
7 women?
8    A    No.
9    Q    Were there any other instances where you
10 felt intimidated or physically threatened by him?
11    A    The whole time -- it was just the fact that
12 I know that he had a gun on him and, you know, we're
13 out here by ourselves with no weapons, nobody out
14 there, no money, no car.  So it was kind of more a
15 fear that we were in his hands, and we had to do what
16 he said.
17    Q    How do you know he had a gun?
18    A    We saw it.
19    Q    When did you see the gun?
20    A    When we were in his car, when we came from
21 the first hotel to United Inn, and then he kept it on
22 him.
23    Q    Did you ever see anyone at United Inn &
24 Suites with a gun?
25    A    Besides him?

35 (Pages 134 - 137)

A.G.
A.G. v. Northbrook Industries

December 7, 2022

Page 138

1    Q    Yes, ma'am.
2    A    Doc also had a gun, but besides them two,
3  no.
4    Q    And, Ms. A.G., before I ask you this
5  question, I just want to reiterate that there's been a
6  protective order entered in this case.  So this
7  transcript is not public record.  It's going to be
8  under seal.  So I don't want you to be fearful of
9  giving me a truthful answer.  And if you are fearful
10  just tell me and we can deal with that later.
11        But this next sentence on page 5 says,
12  "Plaintiff's suspects her traffickers were affiliated
13  with criminal gangs."  Can you tell me what
14  information or knowledge or evidence you have that
15  would suggest that your traffickers were affiliated
16  with criminal gangs?
17    A    It was the way that he came off.  And he
18  talked about that it was a business and he would talk
19  about how he had other people involved and the fact
20  that he carried around guns, and you know, was
21  watching us all the time.  It felt like there was no
22  way that he could be doing this all by himself.
23    Q    And by he, you mean P.D.?
24    A    Yes.
25    Q    Do you remember ever a time and -- I mean,

Page 139

1  the classic example that I use Crips or Bloods, you
2  know, do you ever remember hearing any kind of gang
3  affiliation statement made either by P.D. or any of
4  his associates?
5    A    No, but when him and Doc would talk, you
6  could tell that they had their own way of speaking to
7  each other.  Like, secret words and stuff like that.
8  I don't remember exactly, but at the time I could tell
9  that they were talking so that we couldn't understand
10  what they were saying.
11    Q    Okay.  The next paragraph on page 5, the
12  first sentence says "During the period at issue,
13  plaintiff was regularly in common areas of the United
14  Inn & Suites.  Examples include parking lots,
15  stairwells, breezeways, hallways, lobby, vending
16  machine area, and sidewalks."
17        So between from June 23rd to June 26th of
18  2017, were you ever in the back parking lot at United
19  Inn?
20    A    Yes.
21    Q    And tell me about the times that you were in
22  the back parking lot.
23    A    We only probably went back there, like,
24  twice.  There was the one time when the guy -- the
25  construction guy had parked back there.  And we walked

Page 140

1  back there and then walked back up to the front with
2  him.  And then there was another time that we were
3  just walking around the whole entire parking lot.
4  There might have been more than that, but those are
5  the two times that I know for sure that we were in the
6  back parking lot.
7    Q    The times that I've been out to United Inn
8  were much later than when all of this was going on.
9  And it was -- the back parking lot was like -- beyond
10  it was sort of heavily under construction.  Do you
11  remember what was behind the back parking lot back in
12  2017?  Was it just woods?
13    A    I think it was just woods.
14    Q    And then did you also -- would you also
15  spend time from June 23rd to June 26th of 2017 in the
16  front parking lot of the United Inn?
17    A    Yes.
18    Q    And tell me about that.
19    A    Well, we would spend time, like -- we would
20  have, you know, these men driving up into the parking
21  lot, having conversations.  And us, you know, leaning
22  into their car with little clothing on talking to
23  them, hanging out having conversation.  And we would
24  also just stand around waiting for people to see us in
25  the parking lot.

Page 141

1        And then, like, on the sidewalk in front of
2  the parking lot.  But most of the time we were in the
3  parking lot because we weren't really trying to walk
4  around as much.  We were just trying to stay put and
5  let people come to us.
6    Q    Were there ever times that you can recall
7  specifically that you were hanging out in the
8  stairwells of the United Inn?
9    A    Yeah, there -- that's actually on the right
10  side.  So if you're looking at it from the street, on
11  the right side there's a stairwell I think that we
12  were hanging out in, like, sitting over there, just
13  talking.  Sitting on the stairs.  And then also in the
14  middle where the front desk is, we were hanging out
15  over there a little bit.  'Cause over there is where
16  the vending machines were.  I couldn't remember if
17  there are stairs over there or not.
18    Q    And I know we were talking about where those
19  vending machines are.  And the next word is
20  breezeways.  And I know where the vending machines
21  are, like, if you're facing the hotel, they're to the
22  right of the lobby, correct?
23    A    Yes.
24    Q    Are there any other breezeways though other
25  than that one right there?

36 (Pages 138 - 141)

A.G.

A.G. v. Northbrook Industries

December 7, 2022

Page 142

1    A    No, like, a breezeway is like to walk
2  through from front to back?
3    Q    Yes, ma'am.
4    A    No.
5    Q    And what would y'all do in the breezeways?
6    A    Well, when we would go over there to get
7  snacks.  And then when we were standing over there
8  waiting to get the -- to talk to them about getting
9  locked out of the room and when we went over there to
10  buy condoms.  Like, I know we were over there for a
11  while kind of standing, talking.
12    Q    Okay.  And for the sidewalks, just so I'm
13  clear, you're talking about the sidewalk that's in
14  front of the front parking lot at United Inn that
15  borders Memorial Drive?
16    A    Yes, that one and then also the like
17  sidewalk in front of the rooms.  Kind of like sitting
18  there on the sidewalk that like leads to the parking
19  lot.
20    Q    Understood.  And for that sidewalk, if you
21  continued to walk away from the United Inn, would you
22  walk from the sidewalk you're talking about into the
23  front the parking lot?
24    A    Yes.
25    Q    Okay.  The next sentence says, "During those

Page 143

1  periods plaintiff was frequently around and observed
2  by hotel employees working at the hotel."
3        Ms. A.G., other than the -- so we've talked
4  about the interactions that you can recall, is there
5  anybody else you can remember that you were observed
6  by that you thought was an employee or staff member of
7  the United Inn?
8    A    We saw like other cleaning people that was
9  walking around and stuff.  But we never interacted
10  with them, like, talked to them besides one lady.
11    Q    And that was to get towels?
12    A    Yes.
13    Q    Did y'all -- did the maids ever come and
14  clean that room?
15    A    No.
16    Q    And is that on instruction of P.D.?
17    A    Yes.
18    Q    All right.  Ms. A.G., if you can go to
19  page 6 real quick.  And you just want to show you what
20  this response is to.  We're not going to really look
21  at this page, but basically, we asked to provide a
22  narrative and factual basis for the allegation that
23  United Inn had ample opportunity to observe the age
24  and appearance of you and G.W. and I want to go to
25  page 7.  That first full paragraph, it -- the middle

Page 144

1  it says, "Plaintiff talked with United Inn & Suites
2  staff about various issues including but not limited
3  to purchasing condoms, being locked out of the room in
4  which she was trafficked and needing to be let back
5  in, and housekeeping services."  End of sentence.
6  We've talked about all of those today; correct?
7    A    Yes.
8    Q    Then the next sentence says, "During many of
9  plaintiff's conversations with hotel staff, Plaintiff
10  G.W. was with plaintiff."
11    A    Yes.
12    Q    So when I read that, my -- the question I
13  have is was there a conversation you had with an
14  employee or staff member of the United Inn when G.W.
15  was not present?
16    A    No.
17    Q    Okay.  It goes on to say with respect to
18  your interactions with front desk staff specifically,
19  "Plaintiff recalls interacting with at least an Indian
20  man."  Do you agree with me, Ms. A.G., you've done
21  your best to describe what that Indian man looked
22  like?
23    A    Yes.
24    Q    If you can go to page 9.  And this is just
25  in response to we're asking you to identify the United

Page 145

1  Inn & Suites employee that had a conversation with any
2  of traffickers.  And on page 9, it says in the third
3  line down "After arriving at the hotel, Doc went into
4  the hotel lobby to reserve a room for Plaintiff G.W.
5  and Plaintiff A.G.  It is believed it had that doc
6  reserved one of the following rooms or a room nearby:
7  117, 118, 119, 120.  Plaintiff does not recall the
8  name of the front desk clerk with whom he interacted.
9  She believes she interacted with at least an Indian
10  man working at the front desk."  My question is, you
11  don't know who Doc interacted with in that lobby;
12  correct?
13    A    Correct.
14    Q    Going to that next paragraph, I'll just read
15  it for the record to keep it clean.  "In the days
16  after Doc reserved the room described in the forgoing
17  paragraph, Plaintiff G.W. and Plaintiff A.G. were
18  locked out of their room.  They had misplaced the room
19  key that Zaccheus Obie and Doc gave them.  Plaintiff
20  G.W. and Plaintiff A.G. went to the front desk to ask
21  for help.  They reported that they were locked out of
22  a hotel room rented to someone else.  Plaintiff G.W.'s
23  and Plaintiff A.G.'s respective names were not on the
24  reservation.  They were minors at the time.  The front
25  desk clerk did not ask for any further information

37 (Pages 142 - 145)

A.G.

A.G. v. Northbrook Industries

December 7, 2022

Page 146

1 from them. Examples given ID, age, reason for being
2 at the hotel, whereabouts of person whose name was on
3 the room reservation, their relationship to person
4 whose name was on the room reservation or anything
5 else. Instead, the front desk clerk picked up the
6 phone and called Doc or Zaccheus Obie. After doing
7 so, the front desk clerk walked Plaintiff G.W. and
8 Plaintiff A.G. to the room in which they were being
9 sex trafficked at the United Inn & Suites. Plaintiff
10 does not recall the name of the front desk clerk with
11 whom she interacted. She believes she interacted with
12 at least an Indian man working at the front desk."
13         I know that ended on page 10, but going back
14 to page 9, you don't remember whether or not the front
15 desk clerk called P.D. or Doc? Or on the other hand
16 if P.D. or Doc called the front desk; is that
17 accurate?
18     A   Right.
19     Q   And is it fair to say that the front desk
20 clerk did not give you a key when you walked in and
21 said, we're not on the reservation, we left our key in
22 the room?
23     A   Yes.
24     Q   And ultimately, he said we have to get
25 confirmation from the person whose name is on the

Page 147

1 room; correct?
2     A   Yes.
3     Q   I've asked you a few times about specific
4 nights, but I just want to ask you generally, while
5 you were at the United Inn & Suites from June 23rd to
6 when you left the morning of June 26th, do you have a
7 specific recollection of any outfits that you wore?
8     A   I know the whole time we were wearing very
9 scandalous outfits, but I don't remember exactly which
10 outfits, what days. It was definitely things we did
11 not need to be wearing.
12     Q   I think you had said earlier, all the
13 clothes that you were wearing were your clothes; is
14 that correct?
15     A   Yes, or clothes that I got from friends back
16 at home or from my cousin.
17     Q   So you -- did you go shopping before y'all
18 went down to Atlanta to get clothes to do this?
19     A   No.
20     Q   Is it fair to say that the outfits you were
21 wearing the weekend of June 23rd to 26th of 2017 you
22 had worn before?
23     A   Yes.
24     Q   I want to go to page 16, and this is a
25 response to -- we asked for you to itemize, to list

Page 148

1 out the damages that you believe you've suffered as a
2 result of this incident in June of 2017; okay?
3     A   Okay.
4     Q   And some of these, I'll be honest with you,
5 they're legal terms so I'm not going to ask you about
6 every specific one. But I do have a few questions.
7 Did you ever seek medical treatment as a result of the
8 events from June 23rd to 26th of 2017?
9     A   I did do counseling.
10     Q   Where did you do counseling?
11     A   I did it through Pat, it was called ML
12 health.
13         THE REPORTER: I'm sorry, did you say
14 Pat?
15         THE WITNESS: Pat.
16         THE REPORTER: Okay. Thank you.
17 BY MR. STORY:
18     Q   And what does Pat stand for?
19     A   Pat was one of my attorneys.
20     Q   Oh, is it McDonough? It's okay. Strike
21 that.
22     A   I'm not sure.
23     Q   And just to let you know, you can tell me
24 who -- but I don't need to know the contents of
25 anything you spoke with -- spoke about with your

Page 149

1 attorneys.
2     A   Okay.
3     Q   So where's ML health?
4     A   I did it online.
5     Q   And tell me about that program?
6     A   I spoke to her once a week. And I probably
7 did that for a month, maybe two months.
8     Q   Do you think it was helpful?
9     A   It was. I would have liked to continue with
10 doing -- having that help.
11     Q   Why did you stop?
12     A   Because after so many sessions, you had to
13 start paying for it and I didn't have the money to pay
14 for it anymore -- or at all. 'Cause it was covered I
15 guess by my lawyers or like, something. And then
16 after that, you -- after so many sessions, you had to
17 pay. And I didn't have the money to pay for that, so
18 I didn't do it anymore.
19     Q   Do you have insurance through FedEx?
20     A   No.
21     Q   So as you sit here today, you do not have
22 health insurance?
23     A   I have -- I have Medicaid -- whichever one.
24 I'm not sure which one it is. I do have that through
25 my son.

38 (Pages 146 - 149)

Page 178

1 prostitution.

2    Q    Did you just think he had girls that would
3 strip?

4    A    Yes.

5    Q    You can turn to the next page. I'm going to
6 ask you about -- and I'm going to read it out loud,
7 but I want to make sure that you can read it with me.
8 It's a car came do pick up G.; do you see that
9 paragraph?

10    A    Yes.

11    Q    Okay. I'm going to read it out loud for the
12 record and ask you a few questions.

13        "A car came to pick up G. and W. at G.'s
14 house and was driven by a black female. Swayzii had
15 told G. and W. that he would find other things they
16 could do for money before they turned 18. So they
17 asked the female driver what the other things were
18 that they would be doing. The woman told them they
19 would be having sex for money if they wanted to. She
20 told them that she used to do the same thing for
21 money. When G. and W. got into the car with the
22 woman, they had to give her the $100 that Swayzii had
23 initially asked for in their first meeting." End of
24 paragraph.

25        So, Ms. A.G. is it fair to say that the

Page 179

1 black female that gave you a ride to Atlanta on
2 June 22, 2017, told you that you'd be having sex for
3 money?

4    A    No.

5    Q    Did she mention that it was an option?

6    A    She talked about that she used to do it and
7 that some of the girls would do it. But she never
8 said that is what we would be doing.

9    Q    Okay.

10    A    Because we had told her, we came down here
11 on assumptions that we were just going to be dancing
12 and she was saying that -- if that's what we assumed
13 then that is what it probably was.

14    Q    I'm going to read the next paragraph out
15 loud and ask you a few questions.

16        "The female driver drove G. and W. to a
17 hotel in a rough looking area near a lot of truckers.
18 When they got to the hotel, they called Swayzii's
19 brother again and he told them to walk the street and
20 'make plays'. To make plays was to have sex for
21 money. He didn't tell them how much money to charge
22 at first, but later set a $500 per night quota on each
23 of the girls. They did not reach $500, he told them
24 he was disappointed in them, but he did not get too
25 mad." End of paragraph.

Page 180

1        At what point, Ms. A.G., did you understand
2 what the phrase make plays meant?

3    A    I think after we had been walking around for
4 a while and we had a couple cars stop and they were
5 saying, you know, that they wanted sex for money, and
6 we said that that was not what we were looking to do.
7 And we told P Diddy that and he was like, well, that's
8 what I need y'all to be to be able to make some money.

9    Q    And so that was that first night on
10 June 22nd?

11    A    Yes.

12    Q    And you ultimately figured that out from
13 talking to P.D. about the offers that you were
14 receiving?

15    A    Yes.

16    Q    I'm not going to read this whole paragraph,
17 but see the bottom at 9325 it says, "the male took G.
18 and W. to a gas station to get money and then the
19 three of them returned to G. and W.'s hotel room at
20 the Red Roof Inn near Industrial Boulevard." See that
21 sentence?

22    A    Where?

23    Q    It's the very bottom of 9325, starts with
24 the male took?

25    A    The male -- I see the male indicated.

Page 181

1    Q    Are you on 9325?

2    A    Yes. Oh, okay. Okay. I see.

3    Q    Seeing that sentence and understanding that
4 we're going over a summary of the forensic interview
5 of you from August 4, 2017, would it be accurate to
6 say that on the night of June 22, 2017, the hotel that
7 you and G.W. were staying at was the Red Roof Inn near
8 Industrial Boulevard?

9    A    I'm not sure if it was the Red Roof.

10    Q    Okay. Did you ever have unprotected sex
11 during June of 2017?

12    A    No.

13    Q    Did you during June of 2017 go by a nickname
14 of Cloud?

15    A    I think that was a name that like, I came up
16 for myself. But then P Diddy came up with Light
17 Bright and that's what I ended up going by.

18    Q    Got you. If I say there's a girl named
19 Shay, do you know who Shay is?

20    A    No.

21    Q    Did the school resource officer at Commerce
22 high school ever touch you inappropriately?

23    A    No.

24    Q    Never?

25    A    No. There were other issues with him. Of

46 (Pages 178 - 181)

A.G.

A.G. v. Northbrook Industries

December 7, 2022

Page 198

1    Q    And do you believe as a result of what
2  happened to you from June 22nd until June 26th of 2017
3  that you suffered injuries?
4    A    Yes.
5    Q    And you believe in part that United Inn is
6  as to blame for those injuries; is that fair?
7    A    Yes.
8    Q    Do you believe P.D. has any responsibility
9  to blame for your injuries?
10   A    Yes.
11   Q    More or less than United Inn?
12   A    Equal.
13   Q    Do you believe that Doc -- that there's any
14 blame or fault towards Doc for the injuries you
15 suffered?
16   A    Yes.
17   Q    More or less than the United Inn?
18   A    Equal.
19   Q    What about the girl who drove you?  Do you
20 believe that she's to blame at all for any of this?
21   A    Yes.
22   Q    More or less than United Inn?
23   A    Equal.
24   Q    And then I'm going to ask you that same
25 question about the -- and I know that we don't know

Page 199

1  the exact hotel on Fulton Industrial but to the extent
2  that they're to blame for your injuries, do you think
3  their fault is more or less than United Inn?
4    A    Equal.
5    Q    From June 22nd to June 26th of 2017, did you
6  ever have any interaction with any form of a police
7  officer?
8    A    No.
9         MR. STORY:  Ms. A.G., at this current
10 time, I do not have any further questions for you.
11 Thank you so much for your time today.
12        THE WITNESS:  You're welcome.  Thank
13 you.
14        THE REPORTER:  Sir?
15        MR. BOUCHARD:  I have a few questions,
16 yes.
17        EXAMINATION
18 BY MR. BOUCHARD:
19   Q    Ms. A.G., did you personally observe
20 Ms. G.W. have sex for money at the United Inn & Suites
21 in June 2017?
22   A    Yes.
23   Q    With how many men?
24   A    I am not sure.
25   Q    More than one?

Page 200

1    A    Yes.
2    Q    You described two groups of men who came to
3  the United Inn & Suites on the night of Saturday,
4  June 24, 2017, and into the early morning hours of
5  Sunday, June 25, 2017.  Do you recall that?
6    A    Yes.
7    Q    Was one of those groups a group of Hispanic
8  men?
9    A    Yes.
10   Q    Was one of those groups a group of black
11 men?
12   A    Yes.
13   Q    Did you describe the black men as being
14 Haitian or African looking?  Or would you just
15 describe them as a group of black men?
16   A    Like, Haitian men.
17   Q    What was your understanding of why these
18 groups of men were coming to the United Inn & Suites
19 to meet with you and Ms. G.W.?
20   A    To have sex for money.
21   Q    And did you understand that they were coming
22 to the United Inn & Suites to have sex only with you
23 A.G. or also with Plaintiff G.W.?
24   A    With both.
25   Q    Did these groups of men pay money to you and

Page 201

1  G.W. for sex?
2    A    Yes.
3    Q    Did you personally have sex with the group
4  of Hispanic men?
5    A    Yes.
6    Q    At the United Inn & Suites?
7    A    Yes.
8    Q    Where did you have sex with the group of
9  Hispanic men?
10   A    On the bed.
11   Q    In what room?
12   A    Room 112.
13   Q    Where was G.W. when you were having sex with
14 the group of Hispanic men?
15   A    At the bottom of the bed.
16   Q    During the time that you were having sex
17 with members of this group of Hispanic men, could you
18 see at all times what Plaintiff G.W. was doing?
19   A    No.
20   Q    Do you know if the Hispanic men touched G.W.
21 in a sexual way in exchange for the money that they
22 paid?
23   A    No.
24   Q    Do you know if Plaintiff G.W. was engaged in
25 any sexual acts with these Hispanic men in the

51 (Pages 198 - 201)

A.G.
December 7, 2022
A.G. v. Northbrook Industries

Page 202

1 exchange for the money they paid?
2    A   I'm not sure.
3    Q   Do you know how many of the Hispanic men may
4 have engaged in sexual acts with G.W. while you were
5 engaged in sex acts with other of the Hispanic men?
6    A   I'm not sure.
7    Q   And you would agree with me that obviously
8 you were not having sex with all the members of the
9 group of Hispanic men at the same time?
10    A   Correct.
11    Q   In other words, you might be, at any given
12 point in time engaged in a sex act with some number of
13 the group, but there would be other members of the
14 group who were not involved in a sex act with you
15 personally?
16    A   Correct.
17    Q   And you don't know what those members were
18 doing at that time with G.W.
19    A   Correct.
20    Q   I want to talk to you about the other group
21 of men that -- the black men who I think you've
22 described as maybe being Haitian; is that right?
23    A   Yes.
24    Q   Where did you have sex with that group of
25 men?  Was that also at the United Inn & Suites?

Page 203

1    A   Yes.
2    Q   In the same room, 112?
3    A   Yes.
4    Q   Where was G.W. when you had sex with that
5 group of men?
6    A   In the bathroom.
7    Q   During the time that you had sex with those
8 men, where were you?
9    A   On the bed.
10    Q   Were you ever in bathroom with G.W.?
11    A   No.
12    Q   Okay.  So during the time that you were on
13 the bed having sex with some members of this group of
14 black men or Haitian men, did you know exactly what
15 Plaintiff G.W. was doing in the bathroom?
16    A   No.
17    Q   Do you know if this group of black men
18 touched Plaintiff G.W. in a sexual way in the
19 bathroom?
20    A   We had talked about it afterwards and she
21 did say that -- that she had sex with one of the guys
22 while in there.
23    Q   Do you know if other members of the group
24 touched her sexually?
25    A   I'm not sure.

Page 204

1    Q   Do you know if other members of that group
2 of men engaged in any other sexual acts with her, for
3 example, oral sex?
4    A   I'm not sure.
5    Q   Do you know how many total members of that
6 group engaged in any kind of sex act with Plaintiff
7 G.W.?
8    A   No.
9    Q   What was your understanding of why this
10 group of black or Haitian men had paid you and G.W.
11 money?
12    A   For sex.
13    Q   And did you understand that they were paying
14 you only for sex or both of you?
15    A   Both of us.
16    Q   Thanks.
17         MR. BOUCHARD:  Nothing further at this
18 time.
19         THE REPORTER:  Any follow-up?
20         MR. STORY:  Just one.
21              EXAMINATION
22 BY MR. STORY:
23    Q   What's the difference between a Haitian man
24 and a black man?
25    A   They just had an accent, you could tell

Page 205

1 that -- I don't really know the difference, but I just
2 know that they did not have an American accent.
3    Q   Okay.  Because I never heard you describe
4 them as Haitian until your attorney was asking you if
5 you described them as Haitian and you said yes.  So
6 the basis for you saying that is because they just did
7 not have an American accent?
8    A   Yes.
9         MR. STORY:  Okay.  I don't have any
10 other questions.
11         THE REPORTER:  Any more?
12         MR. BOUCHARD:  No, sir.
13         THE REPORTER:  This concludes the
14 testimony.  State rules provide the witness shall be
15 afforded the opportunity to review the transcript.  If
16 parties wish to waive, please state so.  Counsel for
17 the plaintiff, I understand earlier you said you
18 wanted to read and sign.  Is that still the case?
19         MR. BOUCHARD:  That's correct.
20         THE REPORTER:  And did you want a
21 transcript as well?
22         MR. BOUCHARD:  Yeah, but just an
23 electronic copy, please.  Thank you.
24         THE REPORTER:  Okay.  Counsel for the
25 defense, did you want a transcript?

52 (Pages 202 - 205)