CONFIDENTIAL                          December 6, 2022

G.W. Vs. Northbrook Industries, Inc.

Page 14

1    Q    What documents were those?
2    A    The -- some paperwork started with an "I."
3 It was like G.W. versus. And I reviewed some text
4 messages and stuff like that.
5    Q    Okay. Can you state your full name for the
6 record, please?
7    A    G.W.
8    Q    Have you ever been known by any other name?
9    A    G.W.
10    Q    And how would that be spelled?
11    A    X-X.
12    Q    What's your date of birth?
13    A    07/29/1999.
14    Q    And where were you born?
15    A    In Atlanta, Georgia.
16    Q    What's your current address?
17    A    2360 West Broad Street, Athens, Georgia
18 30606.
19    Q    How long have you lived on West Broad
20 Street?
21    A    A year and a half.
22    Q    Who lives with you?
23    A    My fiance.
24    Q    And what is your fiance's name?
25    A    Dominque Thomas.

Page 15

1    Q    Is he from Georgia?
2    A    Mm-hmm. Yes.
3    Q    And back in June and July of 2017, where did
4 you live?
5    A    430 Williford Street, Commerce, Georgia --
6    Q    And who --
7    A    -- 30529.
8    Q    Sorry about that.
9    A    That's okay.
10    Q    Who did you live with at that address?
11    A    My mother and my two brothers.
12    Q    And what's your mom's name?
13    A    Chanda Santana. C-H-A-N-D-A.
14    Q    I think you also said your two brothers.
15    A    Yes.
16    Q    What are their names?
17    A    David and Daniel Wilson.
18    Q    Do they still live at that address?
19    A    No. They don't.
20    Q    Does your mom?
21    A    No.
22    Q    Are they still -- are your brothers still in
23 Georgia?
24    A    One of them is.
25    Q    Where is he at in Georgia?

Page 16

1    A    In Kennesaw.
2    Q    Kennesaw. Okay. David or Daniel?
3    A    Daniel.
4    Q    And, Ms. G.W., just to let you know, I'm
5 asking you about where your siblings live so
6 if -- when this case goes to trial, it's in what's
7 called the Northern District of Georgia. And so we
8 get a jury pool to select from. And they pick from a
9 bunch of different counties up in North Georgia.
10        So I have to know who your relatives are.
11 So just to make sure they don't get on the jury for
12 the case.
13    A    Okay.
14    Q    Where does your mother live now?
15    A    In Athens, Georgia.
16    Q    Okay. Do you have any other siblings
17 besides your two brothers?
18    A    Yes. I have five other brothers.
19    Q    You have seven brothers total?
20    A    Yes.
21    Q    Are -- the other five, are they all over 18?
22    A    Yes.
23    Q    Do any of them live in Georgia?
24    A    Three of them do.
25    Q    If you can give me the names and location

Page 17

1 for the three that do live in Georgia.
2    A    Javell Pryor.
3        THE REPORTER: And, Counsel, I
4 apologize for the interruption. Could you spell those
5 for me?
6        MR. STORY: Yes.
7 BY MR. STORY:
8    Q    And when -- yes. And if you don't mind.
9    A    Okay. J-A-V-E-L-L Pryor, P-R-Y-O-R. Robert
10 Wilson. R-O-B-E-R-T Wilson, W-I-L-S-O-N. And I think
11 those -- those at the only two.
12    Q    Okay. And where does Mr. Pryor live?
13    A    In Lithonia.
14    Q    And what about Robert Wilson?
15    A    In Austell.
16    Q    Do you have any sisters?
17    A    Nn-mm. No.
18    Q    Do you have a father? Stepfather?
19    A    Father. Robert Wilson.
20    Q    And does he live in Georgia?
21    A    No.
22    Q    When did you get engaged?
23    A    On July 29th this year, 2022.
24    Q    Twenty-third birthday?
25    A    Yes.

5 (Pages 14 - 17)

CONFIDENTIAL                                        December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 18

1    Q    That was a pretty good birthday present, I
2    guess.
3    A    Yes.
4    Q    When are y'all planning on getting married?
5    A    On July 28th of 2024.
6    Q    Okay.  Are you currently employed, Ms. G.W.?
7    A    Yes.  I am.
8    Q    What do you do for a living?
9    A    A nanny.
10   Q    Do you nanny for a family in Athens?
11   A    Yes.  I do.
12   Q    Tell me about what your hours are, like in a
13   week.
14   A    6:15 a.m. to about 8:30 a.m.  And then 2:00
15   p.m. to about 5:00 p.m.
16   Q    And you get paid hourly?
17   A    Daily.
18   Q    What's your daily rate?
19   A    140.
20   Q    Have you previously been married?
21   A    No.
22   Q    Tell me about your educational background,
23   and just start at high school.
24   A    I have a high school diploma.  And then I
25   went to cosmetology school and completed cosmetology

Page 19

1    school.
2    Q    Where did you go to high school?
3    A    Commerce High School.
4    Q    And then what -- do you remember what the
5    cosmetology school was called?
6    A    Paul Mitchell The School of Orlando.
7    Q    Does that mean it was in Orlando, Florida?
8    A    Yes.
9    Q    Did you do it online?  Or did you actually
10   go in person?
11   A    In person.
12   Q    When did you -- did you get a certificate or
13   degree from there?
14   A    A certificate.
15   Q    What was the certificate?  Is it --
16   A    For completion.
17   Q    Do you remember what year you got that
18   certificate?
19   A    2018.
20   Q    Do you use that license at all?
21   A    Nn-mm.
22        THE REPORTER:  Is that a yes or a no?
23        THE WITNESS:  No.
24   BY MR. STORY:
25   Q    It's all right.  Do you have any children?

Page 20

1    A    No.
2    Q    Are you currently a member of any civic
3    groups, organizations, churches?
4    A    The Athens Church.
5    Q    Is that a nondenominational?
6    A    I'm not sure.
7    Q    And what does your fiance, Mr. Thomas, do?
8    A    He's a cook at Zaxby's.
9    Q    How long ago did you meet him?
10   A    Three years ago.
11   Q    So other than being a nanny for that family
12   in Athens, do you do anything else for income?
13   A    No.
14   Q    When did you start that job?
15   A    I started October 13, 2022.
16   Q    It's a good memory you've got.  How do you
17   remember that day?
18   A    I forgot how I remember.  I think it was,
19   like, I had just bought a new car.  So I remember the
20   day that I could start.
21   Q    I got you.  Prior to October of 2022, what
22   were you doing for work?
23   A    I was a lead teacher at a daycare called
24   Childcare University Center.
25   Q    Was that a full-time job?

Page 21

1    A    Yes.
2    Q    Going back to that nanny position you've
3    got, is it five days a week?
4    A    Four days a week.
5    Q    What ages are the kids you're taking care
6    of?
7    A    Nine and 11.
8    Q    Ms. G.W., do you have any prior criminal
9    history?
10   A    I have a petty theft charge.
11   Q    When did that occur?
12   A    Around I think May of 2018.
13   Q    And where was it at?
14   A    In Altamonte Springs, Florida.
15   Q    So the allegations in this case arise in
16   June and July of 2017.  My understanding is that you
17   were recovered, found, located by the FBI on or about
18   July 23, 2017?
19   A    Correct.
20   Q    I want to just, kind of, get an idea of
21   where you've lived since that time to the present if
22   you could, sort of, walk me through.
23   A    Okay.  So I had went to a shelter for five
24   days.  And I moved to Orlando, Florida, on July 29th
25   of 2017 that year.  And I lived there until about

6 (Pages 18 - 21)

CONFIDENTIAL                    December 6, 2022

G.W. Vs. Northbrook Industries, Inc.

Page 54

1    A    Just one time.
2    Q    Who's Kat, K-A-T?  And just to give you a
3  reference, I'm looking at that last full paragraph.
4  It says, "Z," "Kiki," "Kat," and "Shay."
5        If I would have read the next sentence, I
6  would have answered my own question.
7    A    Oh.  She's PD's sister.
8    Q    Okay.  Did she perform commercial sex
9  services?
10   A    Not to my knowledge.
11   Q    Did she drive you around to hotels?
12   A    No.  She prepared us for the day.  Did our
13  hair and stuff.
14   Q    Did she ever provide you with clothes to
15  wear?
16   A    Yes.
17   Q    If you can turn to the next page, it's
18  008881.  And it's the first full paragraph.  I'm going
19  to read it out loud for the record and ask you a few
20  questions.
21        "G.W. stated she worked commercial sex acts
22  mostly at night either by walking the street and
23  meeting clients or by meeting clients on internet
24  dating sites such as Plenty of Fish.com.  G.W. stated
25  she would work all night.

Page 55

1        "Then PD a/k/a Z a/k/a Zaccheus Obie or Kiki
2  a/k/a Kikia Anderson would take her and Shay LNU by
3  vehicle to Miss B's house identified as Natonya Moody
4  and the house is the 4544 Pine Road, Forest Park,
5  Georgia, residence, where she would sleep for a few
6  hours and eat some food.  G.W. stated PD collected the
7  money she made from clients."
8        So the first part of this paragraph -- and
9  that's the end of this paragraph.  The first part of
10  this paragraph talks about walking the street and
11  meeting clients.  I've been over to Memorial Drive a
12  few times.  Were you walking Memorial Drive?
13   A    At one point, yes.
14   Q    Did you stay in any other hotels on Memorial
15  Drive that you're aware of?
16   A    No.  Not that I'm aware of.
17   Q    If you could -- and I hate to ask you this,
18  but I have to.  If you could, kind of, break down your
19  clientele and how you got them, and the buckets or the
20  categories I'm talking about is:  Walking the street;
21  meeting at strip clubs; or online dating sites which
22  would include Plenty of Fish, Backpage.
23   A    Can you repeat the question for me?
24   Q    What I'm trying to understand is if 20
25  percent of your clientele came from the street, and 50

Page 56

1  percent came from Backpage.  And you might have had
2  other sources.  So if you could just, kind of, break
3  down how you got -- and I going to call them
4  customers.
5    A    Okay.
6    Q    But how you got customers during that June
7  and July time frame?
8    A    Are we focusing on United Inn,
9  like -- like -- 'cause I had stayed there three
10  different times.  And by the third time, it was a
11  different way of me getting them through the process
12  'cause I had been there longer and figured out
13  different ways.
14       So the first time I would say was 80
15  percent.  Like, the first three -- from June 23rd to
16  June 26th at the United Inn, the very first day,
17  Friday, I would say 80 percent walking and meeting
18  them on the street.
19       By that Sunday I would say 50 percent from
20  clients that would pull up in the parking lot or that
21  I can find in the hotel.  And I would say 30 percent
22  from traveling on the sidewalk.  I met them that way.
23  And maybe 20 percent on POF.
24       By the second time I would say 70 percent in
25  the parking lot, 20 percent POF, 10 percent walking.

Page 57

1        And by the third time, I would say 80
2  percent POF.
3    Q    Is POF Plenty of Fish?
4    A    Yes.  Plenty of Fish.
5    Q    And third time you said what percent of POF?
6    A    Eighty.
7    Q    Would -- are you aware of Mr. Obie or his
8  associates sending clients to the location that you
9  were at?
10   A    I vaguely remember that.
11   Q    That's all the questions I have on that
12  exhibit.  Let's get through this next exhibit, and
13  then we can take a break.  This is going to be pretty
14  quick though.
15       I'm going to mark as Defendant's Exhibit 5
16  various pages of plaintiff's document production
17  that's a call log from Ms. G.W.'s phone between June
18  and July of 2017.
19       (Defendant Exhibit 5 was marked for
20           identification.)
21       All right.  And, Ms. G.W., I'll tell you,
22  for this I really am just trying to figure out who a
23  lot of these people are.
24   A    Okay.
25   Q    So I'm going to be pretty quick.  And we're

15 (Pages 54 - 57)

Page 58

1  not going to -- I'm not going to go through every one.
2  I promise you. All right. We're on 12183. There's a
3  T somewhere. Number 41. Do you see that?
4      A  Yes.
5      Q  Who is T?
6      A  Not sure.
7      Q  What does that -- did you save contacts with
8  asterisks? See that asterisk to the right of T?
9      A  No. I didn't.
10     Q  Okay. You see Ki with a heart? K-I?
11     A  Kiki.
12     Q  That's Kiki?
13     A  Yes.
14     Q  And is that Kikia Anderson?
15     A  Yes.
16     Q  What about 47? Who's Snow?
17     A  Snow was a man that I had met at the
18  American Inn.
19     Q  And PD is Zaccheus Obie?
20     A  Correct.
21     Q  All right. Going to the next page, there is
22  a Pete, 82. Who is Pete?
23     A  I'm not sure.
24     Q  How about 79? Who is Robert?
25     A  Could have been my dad. I think that's my

Page 59

1  dad's number. That is my dad's number.
2      Q  All right. And then go to the next page
3  which is 12186. Where is it? 152, Kodak. Who is
4  Kodak?
5      A  He was a pimp.
6      Q  How do you know he was a pimp?
7      A  Because he had told us that he was.
8      Q  And how did you meet him?
9      A  I met him first at the United Inn and
10  Suites. And he ended up also being at that Travelodge
11  I was at.
12     Q  Do you know what Kodak's real name was?
13     A  No. I don't. He looked like Kodak Black.
14  That's why I called him that.
15     Q  Did he appear to know the Obies?
16     A  No.
17     Q  So if you met, like meeting him and he's a
18  pimp. You meet him at United Inn and Suites, I mean,
19  is he trying to, like, recruit you?
20     A  Yes.
21     Q  And what did you tell him?
22     A  No. That we already had a daddy.
23     Q  Okay. 179. Who is Crazy?
24     A  I'm not 100 percent sure, but I think that
25  this -- this man who I met at United Inn and Suites

Page 60

1  who tried to -- like, he was screaming at me and Shay
2  at one point because he wanted to be let up into our
3  hotel room.
4      Q  All right. Going to the next page, 12188,
5  240. Who is Cedric Byrd?
6      A  My older brother.
7      Q  And he does not live in Georgia. Correct?
8      A  No.
9      Q  235, who is Suh, which is S-U-H?
10     A  235. Alyssa. No. That was my old friend,
11  Presteyona.
12     Q  What was her name?
13     A  Presteyona. P-R-E-S-T-E-Y-O-N-A. It's real
14  complicated.
15     Q  I'm just, like, so you just made my mind do
16  a -- go through a roller coaster with that spelling.
17     A  You could put Presty. That's what I used to
18  call her.
19     Q  Is she a friend from Commerce?
20     A  Yes.
21     Q  Okay. Who is 239, Christian Santana?
22     A  My older brother.
23     Q  So are you the youngest sibling?
24     A  I have two little brothers.
25     Q  Two little brothers, five older brothers?

Page 61

1      A  Yes.
2      Q  Y'all have a full-on basketball team.
3         What about 241, Malik, which is M-A-L-I-K,
4  Lik, L-I-K?
5      A  An old friend from school.
6      Q  And then right under that, let me spell it
7  for the record. It's 242 saved as back nogbeen
8  iammoney. That's spelled B-A-C-K, space, "N" as in
9  Nancy, O-G, "B" as in boy, E-E, "N" as in Nancy, space
10  iammoney, one word spelled out it should be.
11        Who is that?
12     A  I'm not sure.
13     Q  Okay. Who is James Wilson?
14     A  My brother.
15     Q  Okay. And then 248, Herb. Who's Herb?
16     A  I'm not sure.
17     Q  That's H-E-R-B for the record.
18        All right. Going to the next page, 12189,
19  258, there's an outgoing call to Holly. Who's Holly?
20     A  Not sure.
21     Q  Then 269, missed call from Kristin. Who is
22  Kristin?
23     A  Alyssa's cousin. Or A.G.'s cousin. Sorry.
24     Q  That's okay. And just to let you know, Ms.
25  G.W., because I know that you've got legitimate rights

16 (Pages 58 - 61)

CONFIDENTIAL                    December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 70

1    Q    Why is she S-I-H-W?
2    A    I'm not sure what that stood for.
3    Q    And this is a text from you to her that
4  says, "Maybe we shouldn't have told everyone we want
5  to be strippers."
6    A    Correct.
7    Q    Then y'all talk about it.  And my question,
8  I want to go to the next page.  And if you go to
9  the -- towards the middle, it's a message from A.G.
10  that says, "And you're the one that came up with it.
11  Not me."  Do you see that?
12    A    Okay.  And that's from A.G. or me?
13    Q    That's from A.G.
14    A    Okay.
15    Q    Is it fair to say that it was your idea to
16  go to Atlanta and strip for money?
17    A    I wouldn't necessarily say it was my idea.
18    Q    Is it you and A.G., kind of, working or
19  talking together about it?
20    A    Yes.  Also with the mixture of the glamorous
21  way Payton presented it to us.
22    Q    And tell me, how did she present it to you?
23    A    She had this photo on her phone of her
24  laying on a bed with thousands of dollars around her.
25  That was what the photo.  When I think back to how she

Page 71

1  presented the situation, that's what we were inspired
2  by.
3    Q    That's all the questions I have for that.
4  All right.  I'm going to hand you what I'm marking as
5  Defendant's Exhibit 7, which is Bates stamped
6  Plaintiff 012457.
7         (Defendant Exhibit 7 was marked for
8            identification.)
9         So Madison Waldrop, she's your friend from
10  home?
11    A    Yes.
12    Q    If you look down about just up midway on
13  June 23, 2017, so this says 3:22 Universal Time.  3:23
14  Universal Time, which means that's really 10:23 p.m.
15  on June 22nd.  And it says, it's a message from you to
16  her that says, "Yes boo.  Ima send you my location
17  when we get there.  It's basically like a job.  We
18  have the choice to leave whenever we want."  End of
19  message.
20         My question for you, Ms. G.W., is, was your
21  understanding between June and July of 2017 that you
22  had the option to leave whenever you wanted to?
23    A    Not at one point.
24    Q    And at what point was that?
25    A    When PD became physical with other girls.

Page 72

1    Q    And I know I'm not expecting you to tell me
2  a specific date, but generally speaking when did you
3  witness that occur?
4    A    You -- okay.  So you're asking what time I
5  witnessed him begin to be physical with people?
6    Q    Yes, ma'am.
7    A    I would say the second time that I got back.
8    Q    So that was in July?
9    A    Yes.
10    Q    Who was he physical with?
11    A    With Shay.
12    Q    Was he ever physical with you?
13    A    The day that I was rescued, like he was in
14  the middle of a conversation where he was starting to
15  get very upset because I had got robbed that day.  And
16  he was very mad that I didn't have any money.
17    Q    So at that time, June 22nd, June 23rd, it is
18  fair to say you did feel like you could have left
19  whenever you wanted to?
20    A    Physically, yes.  But we were in, I would
21  say, like, an emotional -- like a chain at that point.
22  Like we had went and did something we should have
23  never did.  So we were mentally still attached to
24  this.  Like, we felt bound to him now.  Like, we made
25  a choice we couldn't turn back from.

Page 73

1    Q    And tell me about the financial
2  arrangements.  My understanding -- and I've read
3  thousands and thousands and thousands of pages of this
4  investigative file.  My understanding is that Mr. Obie
5  would collect all of your money, and you would keep
6  none of it.
7    A    Correct.
8    Q    How did you -- how did that sit with you?  I
9  mean, tell me how that occurred.
10    A    He was telling us that he was basically
11  collecting the money and holding it for us because he
12  wanted to get us a house.  So we were under the
13  impression basically, like, we were putting it in the
14  bank pretty much.
15         Now looking back I see he was keeping our
16  money.  But at the time we thought we were giving it
17  to him to hold for us.
18    Q    And was he -- was his -- and I know that's
19  what he was telling you, but was he telling you that
20  his intent was to buy a house for you to live in?  Or
21  to perform more commercial sex acts?
22    A    Probably both.
23    Q    Was there ever a time that PD stated that
24  his intention was to be in any kind of relationship
25  with you?

19 (Pages 70 - 73)

Page 74

1    A   To my knowledge, I wouldn't say
2  relationship.  But definitely at one point he started
3  speaking, like, romantically with me.  Like, I don't
4  remember his exact words.  But I remember him it
5  became a romantic thing.  He told me after I turned
6  18.  Like, we could be together or something maybe.
7    Q   Okay.  All right.  I'm going to hand you
8  what I'm marking as Defendant's Exhibit 8, which is
9  Plaintiff 12454.
10         (Defendant Exhibit 8 was marked for
11  identification.)
12         And these are text messages from June 23rd
13  of 2017.  So we've talked about, you know, that night
14  of June 22nd that you were on Fulton Industrial.
15  Right?
16    A   Yes.  Correct.
17    Q   So I want to just go through a few of these
18  messages.  At the top, and this is June 23, 2017,
19  11:26 UTC.  So that's 6:26 a.m. Eastern Time on June
20  23rd.  You say, "It's almost 8:00 a.m. and we haven't
21  been to sleep.  We just finished walking the streets
22  and I feel like I was in The Purge."  You sent that to
23  Payton.  Correct?
24    A   Yes.
25    Q   And then Payton asks you a question.  Says,

Page 75

1  "Did you get to dance or anything?"  And you respond,
2  "No.  We literally are the worst hookers ever.  We
3  didn't know WTAF to do.  But he picked us up and we in
4  the pretty part of ATL now."  End of message.
5         So that message was at 6:36 a.m. Eastern
6  Time on June 23rd.  I want to ask you a few questions
7  about.  So you've told me that at this point, you
8  thought you were going up there to strip.  Is there a
9  difference to you in using the term stripper and
10  hooker?
11    A   Yes.
12    Q   Okay.  Is it fair to say that at this time
13  on June 23rd at 6:36 a.m. you became aware that it was
14  the Obies' intent that y'all be hookers?
15    A   Correct.
16    Q   Okay.  Who -- you say he picked us up.  Who
17  is he?
18    A   PD.
19    Q   And do you know what you meant by the pretty
20  part of ATL?
21    A   We had went and picked Doc up from
22  somewhere, his associate.
23    Q   Do you know what Doc's name is?
24    A   Dontavious Carr, I think.
25    Q   And is that just a friend of PD's?

Page 76

1    A   I don't know if that's his trafficking
2  associate or what they were.  He would pay for the
3  hotel rooms.
4    Q   Okay.  So you -- the -- when y'all -- on
5  June 22nd, the day before, a female that you don't
6  know, picked you up and paid for the hotel room?
7    A   Correct.
8    Q   Okay.  Now we're to June 23rd, and I know
9  that we're in the morning right now.  So you probably
10  haven't checked into a hotel room.  But do you
11  remember if you did check into a hotel room on June
12  23rd?
13    A   Yes.  That's -- he went and picked up Doc.
14  And Doc went and checked us in at the United Inn and
15  Suites that day.
16    Q   And that was on June 23rd?
17    A   Correct.
18    Q   Tell me what you remember about June 23rd.
19  When did you check into the United Inn?
20    A   I remember when we went and picked up Doc.
21  I remember PD left us in the car for a long time.  Me
22  and Alyssa almost fell asleep.  I remember we
23  drove -- I just remember driving around Atlanta for a
24  long time that day.  I don't know where we went.
25         But then we went to the hotel.  And Doc went

Page 77

1  in and paid for the room.  And PD stood outside of the
2  car till he came back.  And then he woke us up and
3  told us to get our stuff.
4         And for some reason I feel like that day he
5  sat in the room with us for a while and talked to us
6  that morning.  I'm not necessarily sure what he said,
7  but I know that day me and Alyssa got dressed.  And I
8  know when we first left out of our hotel immediately
9  with whatever we had on, we had on like, cropped bras
10  and bootie shorts and thigh high heel boots.
11         And there was a black woman who stopped us
12  and tried to give us her card.  And it was, like, I
13  don't know what the card said, but she basically told
14  us that we needed to get help.  And we didn't need to
15  be out here doing whatever we were doing.
16         We walked up and down Memorial for hours
17  that day.  We didn't meet anybody until probably about
18  two.  Now we walked from probably checking in
19  till -- we didn't meet anybody till about 2:00, 3:00
20  a.m.  We met these two Haitian men.  And they came to
21  our room and paid for sex.  And they left.
22         And we met one more man that night which was
23  like an older man who was driving through the parking
24  lot real slow.  And he rolled the window down and
25  asked us what we were doing.  And we asked him what he

20 (Pages 74 - 77)

CONFIDENTIAL                          December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 78

1  was looking for.  And he came and had commercial sex
2  with us.
3      Q    When y'all got to the United Inn and Suites
4  on June 23rd, when you all pulled in, is PD driving or
5  is Doc driving?
6      A    PD is driving.
7      Q    And you said Doc gets out.  He goes to the
8  lobby to check in?
9      A    Yes.  Correct.
10      Q    And y'all were asleep in the car at this
11  point?
12      A    We were asleep on the way.  But, like, when
13  we pulled up into the hotel parking lot, we woke up.
14      Q    And are you familiar with the United Inn in
15  the sense that there's two parking lots?
16      A    A front and a back parking lot.
17      Q    Right.  Did PD pull into the front parking
18  lot or the back?
19      A    The front parking lot.
20      Q    Do you remember what room you stayed in that
21  night?
22      A    112.
23      Q    And how do you remember that?
24      A    Because I saw the check-in information for
25  Doc, the room he booked.

Page 79

1      Q    Was it like a printout receipt you get?
2      A    Yes.
3      Q    Okay.  And explain to me how did you get
4  from the car that PD was driving to Room 112?
5      A    We walked inside.  We got our luggage out
6  and walked inside.
7      Q    Walked inside the room?
8      A    Yes.
9      Q    And, you know, the United Inn and Suites,
10  that the check-in lobby is to the far, lefthand
11  corner?
12      A    Correct.
13      Q    Where is Room 112 in relation to that?
14      A    If the lobby is over here, the 112 is to the
15  far left on the first row.
16      Q    Is the entrance from the front parking lot?
17      A    Yes.  To the room?
18      Q    Yes, ma'am.
19      A    Correct.
20      Q    What were you wearing when you walked into
21  the hotel?  I know that you are dressed up when you
22  left, but what were you in walking in?
23      A    I had some blue jeans, those same black,
24  leather thigh high boots, and like a cropped top, lace
25  shirt.

Page 80

1      Q    Do you remember any conversations that Doc
2  had with you?  If that was the time that he stayed in
3  the room and sat with you all?
4      A    Can you repeat that one more time?
5      Q    Yes, ma'am.  You'd said that you believe
6  that -- you weren't positive, but you thought that
7  that might have been the day that Doc stayed in the
8  room with y'all for a little while?
9      A    PD.  I think he stayed in the room with us
10  for a little bit.
11      Q    Okay.  And any -- do you recall y'all's
12  conversations at all?
13      A    So every morning he would come in our room
14  and -- I -- I just think he would talk to us about how
15  we had to meet -- maybe that was the day he explained
16  that we had a $500 quota every day.
17          And I think me and Alyssa finally asked him,
18  like, do we have to have sex for the money.  And he
19  told us yes.
20      Q    And what happened when he said yes?
21      A    I would say, like, at that point me and
22  Alyssa start -- we switched to, like, a survival type
23  of thing.  Like, well, we're here.  We're ashamed for
24  what we did last night.  Everybody already thinks
25  we're nasty in a way.  So we just, like, survived in

Page 81

1  that moment.  We just decided to do what we had to do.
2      Q    And then you and A.G. got dressed, and you
3  walked out at this point.  Is this just late afternoon
4  roughly?
5      A    I would say maybe 1:00 or 2:00 p.m.  More so
6  mid-day.
7      Q    And I think you said you walked out of there
8  as a black woman that tried to give you a card saying
9  you don't need to do this.  Is that correct?
10      A    Yes.  Like, maybe she was from a church or
11  something.  She was trying to tell us to call our
12  parents, and that we didn't need to be out here like
13  that.
14      Q    Was she in the parking lot of United Inn?
15      A    Mm-hmm.
16          THE REPORTER:  Is that a yes?
17          THE WITNESS:  Yes, ma'am.
18  BY MR. STORY:
19      Q    What did y'all say back to her?
20      A    I think we just took her card and kept
21  walking.  And told her we were fine, I think.
22      Q    Did you ever call that lady?
23      A    No.
24      Q    And then you said y'all just walked Memorial
25  Drive?

21 (Pages 78 - 81)

Page 82

1    A    Correct.
2    Q    But didn't meet anyone until 2:00 to 3:00
3    a.m.?
4    A    Correct.
5    Q    All right.  So that would take us ultimately
6    to June 24th.  So from that time that you arrive at
7    the United Inn with Doc and PD in the car, just June
8    23rd specifically.  You know, it ends at midnight.
9    There was no sex trafficking that occurred on June 23,
10   2017, at the United Inn and Suites.  Is that correct?
11   With you specifically?
12       A    Correct.
13           MR. BOUCHARD:  I'm going to object to
14   form on that question.
15           MR. STORY:  Madam Court Reporter, I
16   have lost my place on exhibits.  What number am I on?
17           THE REPORTER:  One moment, please, sir.
18   We are going to be on Exhibit 9.
19           MR. STORY:  Thank you.
20           THE REPORTER:  Yes, sir.
21   BY MR. STORY:
22       Q    I'm going to hand you what I'm marking as
23   Defendant's Exhibit 9.
24           (Defendant Exhibit 9 was marked for
25           identification.)

Page 83

1        It's Plaintiff 012449.  It's text messages
2    from June 24, 2017, which we'll see in a second is
3    actually somewhere from the night of June 23rd.  I
4    want to bring your attention to the bottom, Ms. G.W.,
5    and see 6/24/17 at 3:32 UTC.  It starts with "I hope
6    y'all."
7        A    Mm-hmm.
8        Q    I'm going to read this out loud for the
9    record.  This is June 24, 2017, from Ms. G.W. to
10   Payton, and it's 3:32 UTC, which actually means it was
11   sent on June 23, 2017, at 10:32 p.m. Eastern.
12       It states, "I hope y'all know Alyssa is lazy
13   AF.  She literally is too lazy to fuck for money and
14   that's sad AF.  Just tell Buck she ain't gonna make
15   him no type of moneys."  End of message.
16       Who is Buck, Ms. G.W.?
17       A    Alyssa's baby daddy.
18       Q    Did he know that she was doing this?
19       A    When we got back, we -- we figured that
20   Payton was once a prostitute or whatever.  And that
21   she already knew what she was sending us to.  So we
22   assumed that she had told Buck everything or whatever.
23       Q    Okay.  And you've told me this, but just to
24   keep it clear in my head.  Payton is Buck's
25   girlfriend?

Page 84

1    A    At the time.  Yes.
2    Q    Okay.  No longer?
3    A    No.
4    Q    All right.  I'm going to hand you what I'm
5    marking as Plaintiff's [sic] Exhibit 10 which is
6    Plaintiff 012444.
7            (Defendant Exhibit 10 was marked for
8            identification.)
9            THE REPORTER:  And, Counsel, you said
10   Plaintiff's Exhibit 10.  Did you mean --
11           MR. STORY:  I meant Defendant's Exhibit
12   10.  Thank you, Madam Court Reporter.  If you can keep
13   correcting my errors I would greatly appreciate it.
14   Keeping a clean record.  I do appreciate it.
15   BY MR. STORY:
16       Q    Now, Ms. G.W., these are text messages
17   against from June 24th of 2017.  I want to bring your
18   attention to the top half of this document where it
19   says June 24, 2017, 19:41 UTC.  So that's 14:41.  So
20   that's 2:41 p.m. on June 24th.
21       And it says -- it's a message from you to
22   Madison Waldrop.  "No where still out here and it's a
23   lot better.  Our boss makes us feel safe and the more
24   we meet with him the more we realize that he's got us
25   and that he really is going to make us rich."  End of

Page 85

1    message.
2        Ms. G.W., when you say our boss, are you
3    referring to PD?
4        A    Correct.
5        Q    And tell me, what was he doing at that time
6    to make y'all feel safe and that he was going to make
7    y'all rich?
8        A    He was grooming us, telling us how, like,
9    we're amazing and every little dollar we bring him, he
10   gives us encouragement.  He's telling us that he's
11   watching us.  He's constantly monitoring us to try to
12   make us feel safe to leave out of the hotel and meet
13   people.  Or if there's people in our room, he's making
14   us feel like he's watching our room.
15       Q    All right.  So we're at where you all were
16   walking Memorial.  And then we got to midnight of June
17   24th.  You said you didn't meet anyone till about 2:00
18   or 3:00 a.m.  Is that correct?
19       A    Correct.
20       Q    And the first group you met were two Haitian
21   men?
22       A    Correct.
23       Q    Where did you meet them?
24       A    At a gas station further up the street.
25       Q    Do you remember what the gas station was

CONFIDENTIAL                                December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 86

1  called?
2      A   No.  But it was in the righthand side of
3  Memorial, same side of the road that United Inn was
4  on.
5      Q   And how -- I mean, how did that conversation
6  go?  Who approaches who?
7      A   To my knowledge, I think we approached them.
8  We used to be pretty direct, like, I'm assuming we
9  either said what you looking for, or you looking to
10 pay for some pussy.  One or the other.
11     Q   And did they -- did you ride with them back
12 to the United Inn?
13     A   No.  Because they wanted us to come to their
14 house, and we told them we had to stay at our hotel.
15 So they had met us down at our hotel.  We walked back,
16 and they drove there.
17     Q   Okay.  But ultimately did they come into
18 Room 112?
19     A   Correct.
20     Q   And you know, it doesn't escape me, Ms.
21 G.W., that I'm asking you about stuff that
22 was -- occurred over five years ago.  And a lot of
23 times I'm going to ask you to give me an estimate.
24 I'm not here to, you know, make you an exact
25 historian.  But roughly speaking, about how long do

Page 87

1  you think those two Haitian men were in your room?
2      A   Maybe 30 minutes.
3      Q   And did you and A.G. have sexual intercourse
4  with them?
5      A   Correct.
6      Q   Do you remember how much they paid?
7      A   No.  Maybe $60 to $100.
8      Q   And then after it was done, did they just
9  leave the hotel room?
10     A   Correct.
11     Q   And then what do y'all do from there?  Do
12 you all stay in the room?  Do y'all go to the parking
13 lot?  Do y'all go walk the street?
14     A   We probably went back out.  No.  I would say
15 since that was about two or three, we loitered in the
16 parking lot for about two hours.
17         And that's when the man in the construction
18 gear came right in through the parking lot with his
19 window down.  And he asked us -- or we asked him what
20 he was looking for.  And he came into our hotel room
21 with us.
22     Q   And it was just one man?
23     A   Yes.  Correct.
24     Q   Okay.  You said it was probably a few hours
25 after the Haitian men?

Page 88

1      A   About two hours.
2      Q   How long was he in there?
3      A   Maybe 30 minutes.
4      Q   And then he paid y'all, and he left?
5      A   Correct.
6      Q   I think you said earlier that y'all
7  were -- after the Haitian men had left that y'all were
8  loitering in the United Inn's parking lot for about
9  two hours.  Tell me, if you can.  Give me some more
10 detail about what y'all were doing.
11     A   We could have maybe walked around the entire
12 hotel.  Like, just walking back and forth from the
13 front to the back.  Or we stood, like -- like, there's
14 a middle part of -- I'm thinking back to the hotel
15 like a breezeway.  I think we stood in the breezeway.
16     Q   Do you remember -- again we're in the early
17 morning hours of June 24th.  Do you remember seeing
18 any employees of United Inn at that time?
19     A   No.  No employees at that time.  But we saw
20 employees like the day before, like that Friday.
21     Q   Tell me about that when y'all saw employees
22 on June 23rd.
23     A   Like employees pushing their carts, the
24 cleaning service.  We saw them.  I don't think we
25 interacted with them until Saturday because we needed

Page 89

1  more towels on Saturday and more -- we had asked if
2  they had tampons.  I remember that.
3      Q   And so on Saturday, June 24th?
4      A   Well, not tampons.  I can remember that we
5  asked -- we had asked for something.  Maybe like
6  deodorant.  I think it was deodorant.
7          Yes.  July 24th is when that would have
8  happened.  Or June 24th.
9      Q   So you asked for towels and deodorant?
10     A   Yes.  Correct.
11     Q   And they've got like a little store almost
12 behind the desk where you can buy certain items?
13     A   Yes.  We've been -- we went in there.  We
14 bought chips, noodles, condoms, stuff like that, out
15 the front desk area.
16     Q   On June 24th specifically, that Saturday,
17 y'all just spent y'all's first night at the United
18 Inn.  Did you -- do you know if you bought condoms
19 from the front desk on June 24th?
20     A   The 25th.  It would have been that Sunday we
21 would have bought some.
22     Q   Okay.  Did -- when y'all asked for towels on
23 the 24th, did they provide you with towels?
24     A   Mm-hmm.
25         THE REPORTER:  Is that a yes?

23 (Pages 86 - 89)

CONFIDENTIAL

G.W. Vs. Northbrook Industries, Inc.

December 6, 2022

Page 90

1    THE WITNESS: Yes.
2    BY MR. STORY:
3    Q    And what about -- did you have to pay for
4    deodorant?
5    A    I don't think they had deodorant. I don't
6    think -- like, when we asked the clerk lady, I don't
7    think they had any on them.
8    Q    Okay. And explain to me what the -- do you
9    know the clerk lady's name?
10    A    No.
11    Q    What did she look like?
12    A    A Hispanic maybe woman. Or like a lighter
13    tone, fairer tone woman.
14    Q    All right. So after the construction guy
15    drives in -- speaking of when he drives in, is he
16    driving slowly in the front parking lot or the back
17    parking lot?
18    A    Front parking lot.
19    Q    All right. So that -- I mean, roughly
20    speaking, gets us to, like, seven or eight o'clock in
21    the morning. And we're still on June 24th. Did you
22    go to sleep at this point?
23    A    We never slept. We maybe got, like, a nap.
24    Like an hour or two. But we never slept more than
25    three hours. So maybe we took a nap that day. He

Page 91

1    didn't want us to sleep.
2    So maybe we went to sleep around -- he -- I
3    know, like, he had a thing where he wanted us to write
4    till, like, 10:00 a.m., 11:00 a.m. And then maybe we
5    can nap from, like, 11:00 to, like, 2:00. That was,
6    like, our napping time.
7    Q    Were y'all being monitored by any -- by
8    either PD or any of his associates?
9    A    He had us under the impression that he was
10    constantly monitoring us, that he was, like,
11    constantly driving up and down Memorial watching us.
12    And from the way he would, like, disappear
13    in the morning for 20 minutes, like, I -- I don't know
14    necessarily if he was in, like, friends with the front
15    desk or friends with the people who worked at the
16    hotel, and asked them to monitor us. But I just know
17    that he told us he was monitoring us.
18    Q    And what do you mean he'd disappear for 15
19    or 20 minutes?
20    A    When he would come get our money, he would,
21    like -- he never told us I'm going to go pay for
22    another room. I had to get older to realize that's
23    what he was doing. But he would leave out the room
24    for, like, 15 to 20 minutes, sometimes maybe 30
25    minutes. And then come back.

Page 92

1    Q    And generally speaking, when he would come
2    get y'all's money?
3    A    Probably right before check-in. Probably
4    after 9:00 a.m.
5    Q    All right. So we get to check-in time on
6    June 24th. And I know y'all stayed in Room 112 on the
7    night of the 23rd. Did y'all switch hotel rooms for
8    the 24th?
9    A    No. We were in the same room the whole
10    time.
11    Q    Had you -- at this point on the 24th, had
12    you seen Doc again?
13    A    No. We didn't.
14    Q    And so from -- that 24th is Saturday. Do
15    you recall if you primarily walked the streets, did
16    Backpage?
17    A    So I would say, like, Saturday when he came
18    back to collect the money, that's when he told us to
19    make Plenty of Fish profiles. We tried setting it up,
20    but we couldn't figure it out. So we just left that
21    alone.
22    I know we had to have walked around that day
23    also because at one point that day, we had met this
24    boy who was driving, and he ended up bringing five men
25    back to our hotel room.

Page 93

1    Q    He ended up bringing how many men? I'm
2    sorry.
3    A    Five.
4    Q    And I cut you off. What were you going to
5    say?
6    A    And like these -- this encounter with these
7    people, they were -- they had -- they just were doing
8    a lot. I think they made me and Alyssa uncomfortable.
9    They wanted more than just like -- they wanted to be
10    there for a long time.
11    So we tried to kick them out of our room.
12    And they tried to -- I think one of them left their
13    shoes in the room or something. So they were banging
14    on the door, being really loud, screaming. And we
15    didn't want to let them in. And so they were out
16    there for a while yelling at us to let them back in.
17    I had pepper spray back then. So I
18    remember, like, telling them I was going to pepper
19    spray them or something. And, like, they were just
20    banging on the door asking, I guess, eventually for
21    their shoes. So we gave them their shoes, and they
22    left.
23    And then those two Haitian men ended up
24    coming back with about two to three more people with
25    them, two to three more men with them. And I know at

24 (Pages 90 - 93)

CONFIDENTIAL

December 6, 2022

G.W. Vs. Northbrook Industries, Inc.

Page 94

1  this time with them, I was in the bathroom and Alyssa
2  was in the room.  And there might have been two guys
3  in the bathroom with me.
4       I remember Alyssa had got slapped by one of
5  them for some reason.  So one of them had assaulted
6  her, and she was really upset about it.  And I'm sure
7  we finished the job or whatever.  But I just remember
8  with those group of men, one of them slapped Alyssa.
9     Q   So the boy you met driving on June 24th, was
10 he driving on Memorial?
11    A   Yes.  Correct.
12    Q   So you met him when you all were walking
13 Memorial?
14    A   Correct.
15    Q   And he -- y'all had a conversation.  And he
16 said I want to bring back my friends?
17    A   Yes.  Correct.  We told him, I guess, what
18 we were doing.  And he was, like, well, I can help you
19 all out.  And he brought back those five men.  They
20 were supposed to pay us $500, but the boy ended up
21 keeping, like, $200 of it.  Something like that.  So
22 he got some money out of the deal.
23    Q   Okay.  And did the entire -- the group of
24 five men all have sexual intercourse with you and
25 A.G.?

Page 95

1     A   Yes.  And the boy also.  So six of them.
2     Q   What time was the sex occurring on June
3  24th?
4     A   It was dark outside, so maybe like after
5  7:00 p.m.
6     Q   And they're in there for 30 minutes, an
7  hour?
8     A   Thirty minutes.
9     Q   And about how long do you think they were
10 outside knocking on your door?
11    A   Probably about 15, 20 minutes.
12    Q   So then y'all give the shoes back, and they
13 leave?  Is that correct?
14    A   Yes.  They do.
15    Q   And then on that same night the Haitian men
16 returned?
17    A   Yes.  They came knocking on our door.
18    Q   Okay.  And they -- you said the two men had
19 two to three more men with them?
20    A   Mm-hmm.  It was four to five of them.
21    Q   And did the same thing occur?  That entire
22 group had sexual intercourse with you and A.G.?
23    A   Correct.
24    Q   And I think you said -- and I don't want to
25 tell you what you're saying if I'm wrong, but you were

Page 96

1  in the hotel bathroom with two of the men when you
2  believe that A.G. got slapped?
3     A   Correct.
4     Q   Did it end at that point?
5     A   I think they got, like, aggressive after
6  that happened.  And I don't know how I ended up
7  getting them out the room somehow.  But I made them
8  leave the room.  Yeah.
9     Q   Okay.  And so they left.  Did you ever see
10 them again?
11    A   Nn-mm.  No, sir.
12    Q   Okay.  How long do you think that -- I'm
13 just going to call them the group of Haitian men.  How
14 long do you think that group of Haitian men was in
15 Room 112?
16    A   I would say, like, 45 minutes.
17    Q   I'm going to hand you what I'm marking as
18 Defendant's Exhibit 11.
19          (Defendant Exhibit 11 was marked for
20          identification.)
21       This is Plaintiff 008090.  And I'll
22 represent to you, Ms. G.W., do you see -- go down to
23 8416.  Do you see that?
24    A   Yes.
25    Q   It says Sent and it says From.  And it's got

Page 97

1  that 404 number.
2     A   Mm-hmm.
3     Q   I'll represent to you that that's Obie's
4  phone, and he's texting Kikia Anderson.  Okay?
5     A   Okay.
6     Q   And as you see, this is June 26, 2017.  With
7  the time change, it's 6:15 a.m. Eastern Time.  And I'm
8  going to read this message out loud.
9       It says, "Not for long.  I'm going to have
10 all 2 of my games dropped off and on Commerce,
11 Georgia, for about 2-3 days.  So I'll be chilling at
12 my mama spot.  Tuma Little People brand.  Bring the
13 car back, but right now I'm on the way to Memorial
14 Drive."  End of message.
15       My question, Ms. G.W., is when he says two
16 of my games, is he referring to you and A.G.?
17    A   I'm not sure.  I'm going to assume, but I'm
18 not sure.
19    Q   Do you know what Tuma Little People is?
20    A   No.  I don't.
21    Q   Did you go back to Commerce, Georgia, for a
22 few days?
23    A   Yes.  I did.
24    Q   Did PD take you?
25    A   No.  The lady who dropped -- who picked us

25 (Pages 94 - 97)

CONFIDENTIAL

G.W. Vs. Northbrook Industries, Inc.                    December 6, 2022

Page 98

1  up from Commerce, she took us home.
2      Q   Okay.  Did she take you home on June 26th?
3      A   Correct.  That Monday.
4      Q   That Monday.
5      A   Yes.
6      Q   Okay.  Going to that day prior to that
7  Sunday, I think you told me earlier that you believe
8  that you bought condoms from the United Inn and Suites
9  on June 25th?
10     A   I would say that one is for a fact.  I know
11 that one for a fact, but we did.  I know we did.
12     Q   Okay.  Tell me how you know that.
13     A   'Cause I remember buying them.  I remember
14 buying them from the front desk.  'Cause we
15 needed -- we had ran out of the ones we had.
16     Q   What kind of condoms were they?
17     A   Either Trojan or the Magnum.  Either Trojan
18 or Magnum.
19     Q   How did you pay for them?
20     A   I think cash.
21     Q   And who did you buy them from in the lobby
22 at United Inn?
23     A   I think from the black lady that was working
24 there.
25     Q   You don't remember her name.  Do you?

Page 99

1      A   No.  I don't.
2      Q   Did you show her any kind of identification
3  to buy the condoms?
4      A   No.  I didn't.
5      Q   Did she ask you any questions about what you
6  were buying the condoms for?
7      A   No.  She didn't.
8      Q   Had you been instructed by PD on what to say
9  if you were asked what to say what the condoms were
10 for?
11     A   I don't necessarily know about condoms.  But
12 he definitely instructed us, like, how to not give
13 ourself away, or something like that.  Like, not to be
14 telling anybody anything pretty much.
15     Q   And so how -- what were, kind of, his
16 instructions for how to --
17     A   Like, he would instruct us not to leave
18 condoms in the trash can.  Even though we did, but,
19 like, he would tell us not to.
20         He would instruct us not to be hanging in
21 the hallways, loitering in the parking lot, but we
22 still did.  'Cause we started finding clients that
23 way, so that's -- that became our new way of getting
24 them instead of walking up and down the street.
25         He would tell us to not let people see which

Page 100

1  door we went in or not let the, like, staff see us
2  pretty much.
3      Q   When y'all bought those condoms on Sunday,
4  June 25th, did y'all buy anything else from the lobby?
5      A   Now this could have been Saturday or Sunday.
6  I just want to note that, that we bought the condoms.
7          We bought chips and cup noodles, I'm pretty
8  sure.
9      Q   And y'all are still in Room 112?
10     A   Yes.
11     Q   Do you remember, did you spend the night at
12 United Inn on that Sunday night, June 25th?
13     A   Yes.  We did.
14     Q   So was it your understanding that
15 either -- 'cause Doc checked out the room the first
16 night for the 23rd.  Right?
17     A   Correct.
18     Q   But then you didn't see Doc again.  Right?
19     A   Not until he -- him and Obie, or PD, picked
20 me up July 1st or 2nd and brought me back to the
21 United Inn.  He was there that time also.
22     Q   So do you know who was actually checking out
23 the rooms?  The room 112 on the 24th and 25th?
24     A   PD.  He was paying for another night every
25 night.

Page 101

1      Q   And would he just came back and tell you the
2  room's checked out?
3      A   Like, we never would check out.  We just
4  would pay for an additional day every day I'm
5  assuming.  He didn't tell us any information or
6  nothing like that.  This is all stuff I'm assuming
7  since I've gotten older.  But I just -- he would
8  disappear for 15, 20 minutes.
9          He'd come, take the money, leave out the
10 room for 15, 20 minutes.  Then come back and tell us
11 to get some more.
12     Q   Do you know if he had, like, any fake IDs or
13 anything like that?
14     A   Not to my knowledge.
15     Q   The reason I ask, my client has searched
16 their records up and down and left and right.  And
17 they cannot find one piece of evidence that Mr. Obie
18 ever checked a room out.  And I hear what you're
19 saying.  You're just telling me what you know.
20         But is it possible that -- I know y'all gave
21 PD the money.  But that when he went out of the hotel
22 that he was giving the money to somebody else and they
23 were checking the room out for you?
24     A   I don't think so because I saw the records
25 for the hotel room.  And Doc, who his legal name was

26 (Pages 98 - 101)

CONFIDENTIAL                            December 6, 2022

G.W. Vs. Northbrook Industries, Inc.

Page 102

1  like Dontavious Carr, his name was on the room for
2  those three days. Yeah.
3      Q   I got you. Okay. After y'all purchased
4  condoms, and I know it could have been Saturday, the
5  24th, and might have been Sunday, the 25th -- do you
6  recall if you performed any commercial sex services on
7  Sunday, June 25, 2017?
8      A   Yes. I would say with at least two to three
9  people.
10     Q   And where did you find those people?
11     A   I can't necessarily remember two of them.
12  But I know I remember one man which was somebody we
13  also found in the hotel riding through looking for
14  some money. This time he was riding through the back
15  part and we met him.
16     Q   On this first weekend, the 23rd, 24th, and
17  25th, was there ever -- did any United Inn employee
18  ever initiate a conversation with you?
19     A   We had got locked out of our hotel room on
20  Saturday also. I forgot to mention that. And PD told
21  us to give the front desk person the phone or
22  something like that -- our phone -- and he spoke with
23  them, and they came and let us back in the room.
24     Q   And that was on Saturday?
25     A   Yes. Saturday or Sunday. I'm not sure

Page 103

1  which day particular.
2      Q   And so you handed your phone to the person
3  at the front desk, and PD talked to that person?
4      A   To my knowledge. I don't know if that's
5  exactly the way it went. But I know he -- he spoke
6  with the person at the front 'cause we had got locked
7  out and called him.
8          I don't know if he called, like, the phone.
9  Or if I handed them the phone. But they came and let
10  us back in the room.
11     Q   And was it that same black female at the
12  front desk?
13     A   No. I think this one was, like, the Indian
14  man, the lighter tone man.
15     Q   So what did you tell them when you walked
16  into the lobby?
17     A   I don't think we told them anything. I
18  think we just gave him the phone, and he spoke with
19  him.
20     Q   And do you know anything that happened in
21  that conversation?
22     A   No. I just know they came and walked us to
23  the room and let us back in.
24     Q   That same Indian man?
25     A   Mm-hmm. Correct.

Page 104

1      Q   During this 23rd, fourth, and fifth, did
2  room service come in and clean y'all's room?
3      A   I think so. I'm pretty sure they did 'cause
4  that's why I said Obie, PD, would tell us to clean up
5  the condoms. Don't let them just be laying
6  everywhere.
7          So I think at one point, maybe on that
8  Sunday, they came and cleaned the room. Well, maybe
9  not cleaned the room, but like, knocked on the door,
10  asked if we needed some service, and we asked for,
11  like, some more towels. Or returned our wet towels
12  and got new ones.
13     Q   All right. So June 26th is a Monday. And
14  best of your recollection, you returned to Commerce on
15  June 26th?
16     A   Yes. They came and got us about twelve
17  o'clock that day.
18     Q   Can you say that one more time? I'm sorry.
19     A   They came and got us about twelve o'clock
20  that day.
21     Q   And by they, do you mean PD and that female
22  that first picked you up in Commerce?
23     A   Well, just the female. PD wasn't there
24  the -- I don't know if -- I don't know. I just know
25  the lady came and picked -- took us home. Because he

Page 105

1  collected our money every single day. She -- we never
2  gave our money to her. So maybe he was in the car
3  with her. I'm not sure.
4      Q   Okay. Do you remember having any
5  conversations with her on the way back to Commerce
6  along the lines of what's going on? Is PD a pimp? Is
7  this what my life's going to be moving forward? I
8  mean, anything like that?
9      A   By the last day, me and Alyssa were,
10  like -- I remember us crying either the last day or
11  the day before because we wanted to go home. We had
12  to beg to go home. It's not like was, okay. Y'all
13  come for three, four days. We had to ask him, can we
14  at least go home and see our family or something like
15  that.
16          And at this time, this now when we have an
17  emotional connection to him. He's now manipulating
18  us, using a lot of terminology to make us feel like
19  he's protecting us. And we also had this big burden
20  now of the shame for all the acts that we did.
21          And also he has all of our money. We
22  collected $1,300 that weekend. So we're thinking that
23  he's telling us he's holding onto this money for us to
24  move into a house. Me and Alyssa were only looking
25  to, like, I guess, elevate our life in a way.

27 (Pages 102 - 105)

CONFIDENTIAL

G.W. Vs. Northbrook Industries, Inc.                December 6, 2022

Page 110

1    Q   Okay.  Do you have a distinct memory of
2  being walked back to your room by a United Inn
3  employee?
4    A   Not a distinct memory.  I had a memory of
5  them walking us to the room and not just handing us
6  the key.  But they could have just given us the key.
7    Q   Okay.  And in that memory, is it still -- do
8  you still remember the United Inn employee as an
9  Indian man?
10    A   I remember dealing within a fairer tone man
11  at the -- but it could have been a woman.  I'm not
12  sure in particular.
13    Q   Okay.  So where we have left off, we were at
14  June 26th which is a Monday.  And I believe you had
15  told me that they picked you up at about 12:00 p.m. to
16  return to Commerce?
17    A   Correct.
18    Q   So on June 27, 2017, that Tuesday, you would
19  have been in Commerce that whole day?
20    A   Correct.
21    Q   So is it accurate to say that you were not
22  physically present at the United Inn and Suites on
23  June 27, 2017?
24    A   Correct.
25    Q   The next day is June 28, 2017.  That's a

Page 111

1  Wednesday.  Were you still in Commerce?
2    A   Correct.
3    Q   So is it accurate to say that on June 28,
4  2017, you were not physical present at the United Inn
5  and Suites?
6    A   Correct.
7    Q   On June 29, 2017.  That's a Thursday.  Were
8  you still in Commerce?
9    A   Correct.
10    Q   So is it accurate to say that on June 29,
11  2017, you were not physically present at the United
12  Inn and Suites?
13    A   Correct.
14    Q   June 30, 2017.  That's a Friday.  Were you
15  still at home in Commerce?
16    A   Correct.
17    Q   Is it accurate to say that on June 30, 2017,
18  you were not physically present at the United Inn and
19  Suites?
20    A   Correct.
21    Q   Who -- so I saw some texts from your mom
22  during that time that you were at home talking about
23  Ryan is still here.  Come get him now.  Who is Ryan?
24    A   A old friend of mine, high school friend.
25  He was my little brother's friend.

Page 112

1    Q   Okay.  So that takes us to July 1st which is
2  a Saturday of 2017.  Were you still in Commerce on
3  July 1st?
4    A   I'm not sure about that.
5    Q   Okay.  I'm going to hand you what I'm
6  marking as Defendant's Exhibit 13.
7        (Defendant Exhibit 13 was marked for
8        identification.)
9        It's Bates stamped Plaintiff 012384.  These
10  are text messages from your phone on July 1, 2017.
11  Towards that middle, you see that 7/1/2017 from Payton
12  saying "Where you at G.W."?
13    A   Yes.
14    Q   Then you text her back on July 1, 2017,
15  which would be at 10:35 a.m. Eastern Time and say,
16  "The house."
17    A   Okay.
18    Q   Does that refresh your recollection of where
19  you would have been on July 1st?
20    A   Yes.  It did.
21    Q   And where would you have been?
22    A   In Commerce, Georgia.
23    Q   Okay.  So is it accurate to say that you
24  were not physically present at the United Inn and
25  Suites on July 1, 2017?

Page 113

1    A   Correct.
2    Q   I'm going to hand you what I've marked as
3  Defendant's Exhibit 14 which is Plaintiff Bates
4  stamped 12373.
5        (Defendant Exhibit 14 was marked for
6        identification.)
7        These are text messages from your phone on
8  July 2, 2017, which was a Sunday.  See this right in
9  the middle, and I'll read it out loud.  It's a text
10  message from you to your mom.
11        "Mom, please make sure I'm up at like 6:30,
12  7:00 because I'm leaving early in the morning and I
13  need you to take me by Alyssa's so I can get my bag
14  'cause Mac's getting us at like 9:00.  But she said
15  she was going to call me when she heads there at 7:00.
16  That's why I need to be up.  I came home tonight so I
17  can see you in the morning before I go."  End of
18  message.
19        Who is Mac?
20    A   I think that's -- I'm talking about Alyssa's
21  friend, Makelah, who stayed in Gwinnett County.  And
22  I'm pretty sure I had told my mom that that's where I
23  was.  I think that's what I was telling her.
24    Q   Okay.  And this would have been, like, at
25  2:00 a.m. on July 2nd, Eastern.  So that's the early

29 (Pages 110 - 113)

CONFIDENTIAL                        December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 114

1  morning hours of Sunday.  Do you believe -- did you go
2  back to Atlanta on Sunday?
3      A   Yes.  I did.
4      Q   And you did not -- did A.G. come back with
5  you?
6      A   No.  She didn't.
7      Q   Why did she not come back?
8      A   From my memory, I remember her convincing me
9  that she was supposed to come back with me.  And her
10  ending up never showing up.  She had went and stayed
11  the night with her mom that night.  And I was at her
12  house.  And I was, from what I remember, under the
13  impression that she was going to show up that morning.
14      Q   And who took you to Atlanta on Sunday?
15      A   PD and Doc came and picked me up from
16  Alyssa's house in Commerce.
17      Q   And who is Petey?
18      A   Zaccheus Obie.
19      Q   Oh.  PD.  Sorry.
20      A   Sorry.
21      Q   All right.  So they come pick you up from
22  A.G.'s mom's house?
23      A   Correct.
24      Q   And where do you all go from there?
25      A   We go straight to the United Inn and Suites.

Page 115

1      Q   Okay.  So on the night of July 2nd, which is
2  a Sunday, you stayed at the United Inn and Suites?
3      A   Yes.  Correct.  I got there midday.  Or they
4  came and got me earlier that morning.  And I had got
5  there in the daytime.
6      Q   Okay.  And walk me through when y'all get
7  there and the check-in process.
8      A   So I think they already had the room.
9  Pretty sure they already had that room.  When I
10  arrived, there was two underage girls being sex
11  trafficked in the room already.  Well, only one of
12  them 'cause Shay was 18.  But the Destiny girl, the
13  FBI ended up telling me she was only 15.
14          I think I remember crying on the way up
15  there 'cause I was really sad Alyssa didn't come.  I
16  was scared.  I didn't want to go back especially not
17  by myself.  And PD had tried to convince me that he
18  had somebody else there waiting on me.  So that was
19  when I met Shay.
20          I went -- he helped me bring my stuff up in
21  the room.  Or I don't know if he helped me bring my
22  stuff in the room.  I know I got my stuff in the room.
23  I'm not sure if he came in the room that day or not.
24          But I remember talking with the girl, Shay.
25  And she just was letting me know that she had

Page 116

1  got -- she was like a victim of rape when she was
2  seven.  And she was scared of the man, Doc.  He stayed
3  in her neighborhood.  And they left.  And so now I'm
4  here with these other two girls.
5          The Destiny girl, I thought she was way
6  older.  She seemed to have known everything, like how
7  to get dates or clients.  Me and Shay went walking
8  that day.  Shay was very social.  She socialized in
9  the hotel a lot.
10          She -- we met another prostitute that day
11  who was also -- well, she was a prostitute, and she
12  was prostituting out of the United Inn.  She had her
13  own room.  Me and Shay ended up making or having a
14  client come to her room because Destiny was in our
15  room with her own clients.
16          That night we had met a pimp that stayed in
17  the hotel.  He tried to offer us cocaine that night.
18  He had came into our room which was originally the
19  room that PD had got us.
20          I know we met another -- that was the night
21  we had met the man, Kodak.  I'm pretty sure he was
22  staying at the hotel as well.  I know we met him in
23  the parking lot of the hotel.
24          We saw these other two girls.  Well,
25  I'll -- I'll go -- well, yeah.  'Cause this is this

Page 117

1  time.  We saw these other two women that were older.
2  It was a black woman and a black -- a white woman and
3  a black woman who were also from my understanding
4  prostituting.  They looked like they were.  They had
5  on very short, revealing clothing with heels.  And
6  they were also walking around the hotel.
7          At this point this is -- I think Destiny
8  took pictures of me for the Backpage.  I think she was
9  the one who did it maybe.  And also at this point
10  where I'm starting to figure out how to use Plenty of
11  Fish.  So I'm -- I don't know if they're sending
12  people to the room or if I'm trying to invite people
13  to the room off POF.
14      Q   And I'm going to ask you something about
15  that.  Before I get too far ahead of myself, I want to
16  go back really quick to the June 23rd through the 25th
17  at the United Inn.  Were you wearing the same outfit
18  that whole weekend?
19      A   No.  I had black and white crop top or a
20  shirt that I had tied up and unbuttoned so that my
21  breasts would show.  And like a little bootie skirt.
22  And then I also had on these very short black and
23  white, like, compression shorts.  And I don't know
24  what shirt.
25      Q   Do you remember what shoes?

30 (Pages 114 - 117)

CONFIDENTIAL                                    December 6, 2022

G.W. Vs. Northbrook Industries, Inc.

Page 122

1  y'all got maid service?
2      A    No.  We didn't.
3      Q    And why not?
4      A    I don't know if they came every day.  If
5  that is what they did, then they would have came.  We
6  never stopped them, but I don't -- to my memory I
7  don't remember.
8      Q    Would either PD or Doc or someone working
9  for PD -- would they come every morning right before
10  check-in to collect money?
11      A    Yes.  They would.
12      Q    Okay.  So y'all stayed there night of July
13  2nd?  Somebody would have been there on the morning of
14  July 3rd to collect money?
15      A    PD came.
16      Q    And you said on the way back on July 2nd
17  from Commerce that you were crying in the car.  And PD
18  was telling you something along the lines of, you
19  know, "Don't worry.  I've got another girl for you."
20          Did you ever ask anything of like where is
21  the money that I've made?  Anything like that?
22      A    No.  I didn't ask.  But I didn't necessarily
23  have to ask.  He would -- more so he would tell us,
24  like -- he'd like, "Just one more week and y'all are
25  going to be moving into y'all's house."  "Two more

Page 123

1  weeks and y'all" -- like he would always be, like,
2  making it seem like it was our purpose to the money
3  going to him.
4      Q    I'm handing you what I'm marking as
5  Defendant's Exhibit 15.
6          (Defendant Exhibit 15 was marked for
7          identification.)
8          It's Bates stamped Plaintiff 012363.  These
9  are text messages from July 3rd and July 4th of 2017.
10  And I want to take you, Ms. G.W., to the top of this
11  page.  It says July 4, 2017.  It's going to be 5:32
12  a.m. Eastern.  It's a text from you to Payton.
13          It says, "Miss y'all but I'll FT you when I
14  get to my new room tomorrow.  A bitch done moved to
15  stage 2."  End of message.
16          So is FT Facetime?
17      A    Yes.
18      Q    Tell me what you meant by this text
19  message.
20      A    I'm thinking back.  I think I meant he moved
21  us to another hotel that day.  So I'm assuming he made
22  it seem like he was moving us, like, as a reward.  So
23  that's what I think I meant by that.
24      Q    Okay.  And you had told me previously you
25  believed that you checked out on the 4th.

Page 124

1      A    Correct.  I did.
2      Q    Okay.  I mean, I've got to say I'm very
3  impressed by your memory.  How do you -- I get it.
4  It's July 4th.  But how do you sit here and
5  remember --
6      A    I have went through the photos in my phone.
7  And I know I remember being at another hotel on the
8  4th of July.
9      Q    Okay.  What hotel were you at on the 4th of
10  July of 2017?
11      A    It could have been the Travelodge or it
12  could have been the hotel, like, on Forest Park or
13  Jonesboro.  Something like that.
14      Q    And at this point would you have been moved
15  with Shay?
16      A    Yes.  So, like, the day that we left, I
17  think that was July 4th was the day.  We went
18  to -- that was the first time we went to his mom's
19  house.  And the Destiny girl left that day because she
20  was too young or something like that.
21          So they had took us to their mom's house and
22  took Destiny somewhere and came back without her.
23      Q    And is this PD's mom?
24      A    Correct.
25      Q    I've seen her name in places that I

Page 125

1  can't -- Moody is it?  Miss Moody maybe?
2      A    Miss Moody.  Yes.
3      Q    Was this the first time you met Miss Moody?
4      A    Correct.
5      Q    Did you stay at her house the night of July
6  4th?  Or you went to a hotel?
7      A    So now that I'm older, I realize that they
8  would take us over there before check-in time.  So
9  that's why we would be over there for, like, two,
10  three hours.  That we had checked out the hotel and be
11  over there until it was time to check into another.
12      Q    Okay.  Who -- on the 4th who took you from
13  United Inn to PD's mom's house?
14      A    I think this is the day we met Kiki.  I'm
15  pretty sure she was with PD when he picked us up that
16  day.
17      Q    Okay.  And then do you remember who took you
18  from PD's mom's house to whatever hotel you stayed at
19  that night?
20      A    No.  I don't remember.
21      Q    Going back to the July 2nd and 3rd time
22  frame, did you ever walk into the lobby of the United
23  Inn?
24      A    Yes.  I did to buy chips and noodles.  Shay
25  was the person who told me that we should keep some of

32 (Pages 122 - 125)

CONFIDENTIAL

G.W. Vs. Northbrook Industries, Inc.

December 6, 2022

Page 150

1    Q    And United Inn is not on Old Dixie Highway.
2    Correct?
3    A    Correct.
4    Q    So is it accurate to say that on July 21,
5    2017, after you checked out of United Inn, you would
6    not have been physically present for the rest of the
7    day?
8    A    Correct.
9    Q    I'm going to hand you what I'm marking as
10   Defendant's Exhibit 31, which is Plaintiff 012235.
11        (Defendant Exhibit 31 was marked for
12        identification.)
13        In the middle of this page, July 21, 2017,
14   the 2:23 a.m. The message from you to a 404 number
15   stating, "Are you the police?" Is that correct?
16   A    Correct.
17   Q    And tell me again were you doing this on
18   your own volition? Or were you instructed to do this
19   by PD?
20   A    He had instructed me at one point just to
21   ask people that.
22   Q    And did he explain to you that the purpose
23   of that was that the police had to tell you if you
24   asked them if they were the police?
25   A    Yes. That's what he told me.

Page 151

1    Q    All right. I'm going to hand you what I'm
2    marking as Defendant's Exhibit 32.
3        (Defendant Exhibit 32 was marked for
4        identification.)
5        It's Plaintiff 007418. These are text
6    messages between you and PD. And there's a message to
7    you. It's entry 426 on July 21, 2017. But really
8    that's 11:02 p.m. on July 20, 2017.
9        And PD says to you -- I'm going to read it
10   out loud and ask you a few questions. "Baby girl I
11   believe there's strength in numbers. And numbers is
12   power. Unity is the way and networking is the key.
13   United we stand. Divided we shall fall.
14        "That's why anybody that wants to walk away
15   I let them because in this world it takes a team to
16   really achieve dreams. Everybody needs somebody and
17   there's somebody for everybody. God made pimps so a
18   ho can have a man..." End of message.
19        So you know, Ms. G.W., I'm seeing from PD
20   this message that, you know, anyone is free to go at
21   any time. Is that the way you felt as of July 20,
22   2017?
23   A    No. At this point I had watched PD slap
24   Shay to the ground and step his foot on her neck for
25   not giving him enough money, so I was definitely in

Page 152

1    fear of him at this point. He may have given us the
2    green light to go when we wanted, but that didn't
3    necessarily mean that we felt like we can leave.
4    Q    Okay. Was there ever a time in this period
5    that you considered -- whether you were at the United
6    Inn or another hotel -- walking into the lobby and
7    saying, you know, I'm here against my will. Will you
8    please call the police?
9    A    Like I said, especially like at the United
10   Inn and Suites, PD would disappear for 20 minutes at a
11   time every day. I had no idea whether or not he was
12   in cahoots with the people in the front desk.
13        The way that man let us back in our room
14   without asking us any questions that time, it seemed
15   like he knew the people up there. So I didn't feel
16   like I could ask them for help.
17   Q    And when you say he would disappear for 15
18   or 20 minutes and come back, I mean, he'd just give
19   y'all the key and leave. Right?
20   A    He didn't -- I don't even think he
21   had -- maybe he had to update the key or something
22   like that. I'm not sure. I just know he would take
23   our money and leave out the room and come back.
24   Q    Did you ever see, yourself, PD communicating
25   with any employees or staff of the United Inn?

Page 153

1    A    Yes. I communicated with the staff. Who
2    else did you ask?
3    Q    I asked if you had ever seen PD communicate
4    with anybody, with any employee or staff member of
5    United Inn and Suites.
6    A    No. I didn't.
7    Q    Okay. All right. So we looked at earlier,
8    Ms. G.W., that on July 21st you were on Dixie Highway
9    or at another hotel and not the United Inn. You don't
10   think you came back to the United Inn on that
11   Saturday, July 22, 2017. Did you?
12   A    No. Not to my knowledge.
13   Q    So to your knowledge, you were never
14   physically present at the United Inn on July 22, 2017?
15   A    No.
16   Q    And then of course July 23, 2017, is when
17   you were raped and robbed. Is that correct?
18   A    Correct.
19   Q    And that was at a hotel in Jonesboro?
20   A    Correct.
21   Q    So on July 23, 2017, it's accurate to say
22   that you were never physically present at the United
23   Inn and Suites?
24   A    Correct.
25   Q    It sounds like, Ms. G.W., when you're

39 (Pages 150 - 153)

CONFIDENTIAL                          December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 158

1  220, 221, 222, 134, 135, 136, 234, 235, 236, among
2  others.
3      "Plaintiff had sex for money with at least
4  30 adult men over the period she was at the United Inn
5  and Suites. Plaintiff did not retain any of the money
6  that sex buyers paid her in exchange for sex.
7      "Zaccheus Obie or his associates came to the
8  room in which plaintiff was trafficked and collected
9  the money that plaintiff, G.W., and plaintiff, A.G.,
10  received from sex buyers. Zaccheus Obie and his
11  associates kept the money. Zaccheus Obie took some of
12  the money to the front office to pay cash for the
13  rooms in which plaintiff was trafficked."
14      All right. So, Ms. G.W., we spent a lot of
15  time today going through all these dates. And I
16  believe, based on your testimony, you stayed at the
17  United Inn on June 24th, June 25th, checked out on
18  June 26th.
19      A   And June 23rd.
20      Q   Excuse me. Thank you.
21      A   You're welcome.
22      Q   And you had told me at the very beginning
23  there were three separate times. Do you remember
24  that?
25      A   Yes.

Page 159

1      Q   So that would be the first. Right?
2      A   Correct.
3      Q   All right. Second would be July 2nd, July
4  3rd, check out July 4th?
5      A   Correct.
6      Q   All right. And then the third was July
7  20th, checkout July 21st. Correct?
8      A   Correct.
9      Q   Are you sure you don't want to take a few
10  minutes?
11      A   I'm okay.
12      Q   All right. So not counting the days that
13  you checked out, I've got that as a total of six
14  nights. And that's not counting the days that you
15  checked out.
16      It says in these -- and I want to be clear
17  about this, Ms. G.W., I'm not sitting here trying to
18  call you a liar. I just am trying to get all the
19  information I can. Okay?
20      A   Okay.
21      Q   So and from my perspective, I'm looking at
22  this. All right. There's six nights at the United
23  Inn and Suites. If your response says you had sex for
24  money with at least 30 adult men over that period,
25  that would be five or more per night just on average.

Page 160

1      A   Correct.
2      Q   Now that we've sorted all this out, gotten
3  all the dates down, do you still believe that number
4  is accurate?
5      A   Yes. I do.
6      Q   Okay. When you say Zaccheus Obie or his
7  associates, tell me everybody that you can remember
8  who you would consider an associate of who we've been
9  calling PD.
10      A   I would say Kiki. I would say Doc. I would
11  say his mother. I would say his sister. And I'm not
12  sure if there was associates in the hotels that we
13  stayed at. 'Cause it seemed to be, like, he knew
14  where he was taking us for a reason. So I don't know
15  if he knew the people at the hotels.
16      Q   And there's also that female that picked you
17  up the first time who you don't know?
18      A   Yes. Her also.
19      Q   The last sentence of this paragraph says,
20  "Zaccheus Obie took some of the money to the front
21  office to pay cash for the rooms in which plaintiff
22  was trafficked." You never saw him do that. Did you?
23      A   I saw him take our money. But I never seen
24  him, like, directly go into the office.
25      Q   Okay. And I know I've asked you this, but I

Page 161

1  can't remember what your answer was. Did PD -- did
2  he -- do you know, did he have fake IDs?
3      A   I'm not sure.
4      Q   And then this next paragraph talks about at
5  least 30 men. Then the next sentence says, "Once in
6  the United Inn and Suites, five adult men purchased
7  commercial sex with plaintiff and the other minor with
8  whom plaintiff was sex trafficked. The five adult men
9  had sex with the minor victim simultaneously.
10      "A fight ensued which spilled out into the
11  United Inn and Suites open air hallway and caused
12  significant commotion. The other minor with whom
13  plaintiff was trafficked threatened to pepper spray
14  the men."
15      Is that -- is this the Haitian group?
16      A   No. This is the Hispanic group of men, the
17  first five that came with that boy that we had met who
18  was driving. So it was six men.
19      Q   And I know -- who did the fight ensue
20  between?
21      A   I would say probably more so me versus them
22  because I was more outspoken than A.G., so I was more
23  of the one who told them to get out because they were
24  being too aggressive with us. So I would say more so
25  me.

41 (Pages 158 - 161)

CONFIDENTIAL                                    December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 162

1    Q   Okay.  And then it says, "Another time at
2   the United Inn and Suites, five adult men purchased
3   commercial sex with plaintiff and the other minor with
4   whom plaintiff was sex trafficked.  The five adult men
5   had sex with both minor victims simultaneously.
6       "After the five adult men left plaintiff's
7   room, the men stood in the open air hallway banging on
8   the door and demanding the minors allow them back into
9   the room."
10   A   Okay.  Well, so I think fight was
11  first -- was with the Haitian men.  And this was with
12  the Hispanic men.
13   Q   Okay.  Yeah.  And the reason I asked you the
14  first -- I remember you saying something about pepper
15  spray with the Haitian men.
16   A   Mm-hmm.  Yes.
17   Q   Okay.  So and am I correct?  Was this on the
18  same night?
19   A   Yes.  It was.
20   Q   And then at the -- do you remember timewise
21  whether it was the Haitian men happened first or the
22  Mexican group happened first?
23   A   The Mexican group was first.
24   Q   And tell me again roughly what time of day
25  that was.

Page 163

1    A   I would say them closer to about 7:00 or
2   8:00 p.m.
3    Q   And then what about the Haitians just
4   roughly speaking?
5    A   Between 10:00 and 12:00 a.m.
6    Q   And y'all are in Room 112?
7    A   Yes.  Correct.
8    Q   And then in either of these two events with
9   the group of men, did you ever see any staff from
10  United Inn and Suites?
11   A   I don't think so.  But I'm not necessarily
12  sure.
13   Q   I mean, during both of these you stayed in
14  your hotel room.  Is that correct?
15   A   I would say with the Hispanic men we
16  probably came out into the hallway at one point.  But
17  not with the Haitian men.
18   Q   And then on another occasion two drunk men
19  were screaming at plaintiff and another woman from the
20  parking lot demanding that they be allowed up to have
21  sex for money.
22   A   Yes.
23   Q   When did that happen?
24   A   The last time I was there.
25   Q   And did we talk about that?

Page 164

1    A   Yes.  We did.  How I was on the back side,
2   and me and Shay had -- first they had came up in our
3   room, and we had sex with them.  And then they had
4   tried -- they ended up coming back drunk later in the
5   night, calling at first but I didn't answer the phone.
6       I wasn't -- I don't know.  Maybe I answered.
7   I don't know.  But we weren't letting them back up in
8   our room.
9    Q   Got you.  Tell me about Kikia Anderson.  I
10  was at the criminal sentencing for her and for the
11  Obies when you read that statement.  Did you think she
12  was a victim?  Or do you think she was a part of this
13  trafficking scheme?
14   A   I would say both.  I would give her grace
15  because people deserve that.  And she deserves the
16  same grace that me and Alyssa deserve and every other
17  young girl.  So I would never criminalize her and take
18  away what she experienced as well.
19       But she was a part of the people who
20  victimized us.  And she was a part of the people who
21  trafficked us.
22   Q   Do you think she had an emotional connection
23  to PD?
24   A   Yes.  I do.
25   Q   Do you think she considered PD her

Page 165

1   boyfriend?
2    A   Maybe.
3    Q   Is the first time that you met Kikia
4   Anderson when she picked you up in Commerce and took
5   you to the United Inn on July 20th?
6    A   No.  I think the first time I met her was
7   the time -- the day after -- or like the day we left
8   the United Inn that second time I was there.  I think
9   she was with PD when he picked us up.  Or no.  He
10  picked us up and took us to his mom's house, and she
11  ended up coming over to his mom's house that day.
12   Q   Do you think Ms. Moody, PD's mom, knew what
13  was going on?
14   A   Yes.
15   Q   Did she ever do anything to try to stop it?
16   A   No.
17   Q   Going to page 5 of these responses.  Do you
18  want to take a couple minutes?
19   A   No.  I don't want to.
20   Q   Okay.  You let me know if you do.  Okay?
21   A   Okay.
22   Q   The third full sentence says, "Plaintiff's
23  traffickers relied upon force, fraud, coercion,
24  threats, intimidation, affection, and manipulation to
25  control and traffic plaintiff.  Some of plaintiff's

42 (Pages 162 - 165)

CONFIDENTIAL

G.W. Vs. Northbrook Industries, Inc.

December 6, 2022

Page 166

1    traffickers were physically violent towards plaintiff
2    and/or women in front of plaintiff."
3        You told me about PD being violent towards
4    Shay. Right?
5    A   Correct.
6    Q   Was PD ever violent toward you?
7    A   He would get frustrated sometimes with me,
8    but he was going -- he was in almost -- he was almost
9    violent with me that day that I was rescued. He was
10   interrupted by the police when we pulled in the
11   parking lot.
12   Q   Tell me about that group of Obie and his
13   associates that we were talking about. Who did you
14   see of that group carrying guns?
15   A   Kiki. She had, I think, a license to carry
16   'cause she carried it on her hip.
17   Q   Did you ever see PD with a gun?
18   A   I would say she left him with her -- he
19   drove her car sometimes. So she would leave her gun
20   in the car sometimes.
21   Q   Did you ever see adult men at the United Inn
22   and Suites openly carrying guns?
23   A   Like the men that were staying at the
24   hotels. Yes. Like, the men who would stand next to
25   their doors with their door open and I'm assuming -- I

Page 167

1    would assume selling drugs. 'Cause I know we bought
2    weed from one of them one time.
3    Q   At the United Inn?
4    A   Yes.
5    Q   Do you remember what his name was?
6    A   No. I know it was when me and Shay were
7    staying in the back side.
8    Q   Do you remember what room?
9    A   If me and Shay were staying, like, right
10   here, it was like on the same level but across. Like
11   on the corner.
12   Q   The last sentence in that paragraph says,
13   "Plaintiff suspects her traffickers were affiliated
14   with the criminal gangs."
15       And, Ms. G.W., I want to remind you
16   that -- I've told you this before but I just want make
17   sure we're clear. There's a protective order entered
18   in this case. So everything you're saying right now
19   and everything we're talking about is under seal and
20   it's going to stay under seal.
21       So I don't want you to be scared,
22   intimidated, or hindered from answering this question.
23   But tell me what information you've got that makes you
24   suspect that your traffickers were affiliated with
25   criminal gangs.

Page 168

1    A   Zaccheus would always say that chain gang
2    was calling him. And now that I got older I know that
3    chain gang is like gangs in jail. So he would always
4    get phone calls from them.
5        And I know one time Shay was -- that time
6    that she had rolled around with him when they -- she
7    had mentioned something about chain gang. So I just
8    always would hear him say chain gang. And I would see
9    chain gang call him on his phone.
10   Q   And your understanding is that means people
11   in prison?
12   A   Yes. Also I think one time Shay -- Shay
13   knew who Doc was like from their neighborhood or
14   something like that. So I feel like Shay had told me
15   that they were in a gang or something like that. Or
16   that Doc was. And I just, kind of, assumed that Z was
17   also.
18   Q   Did she ever say what gang?
19   A   No. She didn't tell me which one.
20   Q   You had told me earlier that there was a
21   one-time occurrence that you had sexual intercourse
22   with PD. Do you remember when that was?
23   A   I think it was July 22nd of that year.
24   Q   Okay. So the night before you got raped and
25   robbed?

Page 169

1    A   Mm-hmm. The day before.
2    Q   And that was not at the United Inn.
3    Correct?
4    A   Correct.
5    Q   The next paragraph says, "During the period
6    at issue plaintiff was regularly in common areas at
7    the United Inn and Suites. Example given, parking
8    lots, stairwells, breezeways, hallways, lobby, vending
9    machine area and sidewalks. During those periods
10   plaintiff was frequently around and observed by hotel
11   employees working at the hotel.
12       "Plaintiff recalls interacting with various
13   United Inn and Suites staff on virtually a daily basis
14   including but not limited to front desk staff, room
15   cleaning staff, and maintenance staff. Plaintiff does
16   not recall the names of the specific hotel employees."
17       All right. Got to break down this
18   paragraph. So let's start with parking lots. So
19   there's a front parking lot and a back parking lot.
20   Would you say that when you were at the United Inn and
21   Suites you would regularly spend time in the parking
22   lot?
23   A   Yes. Both front and back.
24   Q   And tell me, what would you do while you're
25   in the parking lot?

43 (Pages 166 - 169)

CONFIDENTIAL

G.W. Vs. Northbrook Industries, Inc.

December 6, 2022

Page 170

1    A    I would say, like, especially like late
2    night you could just stand out there and somebody
3    would drive up slowly and ask what you're -- are
4    you -- what you looking for, kind of.  Or, like, they
5    would approach you and wait for you to ask what
6    they're looking for I would say more so like that.
7        So we learned to do that to meet clients
8    like that.  Just stand around in the parking lot and
9    make ourselves visible to cars pulling in the parking
10   lot.
11   Q    Okay.  What about stairwells?
12   A    I would say stairwells also because there
13   would be men in the stairwells whether they stayed in
14   the hotel or they were leaving another woman's room.
15   Something like that.
16   Q    And then breezeway is, kind of, the same
17   thing?
18   A    I would say breezeway is more like -- like
19   not the stairs but, like, a spot that you can stand
20   under the area like -- I don't know how to describe
21   it.  But the breezeway was, like, maybe where the
22   vending machines -- if they had a vending machine
23   would sit in the breezeway.
24       I feel like there's like this little square
25   pocket place in United Inn where we just would gather

Page 171

1    right there.  Kind of -- it keep you, kind of, shaded
2    from seeing other people.
3    Q    Okay.  And where that -- where you're
4    talking about, could you be seen from the lobby?
5    A    I think the lobby, yeah.  You could be seen
6    from them 'cause I think that's what leads to the
7    lobby is, like, that breezeway.
8    Q    Okay.  And then you said you weren't sure or
9    not if there's a vending machine area.  If it was, is
10   that similar to the breezeway?
11   A    Mm-hmm.
12   Q    And then sidewalks.  The sidewalk would be
13   on -- I keep on wanting to say Moreland.  And it's not
14   Moreland.  Is it?
15   A    Memorial.
16   Q    Memorial.  Thank you.  The sidewalk would be
17   on Memorial Drive.  Correct?
18   A    When I think of sidewalk I -- I more think
19   of, like, the pavement of the hotel.  Like maybe right
20   when you step outside of your hotel room, there's like
21   a sidewalk right there in front of you.
22   Q    Okay.  So when you were at the United Inn
23   and Suites, you were basically walking around the
24   entire property?
25   A    Yes.  The entire property.

Page 172

1    Q    Would you also walk Memorial Drive?
2    A    I mean, we did.  I really say the most we
3    walked Memorial Drive was that very first day because
4    we didn't -- we walked for 12 hours and we didn't
5    necessarily meet anybody.  So we didn't really
6    continue doing that.
7    Q    In June and July of 2017, did you ever tell
8    anybody that you were 17 years old?
9    A    No.  I didn't.
10   Q    Is there any specific conversation that you
11   can recall with a staff member of United Inn?  Now we
12   talked about on that first trip that you bought
13   condoms, and I believe that was from a black female.
14   And then I know that there was a time that there was a
15   lost key.
16   A    Yes.
17   Q    And I know that you don't know whether that
18   was the Indian man or the female, but --
19   A    I think -- that's why I say it -- to my
20   knowledge, I think it was two occasions.  The first
21   one was with the female which she must have
22   just -- the one that Z talked to.
23       And then the second time I remember
24   interacting with a male who was like -- I don't know
25   if he was Indian.  He was a lighter tone man.  And I'm

Page 173

1    pretty sure the reason we interacted with him is
2    'cause we had got locked out again when we were
3    staying on the back side of the hotel.
4    Q    Any other conversations that you can think
5    of with any staff from United Inn?
6    A    No.  Not -- not to my knowledge.
7    Q    Okay.  Back in June and July of 2017, when
8    you were at the United Inn, how in your opinion could
9    a staff member at United Inn and Suites have been able
10   to determine that you were 17 years old?
11   A    So for example, the little 11-year-old girl
12   that I nanny for, when I look at her I can see the
13   youth in her.  When I look in her eyes, I can see the
14   innocence in her eyes.
15       So I know there's no way that these adult
16   people did not seeing feel like we weren't children.
17   I know they didn't think we were grown women.  We were
18   constantly having -- we didn't know how to be
19   prostitutes.  We didn't know how to be any of these
20   things, so we weren't doing it the right way.
21       We weren't being slick about it.  We had
22   multiple men coming in and out of our hotel room
23   multiple times a day, from sun up to sun down.  We
24   were dressed provocative.  We were walking around the
25   hotel constantly with no clothes on.  And it was just

44 (Pages 170 - 173)

CONFIDENTIAL                          December 6, 2022
G.W. Vs. Northbrook Industries, Inc.

Page 190

1  We're off the record.
2          (Off the record.)
3          THE REPORTER:  We are back on the
4  record at 4:29 p.m.  Scan disk 2.
5  BY MR. STORY:
6      Q   All right.  Ms. G.W., we're back on the
7  record.  We've taken a 10-minute break or so.  And I
8  understand that there is some testimony you gave prior
9  today that after taking a break, thinking about it,
10  you'd like to provide some clarification on.
11      A   Yes.  I was in Room 222 the second time that
12  I was there.  And I'm not sure of the room number for
13  the third time.
14      Q   Okay.  So the second time, which would have
15  been that July 2nd and 3rd --
16      A   Mm-hmm.
17      Q   -- that's when you were in Room 222?
18      A   Yes.
19      Q   Okay.  And then that July 20th to 21st, you
20  don't know what room you were in?
21      A   Just on the back side is what I remember.
22      Q   Okay.  All right.  If you could flip to page
23  17.  We asked you to identify people that would just
24  have knowledge about this lawsuit.  So I just want to,
25  kind of, go through people I don't know I'd like to

Page 191

1  ask you about.
2          While I've got you here though I'm going to
3  be taking A.G.'s deposition tomorrow.  Do you have any
4  information about what happened to her that you think
5  is helpful?
6      A   Like damages that's happened?  Like --
7      Q   Anything you witnessed.
8      A   Okay.  I witnessed her get assaulted in the
9  hotel at United Inn and Suites.  And I was -- that
10  would be the biggest thing I would say.  She was
11  assaulted while we was there.
12      Q   Is that the slap by the Haitian men?
13      A   Mm-hmm.
14      Q   Did you -- you didn't see it though because
15  you were in the restroom.  Right?
16      A   Yes.
17      Q   Did you hear it?
18      A   I heard the commotion from it.
19      Q   Okay.  Anything else that A.G. would know
20  about what happened to you that we haven't already
21  talked about today?
22      A   Not that I can think of.
23      Q   Okay.  And of course, Zaccheus Obie is who
24  we've been referring to as PD?
25      A   Correct.

Page 192

1      Q   Tell me about -- we kind of disappeared on
2  this Swayzii who we -- is Quintavious.  You met him on
3  June 21st that first time.  Correct?
4      A   Correct.
5      Q   Did you ever see him again?
6      A   No.  I never saw him again.
7      Q   We talked about Kikia Anderson.  Was she
8  trafficked at all?
9      A   According to the last time I seen her at
10  court, that's what it seemed.  That he was doing the
11  same to her.
12      Q   When is the last time you talked to Kikia
13  Anderson?
14      A   I would say the last time I spoke with her
15  was July 23, 2017.  But the last time I seen her was
16  at her sentencing.
17      Q   Okay.  And then besides Doc checking you all
18  in that first time, did you see him anymore?
19      A   Yes.  He -- he came with Zaccheus to pick me
20  up from Commerce the second time.  And he checked us
21  in again that time.
22      Q   To United Inn?
23      A   Yes.  Correct.
24      Q   Anything else?
25      A   No.

Page 193

1      Q   What about Zaccheus' mother?  What
2  information would she have?
3      A   She probably would know who all his girls
4  were.  She would do our hair and prepare us for the
5  day.
6      Q   Did she give you any clothes?
7      A   Yes.  And makeup.
8      Q   Did she give you any shoes?
9      A   Not that I can think of.
10      Q   What about Zaccheus Obie's sister?  We
11  talked about her earlier.  I can't remember what we
12  talked about though.
13      A   She would also do our hair and makeup.  Like
14  the day Shay had to work at that strip club.  They
15  gave -- they gave Shay something to wear and did her
16  hair and makeup for that.
17      Q   Do you know if Obie's sister was performing
18  commercial sex?
19      A   Not to my knowledge, but she could have
20  been.
21      Q   And then we've got Zaccheus Obie's nephew
22  twice.  Do you know who that is?
23      A   I just know he had two nephews that were at
24  his -- at his mom's house every time we came over.
25  And they were also at court when he was being

49 (Pages 190 - 193)

CONFIDENTIAL                    December 6, 2022

G.W. Vs. Northbrook Industries, Inc.

Page 210

1  paid DeKalb County police officers to come and provide
2  security services at the premises at night. Do you
3  recall seeing police officers when you were at the
4  United Inn?
5      A   No. I don't.
6      Q   Other than the innocence in your eyes at 17
7  years old and 11 months, how else in your opinion
8  could an employee at United Inn determined that you'd
9  not yet turned 18?
10     A   From my appearance, from the way I spoke,
11  from the lack of, like -- the way I wasn't as
12  concerned about my surroundings. I just, like, was
13  walking around inviting whoever into my room. I
14  think, like, the way I presented myself made me seem
15  young.
16     Q   Did you look different than Shay?
17     A   Yes. I did.
18     Q   How?
19     A   I looked younger in the face than she did.
20  Shay had a three year old child also.
21     Q   What do you mean by the way you spoke meant
22  you were 17 instead of 18?
23     A   Like, I would say like the conversation.
24  More so like the conversations that I had or my -- by
25  my conversations. I wasn't, like, knowledgeable about

Page 211

1  something like an older person would be.
2      Q   But those were conversations with customers,
3  not employees of United Inn. Correct?
4      A   Okay. So I'll take back how I spoke then.
5      Q   Okay. And then you said just not concerned
6  about your surroundings, letting people into your
7  hotel room?
8      A   Correct.
9      Q   Shay would also let people into her hotel
10  room. Correct?
11     A   Correct.
12     Q   Other than you told me about one time buying
13  condoms and that you bought snacks, and then you think
14  there was two times that you had to get a key, were
15  there any other times that you were in United Inn's
16  lobby?
17     A   So I bought snacks multiple times. Okay.
18  So no. No other reasons besides those reasons.
19     Q   And just to be fair to you, you're saying
20  there wasn't just one time you went in to buy snacks?
21     A   Correct.
22     Q   Have you incurred any medical bills as a
23  result of your injuries from June and July of 2017?
24     A   No. I can't afford to get the proper
25  medical help that I need because of that situation.

Page 212

1  No. I would say that.
2      Q   What medical help do you think you need?
3      A   Counseling.
4      Q   Has a medical provider told you that?
5      A   That I need counseling?
6      Q   Yes.
7      A   Yes. At The Cottage.
8      Q   And The Cottage, do they provide counseling?
9      A   They -- I don't think they provide
10  counseling. Like, The Cottage was for if you, like,
11  are a victim of sexual assault, they'll help you file
12  a police report. They'll take you to the county you
13  were assaulted in and stuff like that. They're not
14  like a therapist or nothing like that.
15     Q   Okay. So you think you need therapy?
16     A   Yes.
17     Q   Who told you that's a medical provider that
18  you need therapy or counseling?
19     A   The woman who gave me the medical leave that
20  year of 2018. She recommended me to see a therapist.
21     Q   As you sit here today are you on any
22  medications?
23     A   No. I'm not.
24     Q   Do you have any current appointments
25  scheduled with a therapist?

Page 213

1      A   No. Not currently.
2      Q   Do you have any current appointments with a
3  counselor?
4      A   No.
5      Q   You'd said earlier that PD was familiar with
6  these hotels that you were being taken to. How do you
7  know that he was familiar with them?
8      A   For example, like the United Inn and Suites,
9  he brought me there multiple times. There were
10  certain hotels he would go back to multiple times.
11     Q   Other than going back multiple times, is
12  there anything else he did that made you think he's
13  familiar with these places?
14     A   No. Not to my knowledge.
15     Q   I'm going to mark as Defendant's Exhibit 34.
16  I'm going to hand to you is a series of pictures.
17         (Defendant Exhibit 34 was marked for
18         identification.)
19         So in your -- in the FBI file for the
20  criminal prosecution of Zaccheus Obie they collected
21  all the data from your phone and got your locations of
22  where you were during that time and found several
23  hotels that you'd been taken to.
24         So I'd just like to show you -- I'll be
25  honest with you -- pictures that I found on Google to

54 (Pages 210 - 213)