Exhibit 4

Message

**From:** Tim Wade [Tim.Wade@RockdaleCountyGA.gov]
**Sent:** 10/29/2018 7:54:36 PM
**To:** UnitedInn4649@Gmail.com
**Subject:** Missing person
**Attachments:** bolo J[redacted] G[redacted] docx

Ashar,
Was advised by her guardian that she was staying at United Inn located at 4649 Memorial Drive.
Thank you for your help.

***Respectfully,***

***Investigator T.Wade #2351***
***Criminal Investigations Division***

***Rockdale County Sheriff's Office***
***911 Chambers Drive***
***Conyers, GA 30012***
***Main No.: 770-278-8000***
***Direct No.: 770-278-8023***
***Fax No.: 770-785-2494***
***Email: Tim.Wade@rockdalecountyga.gov***











Sheriff Eric J. Levett

# BOLO

## MISSING PERSON

**Rockdale S.O. Case #18-147093**
**As of 10/09/2018**



## J[redacted] D. G[redacted]

**Current Age: 16 y/o, Black Female, Brown Hair, Brown Eyes,**
**Height: 5'07", Weight: 180 lbs.**
**Last seen: [redacted] Conyers, Georgia**
**Clothing description unknown**

**Anyone with information about this case is asked to contact:**

**Investigator Tim Wade**
**Rockdale County Sheriff's Office**
**Office: 770-278-8023 or cell: 470-808-2586 24 Hour No.: 770-483-4200**




**www.rockdalesheriff.com**