Page 136

```
 1  person.  You see that?
 2     A    Uh-huh (affirmative).
 3     Q    You agree?
 4     A    Yes, sir.
 5     Q    And the attachment has a photo on it,
 6  correct?
 7     A    Yes.
 8     Q    And it indicates the age, race, gender,
 9  height, weight of that missing person, correct?
10     A    Yes.
11     Q    And the name of --
12     A    Yes.
13     Q    -- the missing person too?
14     A    Yes.
15     Q    And you see it says J.G., age 16, 5-7?
16     A    Yeah.
17     Q    Weight, black, so on and so forth?
18     A    Uh-huh (affirmative).
19     Q    Do you remember seeing this notice?
20     A    I don't recall that.  But I do see -- do
21  got those messages by email, but I'm not exactly
22  remember that specific one.
23     Q    You do not remember receiving this
24  notice?
25     A    I don't remember, yeah.
```

Page 137

```
 1     Q    Again, you're not disputing that you did
 2  receive it?
 3     A    No, I'm not disputing it.
 4     Q    You're just saying I don't --
 5     A    I don't --
 6     Q    -- remember receiving it?
 7     A    -- remember.
 8     Q    Then I assume -- but tell me if I'm
 9  wrong -- I assume that you do not remember what you
10  did after receiving this; is that correct?
11     A    Maybe when I received that I just check
12  those that tenant list and -- yes.  But I don't
13  remember what respond I did at that time, yeah.
14     Q    You do not remember what you did in
15  response --
16     A    Yeah.
17     Q    -- to that notice, correct?
18     A    Yeah.
19     Q    Do you remember communicating with
20  Investigator Wade?
21     A    No, I don't remember.
22     Q    Do you remember him visiting the hotel?
23     A    Not exactly that one.  But there is like
24  a couple of investigator and officers come and talk
25  to me, and I tell them whatever need to be
```

Page 138

```
 1  addressed, yes.  But I am not exactly -- I not
 2  remember that specific one, yeah.
 3     Q    It seems as if he somehow knows you
 4  because he refers to you personally, he says Ashar?
 5     A    Yeah, maybe he come often and talk to me,
 6  yes, yes.
 7     Q    But you do not recall --
 8     A    I don't recall, yes, sir.
 9     Q    Do you remember anybody else at the
10  hotel, whether it was Mr. Shareef or somebody else,
11  talking with an Investigator Wade about J.G.?
12     A    I'm not sure.
13     Q    Mr. Islam, I take it the answer is no,
14  but did you hold a staff meeting and talk about
15  this notice that you had received?
16     A    Not exactly the staff meeting.  Actually
17  whenever somebody come after my shift, I discuss
18  with them, okay, there's some things -- there's
19  somebody left that and this is behind the counter.
20  If you see anybody like that or if you see anybody
21  under this name, so there's a number underneath,
22  you can call them or let me know if you see any
23  kind of information regarding that person, yes.
24     Q    So when you finish your shift, you would
25  provide a notice like that to whoever was taking
```

Page 139

```
 1  over at the front desk?
 2     A    Yeah.  If we have like hard copies, yes.
 3  Usually we just put in the back of our office so
 4  the customer don't see directly, but our office
 5  staff can see those persons so they can let us
 6  know, maybe the housekeepers or maintenance or
 7  whoever.  That's the only people who able to see
 8  that picture, not the customers.
 9     Q    But if I'm understanding correctly, you
10  wouldn't have a staff meeting where you call
11  everybody in and you say okay, I want everybody to
12  be aware that we just received an email from this
13  investigator in Rockdale County about a missing
14  16-year-old girl suspected to be at our hotel, here
15  is her photo, I want everybody to be looking for
16  this girl.  If you see her, please immediately
17  alert me.
18     A    Yeah, basically --
19     Q    Did any meeting like that happen?
20          MR. UNDERRINER:  Object to form.
21     A    No, not like meeting, meeting.  But we
22  put that -- whenever we put those flyer on that
23  wall, it means does everybody have to -- they
24  already know what to do if that's what we discuss,
25  not specifically for that person, but whenever we
```

Page 140

1  got any kind of notice like that, so we put on that
2  wall so everybody knows what is -- why this is
3  there.
4     Q   Describe the wall to me.  What's hanging
5  on the wall?
6     A   Well, basically this is behind the
7  office.  So there's like where we punch our
8  timecards, so that's the wall where we have --
9  where we put all those kind of like notices or
10 anything need to be addressed to anybody -- to
11 everybody, we just put that over there so whenever
12 anybody come, any person punch a time card will see
13 those notices.  And if they have any question, they
14 talk to me or whoever is on the shift.
15    Q   How many items would you say are hanging
16 on the wall?
17    A   Mostly those missing persons paperwork
18 and sometime we have some like wanted pictures from
19 the DeKalb County or the other counties also and
20 anything what we want to tell those -- our
21 employees or like our co-workers so we can make a
22 copy of the IDs and put it there just in case
23 somebody see that person, that person damage
24 anything or that person is not allowed on this
25 property like a DNR list thing, yes.

Page 141

1     Q   So are there two or three pictures on the
2  wall or is it a wall with --
3     A   Wall with --
4     Q   -- many pictures?
5     A   Wall with I can say more than two, three,
6  four pictures.
7     Q   More than ten?
8     A   Yes.  If you talking about the driving
9  license, driving licenses, yes, more than ten,
10 yeah.
11    Q   More than 20?
12    A   Maybe 20, yeah.
13    Q   So 20 photos on the wall?
14    A   Yes, sir.  Yes, sir.  I'm talking about
15 the driving license.
16    Q   Well, I'm talking about the wall that
17 you're saying --
18    A   Yes.
19    Q   -- this photo would have been put on.
20    A   Yeah, this photo --
21    Q   There would have been about 20 or more
22 photos on that wall?
23    A   Yes.  Yes.
24    Q   And are you sure that this notice was put
25 on that wall or are you saying maybe it was because

Page 142

1  I think that's what we would have done but I'm not
2  sure?
3     A   Yeah, I'm not sure.
4     Q   You don't have a specific memory of
5  putting it on the wall?
6     A   Exactly this one, yeah.  But we put those
7  over there, yeah.
8     Q   I would have been surprised if you had a
9  specific memory of putting it on the wall.
10    A   Yeah.
11    Q   It sounds, if I'm hearing your testimony,
12 that you have gotten missing persons reports
13 before?
14    A   Yes, sir.
15    Q   Is it common in your experience for those
16 reports to concern minors or is that uncommon?
17        MR. UNDERRINER:  Object to form.
18    A   What your exact question is?
19 BY MR. BOUCHARD:
20    Q   Do the missing persons reports that you
21 have seen since you have worked at United Inn and
22 Suites typically concern minors?
23    A   Minors?
24    Q   People under the age of 18.
25    A   Sometime I suppose so, yeah.

Page 143

1     Q   Is it 50/50?  Is it more common that
2  they're adults?
3        MR. UNDERRINER:  Object to the form.
4     A   I am not exactly sure 50/50.  But there
5  are sometime the elderly person also and the kids
6  also, yes.
7  BY MR. BOUCHARD:
8     Q   They can come in all ages?
9     A   Yes.
10    Q   I didn't know --
11    A   Missing -- missing person, yes.
12    Q   I didn't know if one was more common than
13 another.  I would think for example, Mr. Shareef,
14 that a missing child might be less common than a
15 missing adult because adults have cars and means of
16 getting away and other things that kids often
17 don't.
18    A   Mostly --
19        MR. UNDERRINER:  Object to the form,
20 there's no question pending.
21    A   Mostly I can say youngsters I can say.
22 BY MR. BOUCHARD:
23    Q   Most of the missing persons reports that
24 you have seen generally concern younger people?
25    A   Younger people, yeah.