**AFFIDAVIT OF N█████ S███**

I, N█████ S███, swear that the information set forth in the following paragraphs is true and correct:

1. My name is N█████ S███. I am a resident of Atlanta, Georgia.

2. In January 2019, I was 17 years old.

3. In January 2019, I was at the United Inn & Suites located at 4649 Memorial Drive, Decatur, GA 30032 for several days.

4. During the period I was at United Inn, I stayed with three girls under 18. One of them was Plaintiff J.G.

5. During the period I was at United Inn, the three other girls and I were physically present at the hotel more than 20 hours per day. We slept there and spent virtually all our waking hours there.

6. During the time I was at United Inn with the other girls in January 2019, we lived at the United Inn. We slept in rooms at the hotel, walked around common areas (parking lots, walkways, breezeways, stairwells, etc.), talked to other guests and visitors, and interacted with hotel staff (housekeeping, front desk).

7. The other girls and I purchased items from the hotel, like food, condoms, and personal products.

8. One of the rooms we stayed in was on the first floor in the front of the hotel (the side of the hotel facing Memorial Drive). The room was a few doors down from the green "Office" awning.

9. I remember J.G. talking with a man who went by the name King. He appeared to live at the hotel. J.G. appeared to know him from a prior time she was at the hotel in 2018.

10. During the time I was at United Inn with the other girls in January 2019, a man who I believe was the manager came to our room multiple times. He looked like he may have been an Indian man. I saw multiple staff around the hotel multiple times.

11. When the manager came to the door, there were multiple minors in the room: three African American and one Hawai'ian. He came to request money for the room.

12. The cash paid for the room came from one or more of the girls in our group having sex for money at the United Inn.

13. During the period I was at United Inn & Suites in January 2019, J.G. had sex with men for things of value at the United Inn. Another one of the minor girls I was with at United Inn in January 2019 also had sex for things of value at the hotel. I had sex in exchange for things of value at United Inn. The things of value were given to adult men at United Inn.

14. At times some members of the group would wait outside in common areas while another member of the group was in the room having sex for things of value.

15. During the time I was at the United Inn with J.G. in January 2019, I saw men coming and going from the hotel to purchase sex with women.

16. In total, based on my time at the United Inn in January 2019, I believe commercial sex activity was common at the hotel.

17. During the period I was at United Inn & Suites in January 2019, I did not see any security working at the hotel.

18. The attached photos and videos were taken during the period I was at United Inn & Suites in January 2019.

FURTHER AFFIANT SAYETH NOT:

_[signature]_
N███████ S███████

Sworn and signed before me
This 20th day of October, 2023

_[signature]_
Notary Public

(affix seal)

L Melissa Millen
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires 10/19/2027