**Georgia DRIVER'S LICENSE**

DL NO. 049296047
CLASS C
DOB 07/08/1983
EXP 07/08/2025
DONTAVIS LAMAR CARR
571 WINDCHASE LN
STONE MTN, GA 30083-6323
DEKALB
Restrictions A
End NONE
Iss 03/16/2017
Sex M   Eyes BRO
Hgt 5'-09"   Wgt 170 lb
DD I 30204843330041995

DEF 000582



**United Inn And Suites**
4649 Memorial Drive
Decatur, GA 30032
Phone 404-836-8100
Fax 404-836-8180
UIS-DC

**Customer Receipt**
Monday, October 17, 2022 9:46 PM

**Dontavis Carr**
5711 Wochase Ln
Stone Mountain Ga 30083 US
GID: 728281968863

| Folio #32690 | | | **Dontavis Carr** <br> **Jul 02, 17 Sun - Jul 04, 17 Tue** | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | | **Receipt** | **Qty** | **Description** | **Tender** | **Amount** | **Balance** | **Running** |
| 1. Jul 02, 17 Sun | 07:58 AM | 566279 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 2. Jul 02, 17 Sun | 07:58 AM | 566279 | 1 | Double/Double Room Charge  (222) Jul 02, 17 Sun (1) | | 69.57 | 74.57 | $74.57 |
| 3. Jul 02, 17 Sun | 07:58 AM | 566279 | 1 | Hotel Tax   8.00% | | 5.57 | 80.14 | $80.14 |
| 4. Jul 02, 17 Sun | 07:58 AM | 566279 | 1 | Sales Tax   7.00% | | 4.87 | 85.01 | $85.01 |
| 5. Jul 02, 17 Sun | 07:58 AM | 566279 | 1 | Payment | Cash | (85.01) | (0.00) | ($0.00) |
| 6. Jul 03, 17 Mon | 11:54 AM | 566359 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 7. Jul 03, 17 Mon | 11:54 AM | 566359 | 1 | Double/Double Room Charge  (222) Jul 03, 17 Mon (2) | | 65.22 | 70.22 | $70.22 |
| 8. Jul 03, 17 Mon | 11:54 AM | 566359 | 1 | Hotel Tax   8.00% | | 5.22 | 75.44 | $75.44 |
| 9. Jul 03, 17 Mon | 11:54 AM | 566359 | 1 | Sales Tax   7.00% | | 4.57 | 80.01 | $80.01 |
| 10. Jul 03, 17 Mon | 11:54 AM | 566359 | 1 | Payment | Cash | (80.01) | (0.00) | ($0.00) |
| 11. Jul 04, 17 Tue | 12:38 PM | 566432 | 1 | Double/Double Room Charge  (222) Jul 04, 17 Tue (3) 12:38 PM - Check Out | | 0.00 | (0.00) | ($0.00) |

**Charges/Debits  $165.02   Payments/Credits: ($165.02)  ::  ($0.00)**

DEF 000583

1 of 1



**United Inn And Suites**
4649 Memorial Drive
Decatur, GA 30032
Phone 404-836-8100
Fax 404-836-8180
UIS-DC

**Customer Receipt**
Monday, October 17, 2022 9:47 PM

**Dontavis Carr**
26373 -D Hapev1lle Rd Sw Apt 43c
Atlanta Ga 30315 US
GID: 729607399190

| Folio #30127 | | | Dontavis Carr<br>Feb 01, 17 Wed - Feb 03, 17 Fri | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | | **Receipt** | **Qty** | **Description** | **Tender** | **Amount** | **Balance** | **Running** |
| 1. Feb 01, 17 Wed | 08:58 PM | 556036 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 2. Feb 01, 17 Wed | 08:58 PM | 556036 | 1 | Hotel Tax   8.00% | | 4.17 | 9.17 | $9.17 |
| 3. Feb 01, 17 Wed | 08:58 PM | 556036 | 1 | King Room Charge  (119)<br>Feb 01, 17 Wed (1) | | 52.18 | 61.35 | $61.35 |
| 4. Feb 01, 17 Wed | 08:58 PM | 556036 | 1 | Sales Tax   7.00% | | 3.65 | 65.00 | $65.00 |
| 5. Feb 01, 17 Wed | 08:58 PM | 556036 | 1 | Payment | Cash | (65.00) | 0.00 | $0.00 |
| 6. Feb 02, 17 Thu | 08:59 AM | 556053 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 7. Feb 02, 17 Thu | 08:59 AM | 556053 | 1 | Hotel Tax   8.00% | | 4.17 | 9.17 | $9.17 |
| 8. Feb 02, 17 Thu | 08:59 AM | 556053 | 1 | King Room Charge  (119)<br>Feb 02, 17 Thu (2) | | 52.18 | 61.35 | $61.35 |
| 9. Feb 02, 17 Thu | 08:59 AM | 556053 | 1 | Sales Tax   7.00% | | 3.65 | 65.00 | $65.00 |
| 10. Feb 02, 17 Thu | 08:59 AM | 556053 | 1 | Payment | Cash | (65.00) | 0.00 | $0.00 |
| 11. Feb 03, 17 Fri | 10:23 AM | 556133 | 1 | King Room Charge  (119)<br>Feb 03, 17 Fri (3) 10:23 AM - Check<br>Out | | 0.00 | 0.00 | $0.00 |

**Charges/Debits  $130.00   Payments/Credits: ($130.00) :: $0.00**

DEF 000584



**United Inn And Suites**
4649 Memorial Drive
Decatur, GA 30032
Phone 404-836-8100
Fax 404-836-8180
UIS-DC

**Customer Receipt**
Monday, October 17, 2022 9:48 PM

**Dontavis Carr**
571 1 Ndchase Ln
US
GID: 721319846409

| Folio #32492 | | | Dontavis Carr<br>Jun 23, 17 Fri - Jun 26, 17 Mon | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | | Receipt | Qty | Description | Tender | Amount | Balance | Running |
| 1. Jun 23, 17 Fri | 09:46 AM | 565608 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 2. Jun 23, 17 Fri | 09:46 AM | 565608 | 1 | Hotel Tax   8.00% | | 4.52 | 9.52 | $9.52 |
| 3. Jun 23, 17 Fri | 09:46 AM | 565608 | 1 | King Room Charge  (112)<br>Jun 23, 17 Fri (1) | | 56.52 | 66.04 | $66.04 |
| 4. Jun 23, 17 Fri | 09:46 AM | 565608 | 1 | Sales Tax   7.00% | | 3.96 | 70.00 | $70.00 |
| 5. Jun 23, 17 Fri | 09:46 AM | 565608 | 1 | Payment | Cash | (70.00) | 0.00 | $0.00 |
| 6. Jun 24, 17 Sat | 08:49 AM | 565689 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 7. Jun 24, 17 Sat | 08:49 AM | 565689 | 1 | Hotel Tax   8.00% | | 4.52 | 9.52 | $9.52 |
| 8. Jun 24, 17 Sat | 08:49 AM | 565689 | 1 | King Room Charge  (112)<br>Jun 24, 17 Sat (2) | | 56.52 | 66.04 | $66.04 |
| 9. Jun 24, 17 Sat | 08:49 AM | 565689 | 1 | Sales Tax   7.00% | | 3.96 | 70.00 | $70.00 |
| 10. Jun 24, 17 Sat | 08:49 AM | 565689 | 1 | Payment | Cash | (70.00) | 0.00 | $0.00 |
| 11. Jun 25, 17 Sun | 08:41 AM | 565763 | 1 | Ga Hotel Motel Fee Tax   5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 12. Jun 25, 17 Sun | 08:41 AM | 565763 | 1 | Hotel Tax   8.00% | | 4.52 | 9.52 | $9.52 |
| 13. Jun 25, 17 Sun | 08:41 AM | 565763 | 1 | King Room Charge  (112)<br>Jun 25, 17 Sun (3) | | 56.52 | 66.04 | $66.04 |
| 14. Jun 25, 17 Sun | 08:41 AM | 565763 | 1 | Sales Tax   7.00% | | 3.96 | 70.00 | $70.00 |
| 15. Jun 25, 17 Sun | 08:41 AM | 565763 | 1 | Payment | Cash | (70.00) | 0.00 | $0.00 |
| 16. Jun 26, 17 Mon | 12:40 PM | 565869 | 1 | King Room Charge  (112)<br>Jun 26, 17 Mon (4) 12:40 PM - Check Out | | 0.00 | 0.00 | $0.00 |

**Charges/Debits  $210.00   Payments/Credits: ($210.00)  ::  $0.00**

DEF 000585