

**United Inn And Suites**
4649 Memorial Drive
Decatur, GA 30032
Phone 404-836-8100
Fax 404-836-8180
UIS-DC

**Customer Receipt**
Thursday, January 28, 2021 1:14 PM

**Kikia Anderson**
4900 Centrau Dr Apt 99
Stone Mountain Ga 30083 US
GID: 722992719100

### #32997 — Kikia Anderson
Jul 20, 17 Thu - Jul 21, 17 Fri

| Date | | Receipt | Qty | Description | Tender | Amount | Balance | Running |
|---|---|---|---|---|---|---|---|---|
| 1. Jul 20, 17 Thu | 02:28 PM | 567515 | 1 | Ga Hotel Motel Fee Tax  5.00 ea. | | 5.00 | 5.00 | $5.00 |
| 2. Jul 20, 17 Thu | 02:28 PM | 567515 | 1 | Hotel Tax  8.00% | | 4.17 | 9.17 | $9.17 |
| 3. Jul 20, 17 Thu | 02:28 PM | 567515 | 1 | Queen Room Charge (134) Jul 20, 17 Thu (1) | | 52.18 | 61.35 | $61.35 |
| 4. Jul 20, 17 Thu | 02:28 PM | 567515 | 1 | Sales Tax  7.00% | | 3.65 | 65.00 | $65.00 |
| 5. Jul 20, 17 Thu | 02:28 PM | 567515 | 1 | Payment | Cash | (65.00) | 0.00 | $0.00 |

**Charges/Debits $65.00   Payments/Credits: ($65.00)**

DEF 000510

1 of 1