Message

**From:** tahir shareef [mtshareef@gmail.com]
**Sent:** 8/17/2017 12:23:53 AM
**To:** Strickler, Kelly J. (TD) (FBI) [kjstrickler@fbi.gov]
**Subject:** Re: Mailing ListForFBI

No problem, I am glad that I can help.

On Wed, Aug 16, 2017 at 8:20 PM, Strickler, Kelly J. (TD) (FBI) <kjstrickler@fbi.gov> wrote:
> Thanks so much!
>
> KJ Strickler
> Special Agent
> FBI Atlanta -C2
> 404-922-1412
> Kjstrickler@fbi.gov
>
> -------- Original message --------
> From: tahir shareef <mtshareef@gmail.com>
> Date: 8/16/17 7:44 PM (GMT-05:00)
> To: "Strickler, Kelly J. (TD) (FBI)" <kjstrickler@fbi.gov>
> Subject: Re: Mailing ListForFBI
>
> Hi Kelly,
>
> I hope this will be helpful for you . This shows Name with the Room number.
>
> Tahir
>
> On Wed, Aug 16, 2017 at 2:18 PM, Strickler, Kelly J. (TD) (FBI) <kjstrickler@fbi.gov> wrote:
>> Hello Mr. Shareef,
>>
>> I am not seeing the rooms that the individuals stayed in. Can you please send a document that shows which rooms each individual was in on those dates?
>>
>> Thank you,
>>
>> KJ

*KJ Strickler*
*Special Agent*
*FBI Atlanta - C2*
404-922-1412
kjstrickler@fbi.gov

---

**From:** tahir shareef <mtshareef@gmail.com>
**Sent:** Tuesday, August 15, 2017 4:21:24 PM
**To:** Strickler, Kelly J. (TD) (FBI)
**Cc:** Ashar Islam
**Subject:** Mailing ListForFBI

Dear Kelly , kellyjo.strickler@ic.fbi.gov

Please see attached Mailing List for all the Guests Check in and check out for the the month of July 19th 2017 to July 22nd 2017. This List shows  Name ,Address,check inn and  check out date. Manager report showing how much Payment they made. I hope this will help to find the rite person. Please let me know if I can do anything else.


Sincerely

*Tahir Shareef*

*United Inn & Suites*
404 836 8100 *Decatur GA*

-
Sincerely

*Tahir Shareef*

*United Inn & Suites*
*404 836 8100 Decatur GA*