Exhibit 20

## IN THE MAGISTRATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

State of Georgia, )
v. ) Citation No(s)
 ) 098003, 075480,
Northbrook Industries, Inc. ) 034174-2017-03-30
d/b/a United Suites ) 024181

### DEFERRED SENTENCING ORDER

The Defendant, having come before the Court today on the above-referenced charge(s), has entered a plea of GUILTY / NOLO and the Court has accepted the Defendant's plea. A final sentencing hearing in this matter will be held at 2:00 p.m. on July 16, 2018, ~~2018~~ in the Magistrate Court of DeKalb County, located at 3630 Camp Circle, Decatur, GA 30032. As such, the Defendant is hereby **ORDERED TO APPEAR** at said sentencing hearing.

The Court is currently considering sentencing the Defendant to pay a fine and state-imposed fees totaling $100,245. If the Defendant pled GUILTY or NOLO and elects to pay the fine and fees under consideration as a sentence to the Clerk of the Magistrate Court of DeKalb County, located at 3630 Camp Circle, Decatur, GA 30032, **on or before the Sentencing Hearing**, the Court will impose the fine and fees as detailed as the sentence in this case and, **only in such case**, the Defendant will NOT need to appear for the sentencing hearing outlined above. Otherwise, the Defendant must appear for the sentencing hearing as noted above.

The Defendant's **failure to appear** for the final sentencing hearing when required by this Order **may** result in a bench warrant being issued for the Defendant's arrest.

SO ORDERED, this the 22 day of May, 2018.

_____
Judge, Matthew McCoyd
DeKalb County Magistrate Court

So acknowledged and notice received by:

Defendant (print and sign name) TAHIR SHAREEF / [signature]
                                  PRINT                SIGN

Defendant's Full Address 4449 Memorial Dr
Decatur GA 30032

Defendant Telephone 404 836 8100

To make a payment over the phone, you can call: 404-294-2099

NBI 002431

| | | | |
|---|---|---|---|
| 0066791 | 11-24 | **CASHIER'S CHECK** | 6679101237 |
| Office AU # | 1210(8) | | |

Remitter: NORTH BROOK INDUSTRIES INC
Operator I.D.: u298076

June 01, 2018

PAY TO THE ORDER OF   ***DEKALB COUNTY MAGISTRATE COURT ***

***Sixty thousand three hundred forty-five dollars and no cents***   **$60,345.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
4820 MEMORIAL DR
STONE MOUNTAIN, GA 30083
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 60,345.00

AUTHORIZED SIGNATURE

⑈6679101237⑈ ⑆121000248⑆ 4861 513315⑈

NBI 002432