Page 82

1  do.  You know, security officers will often times
2  have what's called a patrol audit system or a guard
3  tour system.  That is not something police officers
4  typically do.  So there are differences in the way
5  they approach, you know, whatever the problem is, or
6  whatever their role is.  So I wouldn't expect the
7  police officers as a matter of good practice to, you
8  know, do written daily activity reports, for
9  example.
10      Q.  And your point there about patrol audits
11  actually ties in with a question I was about to ask
12  you.  Which is during that time period, did
13  United Inn require or receive patrol audit
14  information from the off-duty police officers who
15  worked from 10:00 p.m. to 2:00 a.m. at the hotel?
16      A.  Let's make sure we're talking about the
17  same thing.  A patrol audit system is basically
18  where you've got sensors all over the property that
19  you scan.  Either QR codes, bar codes, something
20  like that.  Or you've got some kind of GPS tracking
21  that they use to track where the officers are.  I'm
22  not aware of any such system existing in United Inn.
23  It is possible there may have been a system on the
24  police officers' patrol cars that allowed for GPS
25  tracking.  It is also possible they had some kind of

Page 83

1  GPS tracking on their cell phones.  But I'm not
2  aware of anything that United Inn required or
3  provided in that regard.
4      Q.  During that time period, did United Inn
5  have one United Inn employee working at the property
6  from 9:00 p.m. to 6:00 a.m.?
7      A.  That's my understanding, yes, sir.
8      Q.  During that time period, did United Inn
9  have one United Inn employee working on the property
10  for five hours during the night without any off-duty
11  police officers also working?
12      A.  Going to make me do my math.  9:00 to
13  6:00 is what we're talking about.  9:00 p.m. to
14  6:00 a.m. is what we're talking about minus the four
15  hours, right?  So six, seven, eight, nine, minus
16  four, that's five hours, yes, sir.
17      Q.  During the time period, 2017 to 2019, did
18  United Inn conduct a formal assessment, formal
19  risk -- assessment, excuse me, of the property?
20      A.  My understanding is they only did an
21  informal risk assessment of the property.
22      Q.  And I think you've answered this, but to
23  be clear, during that time period, based on your
24  interview of Mr. Shareef and your review of the
25  documents, did United Inn conduct background checks

Page 84

1  on their employees?
2         MR. ALLUSHI:  Objection.  Go ahead.
3      A.  So my understanding was that most of his
4  employees were either known to him or came to him by
5  way of referrals from other hotel operators.  So
6  from those folks, he told me that they did not
7  conduct criminal background checks.  What he told me
8  on the other folks is that he would do criminal
9  background investigations.
10  BY MR. BOUCHARD:
11      Q.  Your testimony is that he told you that he
12  would conduct background checks on certain of his
13  employees?
14      A.  On people that were not known to him or
15  directly referred to him by another hotel operator
16  or calling someone from one of the associations.
17      Q.  But you did not see any proof or
18  documentation of such background checks, is that
19  correct?
20         MR. ALLUSHI:  Objection.
21      A.  No, sir, I did not.  As I explained, you
22  know, the way background checks are done nowadays,
23  you can either get a formal report from the
24  background check company or you can -- in some
25  instances you can log in to a portal and get access

Page 85

1  to the reports without necessarily printing or
2  saving the report.  Or in some cases you can just go
3  into a county website and go do the background check
4  yourself.
5  BY MR. BOUCHARD:
6      Q.  During that time period, did United Inn
7  pay some of their employees in cash and not retain
8  records of the payments?
9      A.  I don't know the answer to that, sir.  I
10  think he testified about that in his deposition.
11  But I don't recall exactly what he said.
12      Q.  During that time period, did United Inn
13  monitor online reviews about the hotel?
14      A.  I think he was asked about that as well.
15  I don't think they did.  I don't have a specific
16  recollection of it.
17      Q.  During that time period, did United Inn
18  monitor websites advertising sex for money?
19      A.  I don't think so.
20      Q.  During that time period, did United Inn
21  hold regular crime prevention meetings?
22         MR. ALLUSHI:  Objection.  Go ahead, Karim.
23      A.  I'm going to say no.  That's not something
24  that I'm aware of being a practice in the hotel-type
25  facilities.  That's something that's a practice