UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

G. W.,
          Plaintiff(s),

vs.

NORTHBROOK INDUSTRIES, INC.
doing business as United Inn and Suites,
          Defendant(s).

CIVIL ACTION FILE

NO. 1:20-cv-05232-JPB

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 14th day of June, 2024.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                    By:  s/A. White
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 17, 2024
Kevin P. Weimer
Clerk of Court

By: s/A. White
      Deputy Clerk