UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 1:20-cv-5232-JPB |
| NORTHBROOK INDUSTRIES, INC., | ) |
| d/b/a UNITED INN AND SUITES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Rory A. Weeks, of the law firm of Andersen, Tate & Carr, P.C., gives notice of his appearance as counsel of record on behalf of Plaintiff.

Respectfully submitted on July 12, 2024.

ANDERSON, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
Patrick J. McDonough
pmcdonough@atclawfirm.com
Georgia Bar No. 489855
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Rory A. Weeks
rweeks@atclawfirm.com
Georgia Bar No. 113491

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

FINCH McCRANIE, LLP
Richard W. Hendrix
rhendrix@finchmccranie.com
Georgia Bar No. 346750
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859

229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on July 12, 2024.

                                               ANDERSEN, TATE & CARR, P.C.

                                               */s/ Rory A. Weeks*
                                               Patrick J. McDonough
                                               Georgia Bar No. 489855
                                               pmcdonough@atclawfirm.com
                                               Jonathan S. Tonge
                                               Georgia Bar No. 303999
                                               jtonge@atclawfirm.com
                                               Rory A. Weeks
                                               Georgia Bar No. 113491
                                               rweeks@atclawfirm.com
                                               *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile