# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| G.W., | * | |
| | * | |
| Plaintiff, | * | Civil Action No. |
| | * | 1:20-cv-05232-JPB |
| v. | * | |
| | * | |
| NORTHBROOK INDUSTRIES, | * | |
| INC., d/b/a UNITED INN AND | * | |
| SUITES, | * | |
| | * | |
| Defendant. | | |

**DEFENDANT NORTHBROOK INDUSTRIES, INC. d/b/a UNITED INN AND SUITES' CONSENT MOTION TO EXTEND THE DEADLINE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS OR RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

COMES NOW Defendant Northbrook Industries, Inc. d/b/a United Inn and Suites ("Defendant"), and hereby moves, with the consent of Plaintiff G.W., for an extension of time for Defendant to file either a Supplemental Brief in Support of its Response in Opposition to Plaintiff's Motion for Sanctions or Response to Plaintiff's Motion for Reconsideration through and including December 5, 2024, showing this Honorable Court as follows:

1.

On August 7, 2024, Defendant filed a Motion for Leave to File Supplemental Brief in Support of Response in Opposition to Plaintiff's Motion for Sanctions or in

the Alternative, Motion for Leave to File Response to Plaintiff's Motion for Reconsideration (Defendant's "Motion"). Doc. 154.

2.

On November 14, 2024, this Court issued an Order granting Defendant's Motion and providing Defendant's two weeks from the entry of the Order to file either a Supplemental Brief in Support of its Response in Opposition to Plaintiff's Motion for Sanctions or Response to Plaintiff's Motion for Reconsideration. Doc. 157.

3.

Due to the timing of the Court's Order, the current deadline falls on Thanksgiving Day. In light of this fact, Plaintiff has agreed to an extension of the November 28, 2024, deadline, through and including December 5, 2024. Thus, Defendant respectfully requests that this Court grant the agreed upon extension.

4.

A proposed Order is attached hereto as **Exhibit A**.

*Signatures follow on next page.*

Respectfully submitted this 26th day of November, 2024.

| | |
|---|---|
| ***/s/ David Bouchard (by Cameron A. Mobley with express permission)*** | ***/s/ Cameron A. Mobley*** |
| Richard W. Hendrix | Cameron Mobley |
| rhendrix@finchmccranie.com | Georgia Bar No. 613048 |
| Georgia Bar No. 346750 | Cameron.Mobley@lewisbrisbois.com |
| David H. Bouchard | LEWIS BRISBOIS BISGAARD & |
| david@finchmccranie.com | SMITH LLP |
| Georgia Bar No. 712859 | 600 Peachtree Street NE, Suite 4700 |
| | Atlanta, Georgia 30308 |
| FINCH McCRANIE, LLP | 404.348.8585 |
| 229 Peachtree Street, NE Suite 2500 | |
| Atlanta, Georgia 30303 | *Attorneys for Defendant Northbrook Industries* |
| (404) 658-9070 | |
| | |
| Jonathan S. Tonge | |
| jtonge@atclawfirm.com | |
| Georgia Bar No. 303999 | |
| Patrick J. McDonough | |
| pmcdonough@atclawfirm.com | |
| Georgia Bar No. 489855 | |
| | |
| ANDERSON, TATE & CARR, P.C. | |
| One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000 | |
| Duluth, Georgia 30097 | |
| 770.822.0900 | |
| | |
| *Attorneys for Plaintiff A.G.* | |

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: November 26, 2024.

/*s/ Cameron A. Mobley*\_\_\_\_\_

Cameron A. Mobley

Georgia Bar No. 613048

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically filed the foregoing *DEFENDANT NORTHBROOK INDUSTRIES d/b/a UNITED INN AND SUITES' CONSENT MOTION TO EXTEND THE DEADLINE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS OR RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION* with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following counsel of record:

David H. Bouchard
Finch McCranie, LLP
229 Peachtree Street, NE, Suite 2500
Atlanta, GA 30303
david@finchmccranie.com

*Attorney for Plaintiff*

                                                                              /s/ Cameron A. Mobley
                                                                              CAMERON A. MOBLEY
                                                                              Georgia Bar No. 613048

                                                                              *Attorneys for NORTHBROOK INDUSTRIES, INC. d/b/a United Inn and Suites*