# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| G.W., <br><br> Plaintiff, <br><br> v. <br><br> NORTHBROOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES, <br><br> Defendant. | Civil Action No. <br> 1:20-cv-05232-JPB |

## [PROPOSED] ORDER EXTENDING DEFENDANT NORTHBROOK INDUSTRIES, INC.'S TIME TO FILE EITHER A SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS OR RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Currently before the Court is Northbrook Industries, Inc. d/b/a United Inn and Suites' Consent Motion to Extend the Deadline to File a Supplemental Brief in Support of its Response in Opposition to Plaintiff's Motion for Sanctions or Response to Plaintiff's Motion for Reconsideration. After reviewing the motion, and for good cause shown, it is hereby ORDERED that the time for Northbrook Industries, Inc. to file either a Supplemental Brief in Support of its Response in

Opposition to Plaintiff's Motion for Sanctions or Response to Plaintiff's Motion for Reconsideration is extended through and including December 5, 2024.

It is so Ordered this _____ day of _____, 2024.

_____

The Honorable J.P. Boulee
United States District Court Judge
Northern District of Georgia