# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **G.W.,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION FILE** |
| vs. : | |
| : | **NO. 1:20-cv-05232-JPB** |
| **NORTHBROOK INDUSTRIES,** : | |
| **INC., D/B/A UNITED INN AND** : | |
| **SUITES,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEAL

COMES NOW, Plaintiff G.W., by and through undersigned counsel, and hereby files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit regarding the final judgment entered in favor of Defendant on June 14, 2024 (Doc. 149), along with the order granting Defendant Northbrook Industries, Inc.'s Motion for Summary Judgment entered on June 14, 2024 (Doc. 148) and the order denying Plaintiff G.W.'s Motion for Reconsideration entered on February 13, 2025 (Doc. 161).

This 7th day of March, 2025.

*/s/ David H. Bouchard*
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859
Richard W. Hendrix
rhendrix@finchmccranie.com

                                              Georgia Bar No. 346750
                                              Gabriel E. Knisely
                                              gabe@finchmccranie.com
                                              Georgia Bar No. 367407

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

                                              */s/ Rory A. Weeks*
                                              Patrick J. McDonough
                                              pmcdonough@atclawfirm.com
                                              Georgia Bar No. 489855
                                              Jonathan S. Tonge
                                              jtonge@atclawfirm.com
                                              Georgia Bar No. 303999
                                              Rory A. Weeks
                                              rweeks@atclawfirm.com
                                              Georgia Bar No. 113491

ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that Plaintiff, through her attorneys, has served a true and correct copy of the foregoing pleading into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 7th day of March, 2025.

>  */s/ David H. Bouchard*
> David H. Bouchard
> david@finchmccranie.com
> Georgia Bar No. 712859
> Richard W. Hendrix
> rhendrix@finchmccranie.com
> Georgia Bar No. 346750
> Gabriel E. Knisely
> gabe@finchmccranie.com
> Georgia Bar No. 367407

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*