**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| G.W. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. 1:20-CV-05232-JPB |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, David Holmes Bouchard, Esq., Richard Wayne Hendrix, Esq., Warren Carl Lietz III, Esq. and the law firm of FINCH MCCRANIE, LLP, Jonathan Tonge, Esq., Patrick J. McDonough, Esq., Rory Allen Weeks, Esq. and the law firm ANDERSEN, TATE & CARR, PC, and Matthew G. Moffett, Esq., Chris J. Perniciaro, Esq., and James E. Arnett, Jr. , Esq., and the law firm of GRAY, RUST, MOFFETT, & BRIESKE, LLP on behalf of both Plaintiff G.W. and Defendant Northbrook Industries, Inc. and voluntarily stipulate to a dismissal with prejudice of Plaintiff's claims against Defendant, pursuant to and in accordance with the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties were able to reach a confidential compromise and mutually seek to dismiss this lawsuit with prejudice.

On behalf of Plaintiff G.W.:

**/s/ *David H. Bouchard***
**(w/ express permission by JEA)**
**David Holmes Bouchard, Esq.**
**Richard Wayne Hendrix, Esq.**
**Warren Carl Lietz , III, Esq.**
**FINCH MCCRANIE, LLP**
**229 Peachtree Street, N.E.**
**International Tower, Suite 2500**
**Atlanta, GA 30303**

**/s/ *Jonathan S. Tonge***
**(w/ express permission by JEA)**
**Jonathan S. Tonge, Esq.**
**Patrick J. McDonough, Esq.**
**Rory Allen Weeks, Esq.**
**ANDERSEN, TATE & CARR, PC**
**One Sugarloaf Centre**
**1960 Satellite Blvd., Suite 4000**
**Duluth, GA 30097**

On behalf of Defendant Northbrook Industries, Inc.

**/s/ *James E. Arnett, Jr.***
**Matthew G. Moffett, Esq.**
**Chris J. Perniciaro, Esq.**
**James E. Arnett, Jr., Esq.**
**950 East Paces Ferry Road, N.E.**
**Salesforce Tower Atlanta, Suite 1700**
**Atlanta, Georgia 30326**

Respectfully submitted this the 28th day of October, 2026.

**GRAY, RUST, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-1037
Facsimile: (404) 870-7374
Email: mmoffett@grmb.com
cperniciaro@grmb.com
jarnett@grmb.com

*/s/ James E. Arnett, Jr.*
Matthew G. Moffett
Georgia State Bar No.: 515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
James E. Arnett, Jr.
Georgia State Bar No.: 660282
*Attorneys for Northbrook Industries, Inc.*

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system providing electronic service to other counsel:

**David Holmes Bouchard, Esq.**
**Richard Wayne Hendrix, Esq.**
**Warren Carl Lietz , III, Esq.**
**FINCH MCCRANIE, LLP**
**229 Peachtree Street, N.E.**
**International Tower, Suite 2500**
**Atlanta, GA 30303**
***Attorneys for Plaintiff***

**Jonathan Tonge, Esq.**
**Patrick J. McDonough, Esq.**
**Rory Allen Weeks, Esq.**
**ANDERSEN, TATE & CARR, PC**
**One Sugarloaf Centre**
**1960 Satellite Blvd., Suite 4000**
**Duluth, GA 30097**
***Attorneys for Plaintiff***

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated the 28th day of October , 2026..

**GRAY, RUST, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-1037
Facsimile: (404) 870-7374
Email: mmoffett@grmb.com
cperniciaro@grmb.com
jarnett@grmb.com

***/s/ James E. Arnett, Jr.***
Matthew G. Moffett
Georgia State Bar No.: 515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
James E. Arnett, Jr.
Georgia State Bar No.: 660282
*Attorneys for Northbrook Industries, Inc.*